# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

The Towers at Portside Urban Renewal Company,
L.L.C. and Equity Residential Management, LLC

*Plaintiff*

v.

The City of Jersey City and the City of Jersey City
Rent Leveling Board

*Defendant*

Civil Action No. _____

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that The Towers at Portside Urban Renewal Company, L.L.C. ,
is a non-governmental corporation and that:

☑ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Equity Residential ("EQR")

_____

_____

## OR

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____

Signature of Attorney

Ehrlich, Petriello, Gudin, Plaza & Reed, P.C.,
60 Park Place, Suite 1016
_____

Address

Newark, NJ 07102
_____

City/State/Zip

November 10, 2023
_____

Date

Instructions:

1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable insert the name of the Corporate Parent or leave it blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.