AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

The Towers at Portside Urban Renewal, etc., et al. )
_Plaintiff_ )
v. )    Case No.   2:23-cv-22291
The City of Jersey City, et al. )
_Defendant_ )
)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, The Towers at Portside Urban Renewal Company, LLC, and Equity Residential Management, LLC .

Date:    11/13/2023

_s/Derek D. Reed_
_Attorney's signature_

Derek D. Reed, Esq.
_Printed name and bar number_
Ehrich, Petriello, Gudin, Plaza & Reed, P.C.
60 Park Place, Suite 1016
Newark, NJ 07102

_Address_

dreed@epgprlaw.com
_E-mail address_

(973) 643-0040
_Telephone number_

(973) 596-1781
_FAX number_