**Derek D. Reed, Esq. (Attorney ID # 038062003)**
**EHRLICH, PETRIELLO, GUDIN, PLAZA & REED**
**A Professional Corporation**
**60 Park Place, Suite 1016**
**Newark, New Jersey 07102**
**(973) 643-0040**
**Attorneys for Plaintiffs**

### UNITED STATES DISTRICT COURT
### DISTRICT COURT OF NEW JERSEY

|  |  |
|---|---|
| PORTSIDE URBAN RENEWAL LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY and THE JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | No.: 2:23-cv-22291 |

### NOTICE OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION

**PLEASE TAKE NOTICE** that Plaintiffs, Portside Urban Renewal LLC and Equity Residential Management, LLC ("Plaintiffs") shall apply to the United States District Court for the District of New Jersey, for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting Terri L. Mascherin, Esq., Andrew W. Vail, Esq., and Daniel J. Weiss, Esq., as counsel *pro hac vice* in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, it is respectfully submitted that no brief or memorandum of law is necessary. Plaintiffs shall rely upon the Certifications of Derek D. Reed, Esq., Terri L. Mascherin, Esq., Andrew W. Vail, Esq., and Daniel J. Weiss, Esq. A proposed form of Order is also submitted for the Court's consideration.

2

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested, unless opposition is timely filed.

Respectfully submitted,

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED
A Professional Corporation
Attorneys for Plaintiffs

DATED: November 13, 2023          By:    /s/ Derek D. Reed
                                          Derek D. Reed, Esq.
                                          60 Park Place, Suite 1016
                                          Newark, New Jersey 07102
                                          Telephone: (973) 643-0040
                                          dreed@EPGPRlaw.com
                                          *Attorneys for Plaintiffs*

2