**Derek D. Reed, Esq. (Attorney ID # 038062003)**
**EHRLICH, PETRIELLO, GUDIN, PLAZA & REED**
**A Professional Corporation**
**60 Park Place, Suite 1016**
**Newark, New Jersey 07102**
**(973) 643-0040**
**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

| | |
|---|---|
| PORTSIDE URBAN RENEWAL LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JERSEY CITY and THE JERSEY CITY RENT LEVELING BOARD, <br><br> Defendants. | No.: 2:23-cv-22291 |

**CERTIFICATION OF DEREK D. REED**

**DEREK D. REED**, of full age, hereby certifies as follows pursuant to 28 U.S.C. § 1746:

1.    I am an attorney of the State of New Jersey and a partner of the law firm of Ehrlich, Petriello, Gudin, Plaza & Reed, A Professional Corporation, counsel of record for Plaintiffs, Portside Urban Renewal LLC and Equity Residential Management, LLC ("Plaintiffs"), in the above-captioned matter.

2.    I submit this Certification in support of Plaintiffs' application for an order admitting Terri L. Mascherin, Esq., Andrew W. Vail, Esq., and Daniel J. Weiss, Esq., *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the purpose of appearing and participating on behalf of Plaintiffs in this matter.

3.    As evidenced by the attached Certification of Terri L. Mascherin, Esq., she has

never been disciplined by any court.

4.      As evidenced by the attached Certification of Andrew W. Vail, Esq., he has never been disciplined by any court.

5.      As evidenced by the attached Certification of Daniel J. Weiss, Esq., he has never been disciplined by any court.

6.      I am a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey.  I will sign all pleadings filed with the Court on behalf of Plaintiffs in this matter and will be present for all appearances before the Court unless previously excused from appearing by the Court.

7.      I will be responsible for the conduct of Terri L. Mascherin, Esq., Andrew W. Vail, Esq., and Daniel J. Weiss, Esq. in this case.  I will comply with the requirements of Local Civil Rule 101.1(c), and I will assure compliance with Local Civil Rule 101.1(c) by Terri L. Mascherin, Esq., Andrew W. Vail, Esq., and Daniel J. Weiss, Esq. in this case.

8.      Payment as required by Local Civil Rule 101.1(c)(2) and (3) will be made to the New Jersey Lawyers' Fund for Client Protection and the Clerk of the Court on behalf of all attorneys admitted to appear *pro hac vice* pursuant to this motion.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Respectfully submitted,

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED
A Professional Corporation
Attorneys for Plaintiffs

DATED: November 13, 2023                    By:_____/s/ Derek D. Reed_____
                                                  Derek D. Reed, Esq.
                                                  60 Park Place, Suite 1016
                                                  Newark, New Jersey 07102
                                                  Telephone: (973) 643-0040
                                                  dreed@EPGPRlaw.com
                                                  *Attorneys for Plaintiffs*