**Derek D. Reed, Esq. (Attorney ID # 038062003)**
**EHRLICH, PETRIELLO, GUDIN, PLAZA & REED**
**A Professional Corporation**
**60 Park Place, Suite 1016**
**Newark, New Jersey 07102**
**(973) 643-0040**
**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

| | |
|---|---|
| PORTSIDE URBAN RENEWAL LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY and THE JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | No.: 2:23-cv-22291 |

**CERTIFICATION OF TERRI L. MASCHERIN**

TERRI L. MASCHERIN, of full age, certifies and states:

1.      I make this Certification in accordance with L. Civ. R. 101.1(c) in support of the request of Plaintiffs, Portside Urban Renewal LLC and Equity Residential Management, LLC ("Plaintiffs") for an Order admitting me to appear and participate in this matter *pro hac* vice.

2.      I am an attorney and a partner at Jenner & Block LLP, 353 North Clark Street, Chicago, Illinois  60654, counsel to Plaintiffs in this action.

3.      I am a member in good standing of the bar of the State of Illinois (Bar No. 6187735) and have been admitted to practice before the Illinois Supreme Court since 1984.  Attached is a Certificate of Good Standing from the Illinois Supreme Court.

4.      I have never been convicted of a crime, censured, suspended, disciplined, or disbarred by any court and there are no disciplinary proceedings pending against me in any jurisdiction.

5.      In accordance with L. Civ. R. 101(c)(4), we have designated Derek D. Reed of the law firm of Ehrlich Petriello, Gudin, Plaza & Reed P.C., 60 Park Place, Suite 1016, Newark, New Jersey  07102, a member of the bar of this Court maintaining an office within the District of New Jersey, as the attorney with whom the Court and counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

6.      If admitted *pro hac vice*, I agree to pay the annual fee to the New Jersey Lawyers' Fund for Client Protection for any year in which I continue to represent a client in a matter pending in this Court, in accordance with New Jersey Court Rule 1:28-2.

7.      If admitted *pro hac vice*, I agree to pay $150.00 to the Clerk of the United States District Court, in accordance with L. Civ. R. 101.1(c)(3).

8.      If admitted *pro hac vice*, I agree to comply with Local Civil Rule 101.1(c) in all respects.

9.      For all of these reasons, I respectfully request that this Court issue an Order admitting me to appear on behalf of Plaintiffs *pro hac vice*.  I will abide by the Rules of this Court, and I acknowledge that if I am admitted *pro hac vice*, I will be within the disciplinary jurisdiction of this Court.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 17426(2), that the foregoing is true and correct.

Dated:  November 13, 2023                    _____/s/ Terri L. Mascherin_____
                                                               Terri L. Mascherin

2

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Terri-Lynn Mascherin

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/16/1984 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 9th day of November, 2023.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois