**Derek D. Reed, Esq. (Attorney ID # 038062003)**
**EHRLICH, PETRIELLO, GUDIN, PLAZA & REED**
**A Professional Corporation**
**60 Park Place, Suite 1016**
**Newark, New Jersey 07102**
**(973) 643-0040**
**Attorneys for Plaintiffs**

### UNITED STATES DISTRICT COURT DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| PORTSIDE URBAN RENEWAL LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>THE CITY OF JERSEY CITY and THE JERSEY CITY RENT LEVELING BOARD,<br><br>    Defendants. | No.: 2:23-cv-22291 |

### STATEMENT AS TO WHY NO BRIEF IS NECESSARY

The undersigned, counsel for Plaintiffs, Portside Urban Renewal LLC and Equity Residential Management, LLC ("Plaintiffs"), respectfully submits pursuant to L. Civ. R. 7.1(d)(1) that no brief is necessary in connection with the motion for admission of Terri L. Mascherin, Esq., Andrew W. Vail, Esq., and Daniel J. Weiss, Esq. *pro hac vice* in this matter, as such motion is within the discretion of the Court and does not raise any issues of law.

Respectfully submitted,

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED
A Professional Corporation
Attorneys for Plaintiffs

DATED: November 13, 2023

By:     /s/ Derek D. Reed
        Derek D. Reed, Esq.
        60 Park Place, Suite 1016
        Newark, New Jersey 07102
        Telephone: (973) 643-0040
        dreed@EPGPRlaw.com
        *Attorneys for Plaintiffs*