

# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL ● 280 GROVE STREET ● JERSEY CITY, NJ 07302
PHONE (201) 547-5229



**STEVEN M. FULOP**
*MAYOR OF JERSEY CITY*

**PETER J. BAKER**
*CORPORATION COUNSEL*

November 22, 2023

Via ECF
Melissa E. Rhoads, Esq.
Clerk – United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:    Towers at Portside Urban Renewal Co. v. City of Jersey City, et al.**
> **Civil Action No. 2:23-cv-22291 (MCA)(JRA)**

Dear Clerk Rhoads:

Under Fed. R. Civ. P. 12(a)(1)(A)(i), a response to the complaint is currently due on December 7, 2023. Pursuant to Local Civ. R. 6.1(b), this letter is hereby submitted on behalf of the defendants the City of Jersey City and the Jersey City Rent Leveling Board to respectfully request a 14 day extension of time by when a response to the complaint must be filed.

Accordingly, it is respectfully requested that the deadline by when to respond to the complaint be extended to December 21, 2023. At your earliest convenience, kindly confirm whether the request to extend the deadline will be granted. We appreciate your time and attention to this matter.

Respectfully submitted,

**PETER BAKER**
**CORPORATION COUNSEL**

*/s/ Philip S. Adelman*
Philip S. Adelman, Esq.
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)