UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.
Eric M. Bernstein, Esq. NJ Bar ID # 014001982
Dominic P. DiYanni, Esq. NJ Bar ID No. 041342004
Philip G. George, Esq. NJ Bar ID No. 015061982
34 Mountain Boulevard, Building A
P.O. Box 4922
Warren, New Jersey 07059-4922
(732) 805-3360; (732) 805-3346 (Facsimile)
Attorneys for Defendants, City of Jersey City and
the City of Jersey City Rent Leveling Board
Our File No. 3236-1001

| | | |
|---|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC AND EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY AND THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:23-cv-22291-MCA-JRA<br><br><br>**DEFENDANTS, CITY OF JERSEY CITY, AND THE CITY OF JERSEY CITY RENT LEVELING BOARD'S ANSWER TO PLAINTIFFS' COMPLAINT** |

Defendants, City of Jersey City (hereinafter referred to as "City" or "Defendant City"), a municipal corporation of the State of New Jersey, whose principal offices are located at 280 Grove Street, City of Jersey City, County of Hudson, State of New Jersey and the Jersey City Rent Leveling Board, whose principal offices are located at 4 Jackson Square, City of Jersey City, County of Hudson, State of New Jersey (hereinafter referred to as "Board" or "Defendant Board"), (collectively known as "Defendants"), by way of Answer to the Complaint of the Plaintiffs, say as follows:

1

## NATURE OF ACTION

1.      Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 1 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

2.      Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 2 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

3.      Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 3 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can not admit nor deny the allegations of this paragraph as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

4.      Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 4 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

5.      Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 5 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 5 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

2

6.      Defendants, jointly and/or severally, acknowledge the action of Defendant Board on November 3, 2023.  The Defendants, jointly and/or severally, then deny the remaining allegations of paragraph 6 of Plaintiffs' Complaint.

7.      Defendants, jointly and/or severally, deny all of the allegations of paragraph 7 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 7 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

8.      Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 8 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

9.      Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 9 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

10.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 10 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

11.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 11 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

3

12.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 12 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

13.    Defendants, jointly and/or severally, deny the allegations of paragraph 13 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 13 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

## SUMMARY OF CLAIMS

14.    Defendants, jointly and/or severally, deny the allegations of paragraph 14 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 14 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

15.    Defendants, jointly and/or severally, deny the allegations of paragraph 15 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 15 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally are not qualified to make.

16.    Defendants, jointly and/or severally, deny the allegations of paragraph 16 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 16 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

17.    Defendants, jointly and/or severally, deny the allegations of paragraph 17 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither

admit nor deny the allegations of paragraph 17 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally are not qualified to make.

18. Defendants, jointly and/or severally, deny the allegations of paragraph 18 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 18 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally are not qualified to make.

19. Defendants, jointly and/or severally, deny the allegations of paragraph 19 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 19 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally are not qualified to make.

20. Defendants, jointly and/or severally, deny the allegations of paragraph 20 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, request this Court deny all of Plaintiffs' request for relief with prejudice and award Defendants, jointly and/or severally, attorneys fees, costs of suit, interest and any and all other relief as the Court shall deem appropriate.

## PARTIES

21. Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 21 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

22. Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 22 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

23.    Defendants, jointly and/or severally, admit the allegations of paragraph 23 of Plaintiffs' Complaint.

24.    Defendants, jointly and/or severally, admit the allegations of the first (1st) sentence of paragraph 24 of Plaintiffs' Complaint.  As to the remaining allegations of this paragraph, Defendants, jointly and/or severally, can neither admit nor deny the allegations as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

## JURISDICTION AND VENUE

25.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 25 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

26.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 26 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

27.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 27 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

## FACTUAL BACKGROUND

A.    **New Jersey Temporarily Exempts from Rent Control Buildings with Four or More Apartments Constructed After 1987.**

28.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 28 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

29.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 29 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

30.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 30 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

31.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 31 of Plaintiffs' Complaint and leave Plaintiff to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

32.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 32 of Plaintiffs' Complaint and leave Plaintiff to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor

deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

**B.      Jersey City's Rent Control Scheme.**

33.    Defendants, jointly and/or severally, admit as to the adoption of the rent control ordinance which is located at Chapter 260 of the Jersey City Municipal Code. As to the remaining allegations of paragraph 33 of Plaintiffs' Complaint, the Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations and leave Plaintiff to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

34.    Defendants, jointly and/or severally, neither admit nor deny the allegations of paragraph 34 of Plaintiffs' Complaint as the subject Ordinance speaks for itself. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

35.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 35 of Plaintiffs' Complaint and leave Plaintiff to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

36.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 36 of Plaintiffs' Complaint and leave Plaintiff to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor

deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

## C.    Portside Towers Is Constructed And First Rented During The Exemption Period.

37.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 37 of Plaintiffs' Complaint and leave Plaintiff to their proofs.

