## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiffs,<br>v.<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | Civil Action No.: 2:23-cv-22291-MCA-JRA<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Eric J. Nemeth of the law firm of Eric J. Nemeth, P.C., who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Intervenors Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Michele Hirsch Jessica Brann and Joel Rothfus.

Date: March 6, 2024
Morristown, New Jersey

/s/ Eric J. Nemeth, Esq.
Eric J. Nemeth, Esq.
Eric J. Nemeth, P.C.
55 Madison Avenue, Suite 400
Morristown, New Jersey  07960