## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>  v.<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | Civil Action No.: 2:23-cv-22291-MCA-JRA<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Mollie Hartman Lustig of the law firm of McLaughlin & Stern LLP, who is admitted to practice before this Court, hereby enters her appearance in the above-captioned matter as counsel for Intervenor Michele Hirsch.


Date:  March 8, 2024
       Westfield, New Jersey


_/s/ Mollie Hartman Lustig_
Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
Tel: (212) 448–1100
mlustig@mclaughlinstern.com