# McLaughlin & Stern, LLP
## Founded 1898

**Mollie Hartman Lustig\***
**Partner**
Direct Dial: 908-578-5458
mlustig@mclaughlinstern.com

\* Licensed in NJ and MA

1 Elm Street
Suite 2
Westfield, New Jersey 07090
(212) 448–1100
Fax (212) 448–0066
www.mclaughlinstern.com

New York, New York
Garden City, New York
Millbrook, New York
Westport, Connecticut
Naples, Florida
West Palm Beach, Florida

March 8, 2024

**Via ECF**

Hon. José R. Almonte, U.S.M.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

RE:   *The Towers at Portside Urban Renewal Company, et al v. The City of Jersey City et al.*
Civil Action No. 23-cv-22291-MCA-JRA

Dear Judge Almonte:

This firm, along with the law firm of Eric J. Nemeth, P.C., were recently retained to represent the Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Michele Hirsch, Jessica Brann, and Joel Rothfus (collectively, "Tenants") in connection with the above-referenced matter. See ECF Doc. No. 18 and 20: Hartman Lustig and Nemeth Notice of Appearance. We write with respect to the initial Fed. R. Civ. P. 16 scheduling conference now scheduled for March 12, 2024, at 2:30 P.M. (the "Scheduling Conference") and the Joint Discovery Plan previously submitted by the parties in this matter, prior to our appearance being made.

Since our retention, we have had an opportunity to meet and confer with plaintiffs, during which we discussed the process by which the Tenants plan to intervene in the instant action. While we are prepared to file the required motion paperwork to effectuate our intervention, as all parties are working towards a timely resolution of this matter, we are currently discussing the potential for our intervention pleading (the "DJ Action") to be filed with the consent of all parties, in lieu of engaging in months long motion practice.  This is especially so because of the high degree of likelihood that the DJ Action application will be granted. The application to intervene is timely considering the Scheduling Conference is just occurring; the tenants have a sufficient interest in the litigation; their interests would be affected or impaired as a practical matter by the disposition of the action; and their interests are not adequately represented by an existing party in the litigation. The purpose of the DJ action will be to enjoin/prohibit plaintiffs from taking any action that is not in conformity with the City of Jersey City Rent Leveling Board's November 3, 2023 rent control decision, especially during the administrative process of recalculating the legal rents, including and not limited to, no increases to the Tenants' current rents, no evictions and no other retaliatory

**MᴄLᴀᴜɢʜʟɪɴ & Sᴛᴇʀɴ, LLP**

March 8, 2024
Page 2

actions. Essentially, the DJ Action would seek to preserve the *status quo* at the time of the Rent Leveling Board decision.

Finally, this Court should be aware of the concurrent action in lieu of prerogative writ pending in Superior Court under Docket No. HUD-L-4447-23, entitled <u>Portside Towers West Tenant Association, Portside Towers East Tenant Association, Jessica Brann and Joel Rothfus v. Jersey City Rent Leveling Board</u> (the "Tenant PW Action"). The crux of the Tenant PW Action is that while the Tenants agree with the Rent Leveling Board's decision that the landlord is not exempt from rent control, the Board's decision to rollback rents 6 years prior to the filing of the first petition to the Board, is arbitrary, capricious, unreasonable, contrary to law and a violation of Jersey City's own rent control ordinance. The Tenant PW Action alleges that they should be rolled back to 1998 levels. We are hoping to have a meet and confer with Jersey City counsel to discuss the procedural mechanisms available to the parties to consolidate the claims contained in the Tenant PW Action, with the instant matter, as the circumstances underlying each matter are factually similar and include the same parties.

In light of the Scheduling Conference being rescheduled until next week, the parties anticipate submitting a revised Joint Plan to Your Honor early next week. Should Your Honor have any questions, please do not hesitate to have chambers contact me. We thank the Court for its time and consideration.

Respectfully submitted,
/s/ Mollie Hartman Lustig
Mollie Hartman Lustig, Esq.
FOR THE FIRM

c:    *all parties via ECF*
      *Clients*
      *File*