

# ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.

ATTORNEYS AT LAW

34 MOUNTAIN BLVD., BLDG A.
P.O. BOX 4922
WARREN, NEW JERSEY 07059

(732) 805-3360
FACSIMILE (732) 805-3346
www.embalaw.com

**March 15, 2024**

Honorable Jose R. Almonte, USMJ
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office
Courthouse Building
2 Federal Square
Newark, New Jersey 07102

**Via ECF/PACER**

> **Re:** **The Towers at Portside Urban Renewal Company, LLC et. al.**
> **v. The City of Jersey City et. al.**
> **Civil Action No. 23-CV-22291-MCA-JRA**
> **Our File No. 3236-1001**

Dear Judge Almonte:

For purposes of clarification as to Ms. Hartman Lustig's correspondence to you of today, the City Defendants also believe in an orderly addressing of all claims and relief. However, until such time as Ms. Hartman Lustig's clients are properly before this Court, through a motion to intervene responses from all current parties actually before this Court and decision by Your Honor as to same, Ms. Hartman Lustig's clients have no standing in this Court and are only Plaintiffs in a State Court action against the City Defendant Rent Leveling Board.

It is possible that their claims against Plaintiffs and Defendants in this case do belong before this Court or it is equally possible that they should remain in State Court bringing a case against all parties currently in the above-captioned case. Either way, there is a process to seek intervention, which allows a formal response etc. by the City Defendants. As we advised the Court earlier this week, we are the only parties in both cases and we leave the adjudication of all claims to the proper processes being fully utilized to ascertain exactly which Court has jurisdiction over all of the current and future claims and relief sought.

If Your Honor has any questions as to same, please feel free to have Your Chambers contact me. Your prompt attention and response in this matter is greatly appreciated.

*1*

*N:\Clients\Jersey City\3236-1001 LETTJDG. ALMONTE send EMB's proposed Joint Discovery Plan case scheduling order240304.docx*

Very truly yours,
ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.

By: *Eric M. Bernstein*

Eric M. Bernstein, Esquire

EMB/jkj

Cc:    *(via ECF/PACER)*
      Derek D. Reed, Esq.
      Andrew Vail, Esq.
      Mollie F. Hartman-Lustig, Esq.

Cc:    *(via email only) (Personal & Confidential)*
      Brittany Murray, Esq., First Assistant Corporation Counsel
      Thomas J. Slaterry, Esq., Assistant Corporation Counsel
      Philip Adelman, Esq., Assistant Corporation Counsel

2

*N:\Clients\Jersey City\3236-1001 LETTJDG. ALMONTE send EMB's proposed Joint Discovery Plan case scheduling order240304.docx*