# MCLAUGHLIN & STERN, LLP
**FOUNDED 1898**

| | | |
|---|---|---|
| **MOLLIE HARTMAN LUSTIG**<br>**PARTNER**<br>Direct Dial: 908-578-5458<br>mlustig@mclaughlinstern.com | 1 ELM STREET<br>SUITE 2<br>WESTFIELD, NEW JERSEY 07090<br>(212) 448–1100<br>FAX (212) 448–0066<br>www.mclaughlinstern.com | NEW YORK, NEW YORK<br>GARDEN CITY, NEW YORK<br>MILLBROOK, NEW YORK<br>WESTPORT, CONNECTICUT<br>NAPLES, FLORIDA<br>WEST PALM BEACH, FLORIDA |

March 15, 2024

**Via ECF**

Hon. Josè R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> RE: *The Towers at Portside Urban Renewal Company, et al v. The City of Jersey City et al.*
> Civil Action No. 23-cv-22291-MCA-JRA

Dear Judge Almonte:

This firm represents the Intervenors in the above-referenced action. Pursuant to Your Honor's directive during the Court's March 12, 2024, scheduling conference, the undersigned has conferred with counsel for the Plaintiffs and Defendants with respect to the Intervenors' intent to join this litigation and consolidate before this Court this matter with a lawsuit pending in the Superior Court of the State of New Jersey, namely, *Portside Towers West Tenant Association et al. v. Jersey City Rent Leveling Board,* Docket No. HUD-L-004447-23. While Plaintiffs' counsel has consented to, and supports, the Intervenors' requested relief, Defendants' counsel, during our meet-and-confer, indicated that Defendants have not provided him with authority to consent to our request. Given the issue was raised at hearing, I can further confirm that all the plaintiffs and their counsel in the state court proceeding seek or agree to my seeking intervention and consolidation before this Court.  The Intervenors and Plaintiffs concur that these disputes should proceed orderly and promptly before this Court. Accordingly, absent any directions from the Court to the contrary, Intervenors will proceed with filing a motion seeking leave to intervene in the above-captioned action.

Should Your Honor have any questions, please do not hesitate to have chambers contact me. We thank the Court for its time and consideration.

**MCLAUGHLIN & STERN, LLP**

Hon. Josè R. Almonte, U.S.M.J.
March 15, 2024
Page 2

Respectfully submitted,
*/s/ Mollie Hartman Lustig*
Mollie Hartman Lustig, Esq.

c:      all parties via ECF
        [all counsel in State Court Proceeding]