**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | Civil Action No.: 2:23-cv-22291-MCA-JRA |

**NOTICE OF PORTSIDE TOWERS EAST TENANT ASSOCIATION, PORTSIDE TOWERS WEST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, JOEL ROTHFUS, AND MICHELE HIRSCH'S MOTION TO INTERVENE**

**PLEASE TAKE NOTICE** that Intervenors Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus and Michele Hirsch (collectively, "Intervenors"), by and through their undersigned counsel, will move before the Honorable José R. Almonte, United States Magistrate Judge, on May 6, 2024, for an Order as follows: (i) permitting Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch to intervene and file an Answer in this action pursuant to Federal Rule Civil Procedure 24; and (ii) together with such other and further relief as the Court deems just and proper. Intervenors respectfully request Oral Argument.

1

In support of their motion, Intervenors will rely upon the Certification of Mollie Hartman Lustig, Esq. in Support of Intervenors' Motions to Intervene, dated April 1, 2024, together with the exhibits annexed thereto; and the accompanying Memorandum of Law.

Dated:    April 1, 2024

/s/ Mollie Hartman Lustig
Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
Tel: (212) 448–1100
mlustig@mclaughlinstern.com

*Attorneys for Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch*

2