**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.
Eric M. Bernstein, Esq. NJ Bar ID # 014001982
Dominic P. DiYanni, Esq. NJ Bar ID No. 041342004
34 Mountain Boulevard, Building A
P.O. Box 4922
Warren, New Jersey 07059-4922
(732) 805-3360; (732) 805-3346 (Facsimile)
Attorneys for Defendants, City of Jersey City and
the City of Jersey City Rent Leveling Board
Our File No. 3236-1001

---

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC AND EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br><br>THE CITY OF JERSEY CITY AND THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>        Defendants. | Civil Action No. 2:23-cv-22291-MCA-JRA<br><br>**CERTIFICATION OF SERVICE** |

---

I, ERIC M. BERNSTEIN, ESQUIRE, of full age, certified as follows:

1. I am an attorney at law of the State of New Jersey and the Partner and Owner of the law firm of Eric M. Bernstein & Associates, LLC, with offices located at 34 Mountain Boulevard, Building A, Warren, New Jersey 07059. My firm represents the interests of the Defendants, City of Jersey City and the City of Jersey City Rent Leveling Board ("Defendants") in this matter. As such, I have personal knowledge and am familiar with the facts of this litigation.

1

2.  On April 11, 2024, I caused to be filed electronically with the Clerk of the United States District Court for the District of New Jersey, the Defendants' brief in opposition to the Intervenor-Applicants' motion to intervene and stay as well as a certification of counsel with attached exhibits.  In addition, by virtue of said electronic filing, all counsel of record have been provided a copy of same, including counsel for the moving parties.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are found to be willfully false, I may be subject to punishment.

Dated:  April 11, 2024

_____*/s/ Eric M. Bernstein*_____
Eric M. Bernstein, Esquire
ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.
34 Mountain Boulevard, Building A
P.O. Box 4922
Warren, New Jersey 07059
(732) 805-3360; (732) 805-3346 Facsimile
Attorneys for Defendants, City of Jersey City and
City of Jersey City Rent Leveling Board