## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC, | ) ) ) ) | Civil Action No. 2:23-cv-22291-MCA-JRA |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| The City of Jersey City and the City of Jersey City Rent Leveling Board, | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF PORTSIDE TOWERS EAST TENANT ASSOCIATION, PORTSIDE TOWERS WEST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, JOEL ROTHFUS, AND MICHELE HIRSCH'S ORDER TO SHOW CAUSE SEEKING TEMPORARY RESTRAINTS

**PLEASE TAKE NOTICE** that Intervenors Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus and Michele Hirsch (collectively, "Intervenors"), by and through their undersigned counsel, move before the Honorable José R. Almonte, United States Magistrate Judge, via Order to Show Cause for a Temporary Restraining Order ("TRO"), to be followed by a Preliminary Injunction ("PI"), as follows:

1

1. Freezing all rents at the rates that existed as of the Rent Leveling Board's decision on October 19, 2023 until the recalculations are completed in accordance with §260-1, §260-2(B), §260-2(C), §260-2(D), and §260-3;

2. Prohibiting Portside and Equity from filing any actions for evictions against the existing tenants of the property for reasons related to rent payments, until a decision is made on the PI;

3. Enjoining the Rent Leveling Bureau to recalculate the rents within a thirty (30) day period from entry of the Order, in accordance with the definition of "base rent" in §260-1 and the provisions of §260-2(B), §260-2(C), §260-2(D), §260-3(D), §260-3(I), §260-3(H), §260-9(E), and §260-3(J);

4. Order Portside, Equity and the City to show cause as to why a PI should not issue upon expiration of the TRO for the remainder of this litigation; and,

5. Any and all further relief the Court deems appropriate.

In support of their Order to Show Cause, Intervenors rely upon the Certification of Mollie Hartman Lustig, Esq. in Support of Intervenors' Order to Show Cause, dated April 19, 2024, together with the exhibits annexed thereto; the Certification of Brookelyn Murphy, dated April 18, 2024, together with the exhibit annexed thereto; and the accompanying Memorandum of Law.

Respectfully submitted,

/s/ *Mollie Hartman Lustig*
Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
Tel: (212) 448–1100
mlustig@mclaughlinstern.com

/s/ *Eric J. Nemeth*
Eric J. Nemeth, Esq.
Eric J. Nemeth, P.C.
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel: (973) 539–2122
enemeth@ejcounsel.com

*Attorneys for Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus and Michele Hirsch.*

Dated:   April 19, 2024