38.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 38 of Plaintiffs' Complaint and leave Plaintiff to their proofs.

39.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 39 of Plaintiffs' Complaint and leave Plaintiff to their proofs.

40.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 40 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

41.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 41 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

42.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 42 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

43.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 43 of Plaintiffs' Complaint and leave Plaintiff to their proofs.

44.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 44 of Plaintiffs' Complaint and leave Plaintiff to their proofs.

45.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 45 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

**D.      Portside Towers Is Treated As Exempt From Rent Control For Many Years.**

46.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 46 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

47.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 47 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

48.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 48 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

49.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 49 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor

deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

50.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 50 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

**E.     The Administrator Correctly Finds That Portside Towers is Exempt.**

51.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 51 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

52.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 52 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

53.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 53 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

54.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 54 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

55.     Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 55 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

56.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 56 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

57.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 57 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

**F.    The Board Erroneously Finds That Portside Towers Does Not Qualify For the Exemption.**

58.    Defendants, jointly and/or severally, admit the allegations of paragraph 58 of Plaintiffs' Complaint.

59.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 59 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

60.    Defendants, jointly and/or severally, deny the allegations of paragraph 60 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

61.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 61 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

62.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 62 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

63.    Defendants, jointly and/or severally, are without knowledge sufficient to admit or deny the allegations of paragraph 63 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

**G.    The Board's Decision Creates Irreparable Harm.**

64.    Defendants, jointly and/or severally, deny any and all implications of wrongdoing. Defendants, jointly and/or severally, also deny the allegations of paragraph 64 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

65.    Defendants, jointly and/or severally, deny any and all implications of wrongdoing. Defendants, jointly and/or severally, also deny the allegations of paragraph 65 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

66.    Defendants, jointly and/or severally, deny the allegations of paragraph 66 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

<u>COUNT I</u>

**THE BOARD'S DECISION AND THE ORDINANCE VIOLATE
THE TAKINGS CLAUSES OF THE US CONSTITUTION AND
THE NEW JERSEY CONSTITUTION**

67.   Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 66 of Plaintiffs' Complaint as it is fully set forth herein.

68.   Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 68 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

69.   Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 69 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

70.   Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 70 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

71.   Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 71 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

72.   Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor

deny the allegations of paragraph 72 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

73.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 73 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

74.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 74 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

75.    Defendants, jointly and/or severally, deny the allegations of paragraph 75 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

A.    **The Ordinance and the Board's Decision Violate The Takings Clauses By Depriving Portside Of Its Rights To The Exemption And Its Right to Charge Market Rent Without Compensation**

76.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 76 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

77.    Defendants, jointly and/or severally, deny the allegations of paragraph 77 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

78.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 78 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

79.    Defendants, jointly and/or severally, deny the allegations of paragraph 79 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

80.    Defendants, jointly and/or severally, deny the allegations of paragraph 80 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

81.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 81 of Plaintiffs' Complaint as they call for a legal conclusion for which Defendants, jointly and/or severally, are not qualified to make.

82.    Defendants, jointly and/or severally, deny the allegations of paragraph 82 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

83.    Defendants, jointly and/or severally, deny the allegations of paragraph 83 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as

they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

84.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 84 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

85.    Defendants, jointly and/or severally, deny the allegations of paragraph 85 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

**B.    The Ordinance Violates The Takings Clauses By Diminishing The Value Of Portside Towers Without Compensation**

86.    Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 85 of Plaintiffs' Complaint as it is fully set forth herein.

87.    Defendants, jointly and/or severally, deny the allegations of paragraph 87 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

88.    Defendants, jointly and/or severally, deny the allegations of paragraph 88 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

17

89.     Defendants, jointly and/or severally, deny any and all implications of wrongdoing. Defendants, jointly and/or severally, can also neither admit nor deny the allegations of paragraph 89 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

90.     Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 90 of Plaintiffs' Complaint as they call for a legal conclusion which Defendants, jointly and/or severally, are not qualified to make.

91.     Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 91 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

92.     Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 92 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by or responded to by Defendants, jointly and/or severally.

93.     Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 93 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

94. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 94 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

95. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 95 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

96. Defendants, jointly and/or severally, deny the allegations of paragraph 96 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

C. **The Board's Decision And The Ordinance Violates The Takings Clauses By Enacting A Physical Taking Of Portside's Property**

97. Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 96 of Plaintiffs' Complaint as it is fully set forth herein.

98. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 98 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

99. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor

deny the allegations of paragraph 99 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

100.    Defendants, jointly and/or severally, deny the allegations of paragraph 100 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

## COUNT II

### THE ORDINANCE VIOLATES THE DUE PROCESS CLAUSES OF THE UNITED STATES CONSTITUTION AND NEW JERSEY CONSTITUTION

101.    Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 100 of Plaintiffs' Complaint as it is fully set forth herein.

102.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 102 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

103.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 103 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

104. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 104 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

105. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 105 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

106. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 106 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

107. Defendants, jointly and/or severally, deny the allegations of paragraph 107 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

## COUNT III

## THE ORDINANCE VIOLATES THE CONTRACTS CLAUSES OF THE UNITED STATES CONSTITUTION AND NEW JERSEY CONSTITUTION

108. Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 107 of Plaintiffs' Complaint as it is fully set forth herein.

109. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 109 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

110. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 110 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

111. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 111 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

112. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 112 of Plaintiffs' Complaint and leave Plaintiffs to their

22

proofs.   Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

113.   Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 113 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

114.   Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 114 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

115.   Defendants, jointly and/or severally, deny the allegations of paragraph 115 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

## COUNT IV

### THE ORDINANCE IS UNLAWFULLY CONFISCATORY
### UNDER NEW JERSEY LAW

116.   Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 115 of Plaintiffs' Complaint as it is fully set forth herein.

23

117.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 117 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

118.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 118 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.

119.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 119 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

120.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 120 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, any allegations which call for a legal conclusion can not be answered and/or responded to by Defendants, jointly and/or severally, as they are not qualified to make same.

121.    Defendants, jointly and/or severally, deny the allegations of paragraph 121 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

**COUNT V**

**VIOLATION OF N.J.S.A. § 2A:42-84.2 AND PREEMPTION BY SAME**

122.    Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 121 of Plaintiffs' Complaint as it is fully set forth herein.

123.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 123 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

124.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 124 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

125.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 125 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

126.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 126 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.    Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

127.    Defendants, jointly and/or severally, deny the allegations of paragraph 127 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

128.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 128 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.    Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

129.    Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 129 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

130.    Defendants, jointly and/or severally, deny the allegations of paragraph 130 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither

admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

## COUNT VI

### CLAIM IN LIEU OF PREROGATIVE WRIT

131. Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 130 of Plaintiffs' Complaint as it is fully set forth herein.

132. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 132 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

133. Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 133 of Plaintiffs' Complaint and leave Plaintiffs to their proofs. Furthermore, any allegations which call for a legal conclusion can not be answered by and/or responded to by Defendants, jointly and/or severally.

134. Defendants, jointly and/or severally, deny all of the allegations of paragraph 134 of Plaintiffs' Complaint. Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

## COUNT VII

### DECLARATORY JUDGMENT

135.   Defendants, jointly and/or severally, repeat their responses to the preceding paragraphs 1 through 134 of Plaintiffs' Complaint as it is fully set forth herein.

136.   Although Defendants, jointly and/or severally, deny any and all implications of wrongdoing, Defendants, jointly and/or severally, can neither admit nor deny the allegations of paragraph 136 of Plaintiffs' Complaint and leave Plaintiffs to their proofs.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

137.   Defendants, jointly and/or severally, deny the allegations of paragraph 137 of Plaintiffs' Complaint.  Furthermore, Defendants, jointly and/or severally, can neither admit nor deny the allegations of this paragraph as they call for a legal conclusion to which Defendants, jointly and/or severally, are not qualified to make.

### PRAYER FOR RELIEF

WHEREFORE, Defendants, jointly and/or severally, demand judgment dismissing Plaintiffs' Complaint with prejudice, including denying any and all requests for declaratory judgment and injunctive relief, for costs and fees of this litigation, including but not limited to all attorneys' fees, interest, costs of suit and for any and all other relief in law and/or equity as the Court may deem appropriate under the circumstances of this case, including, but not limited to, costs, fees and/or sanctions.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a cause of action upon which relief can be granted and Defendants, jointly and/or severally, reserve the right to move, pursuant to Fed. R. Civ. P. 12 and/or Fed. R. Civ. P. 56, for dismissal thereon at any time permitted under the law and the Rules of Court.

### SECOND AFFIRMATIVE DEFENSE

Defendants, jointly and/or severally, are entitled to absolute immunity, in whole or part, against the allegations of Plaintiffs.

### THIRD AFFIRMATIVE DEFENSE

The acts complained of by Plaintiffs, in whole or in part, were and are discretionary acts and exercises of legislative, governmental and/or administrative decision-making and Defendants, jointly and/or severally, are immune therefore under the terms of the Tort Claims Act, N.J.S.A. 59:1-1 et seq. and/or any other Federal and/or State laws/statutes.

### FOURTH AFFIRMATIVE DFENSE

Plaintiffs' suit is barred, in whole or in part, by the doctrines of Unclean Hands.

### FIFTH AFFIRMATIVE DFENSE

Plaintiffs' suit is barred, in whole or in part, by the Entire Controversy Doctrine in that Plaintiff already has pending lawsuit(s) under the same set of facts as brought in this herein matter.

29

## SIXTH AFFIRMATIVE DEFENSE

The Court lacks the subject matter jurisdiction, in whole or in part, to grant the relief requested by the Plaintiffs.

## SEVENTH AFFIRMATIVE DEFENSE

The Court lacks in personum jurisdiction, in whole or in part, to grant the relief requested by the Plaintiffs.

## EIGHTH AFFIRMATIVE DEFENSE

The acts or omissions to act complained of by the Plaintiffs are due, in whole or in part, to the actions or omissions to act of third (3rd) parties over whom Defendants, jointly and/or severally, had no authority, control and/or discretion.

## NINTH AFFIRMATIVE DEFENSE

The acts or omissions to act complained of by the Plaintiffs are due, in whole or in part, to the actions of the Plaintiffs and not the Defendants, jointly and/or severally.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' suit is barred, in whole or in part, by the applicable statute of limitations for such causes of action pled in Plaintiff's Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' suit is barred, in whole or in part, due to the Plaintiffs failure to fully comply with the requirements of N.J.S.A. 2A:42-84.1 et seq. and/or the provisions of Chapter 260 of the City of Jersey City Municipal Code.

## RULE 11 NOTICE

Defendants, jointly and/or severally, place Plaintiffs on notice that, pursuant to Fed. R. Civ. P. 11, Defendants, jointly and/or severally, believe that the underlying

Complaint is frivolous, insofar as it is without any reasonable basis in law or equity and can not be supported by a good faith argument for an extension, modification or reversal of existing law. Should this action continue to be pursued by the Plaintiffs, the Defendants, jointly and/or severally, may bring the appropriate motion to request both the dismissal of this claim and the payment of all reasonable litigation expenses, including but not limited to attorneys' fees incurred by the Defendants, jointly and/or severally, in its defense of this claim.

## RIGHT TO PLEAD ADDITIONAL AFFIRMATIVE DEFENSES

Defendants, jointly and/or severally, reserve the right to plead additional affirmative defenses as discovery proceeds.

## DEMAND FOR JURY TRIAL

Defendants, jointly and/or severally, requests a jury trial on all issues pursuant to Fed. R. Civ. P. 38(b).

## DESIGNATION OF TRIAL COUNSEL

Eric M. Bernstein, Esq., Dominic P. DiYanni, Esq. and Philip G. George, Esq. of the Law Firm of Eric M. Bernstein & Associates, L.L.C. are hereby designated as trial counsel of record for Defendants, City of Jersey City and the City of Jersey City Rent Leveling Board in the above-captioned matter.

ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.
Attorneys for Defendants, City of Jersey City and the City of Jersey City Rent Leveling Board

By: _____
Eric M. Bernstein, Esq.

Dated: December 21, 2023

31