**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | Civil Action No.: 2:23-cv-22291-MCA-JRA<br><br><br>**CERTIFICATION OF MOLLIE HARTMAN LUSTIG, ESQ. IN SUPPORT OF INTERVENORS' ORDER TO SHOW CAUSE** |

MOLLIE HARTMAN LUSTIG, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey and Partner with the law firm of McLaughlin Stern, LLP, with an office located at 1 Elm Street, Suite 2, Westfield, New Jersey 07090. We, alongside Eric J. Nemeth, Esq., of Eric J. Nemeth, P.C., are the attorneys for the intervenors in this matter, Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch (collectively, "Intervenors"). As such, I have personal knowledge of the facts herein.

2. This Certification is submitted in support of Intervenors' Order to Show Cause pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1.

3. Attached hereto as **Exhibit A** is a true and correct copy of the 2020-2022 Registration Records for 100 Warren Street and 155 Washington Street.

4. Attached hereto as **Exhibit B** is a true and correct copy of Dinah E. Hendon's May 18, 2022, email to Shirleen Roberts.

5. Attached hereto as **Exhibit C** is a true and correct copy of Dinah E. Hendon's May 18, 2022, email to Patricia Karthas.

6. Attached hereto as **Exhibit D** is a true and correct copy of correspondence dated April 18, 2024, that was emailed by the undersigned to the City of Jersey City Rent Leveling Bureau's counsel.

7. Attached hereto as **Exhibit E** is a true and correct copy of Defendant Equity Residential Management LLC's ("Equity") filings in an eviction proceeding it initiated against DaShawn Peyton ("Ms. Peyton") in the New Jersey Superior Court, Hudson County Vicinage. The eviction proceeding bears the caption Equity Residential Management, L.L.C., as agent for the Owner v. DaShawn Peyton, Dkt. No. HUD-LT-002968-24 (N.J. Sup. Ct. Apr. 4, 2024).

8. Attached hereto as **Exhibit F** is a true and correct copy of correspondence dated April 17, 2024, submitted by Derek D. Reed, Esq., to the New Jersey Superior Court requesting that Residential Management, L.L.C., as agent for the Owner v. DaShawn Peyton, Dkt. No. HUD-LT-002968-24 be dismissed without prejudice.

9. Attached hereto as **Exhibit G** is a true and correct copy of Equity's filings in an eviction proceeding it initiated against Anthony Thomas and Kelly Samuels Thomas in the New Jersey Superior Court, Hudson County Vicinage. The eviction proceeding bears the caption Equity Residential Management, L.L.C., as agent for the Owner v. Anthony Thomas & Kelly Samuels Thomas, Dkt. No. HUD-LT-003075-24 (N.J. Sup. Ct. Apr. 9, 2024).

10. Attached hereto as **Exhibit H** is a true and correct copy of correspondence dated April 18, 2024, submitted by Derek D. Reed, Esq., to the New Jersey Superior Court requesting that Equity Residential Management, L.L.C., as agent for the Owner v. Anthony Thomas & Kelly Samuels Thomas, Dkt. No. HUD-LT-003075-24 be dismissed without prejudice.

11. Attached hereto as **Exhibit I** is a true and correct copy of Equity's filings in an eviction proceeding it initiated against Arlene Kessler and Jennifer Kessler in the New Jersey Superior Court, Hudson County Vicinage. The eviction proceeding bears the caption Equity Residential Management, L.L.C., as agent for the Owner v. Arlene Kessler and Jennifer Kessler, Dkt. No. HUD-LT-003074-24 (N.J. Sup. Ct. Apr. 9, 2024).

12. Attached hereto as **Exhibit J** is a true and correct copy of correspondence dated April 17, 2024, submitted by Derek D. Reed, Esq., to the New Jersey Superior Court requesting that Equity Residential Management, L.L.C., as

agent for the Owner v. Arlene Kessler and Jennifer Kessler, Dkt. No. HUD-LT-003074-24 be dismissed without prejudice.

13. Attached hereto as **Exhibit K** is a true and correct copy of correspondence dated March 19, 2024, from Shyrone Richardson to Derek D. Reed, Esq.

14. Attached hereto as **Exhibit L** is a true and correct copy of an email dated April 18, 2024, sent to Ms. Peyton from Equity.

15. Attached hereto as **Exhibit M** is a true and correct copy of King Pharm. Inc. v. Sandoz, Inc., Civ. No. 08-5974, 2010 U.S. Dist. LEXIS 48385, 2010 WL 1957640, at *5 (D.N.J. May 17, 2010).

16. Attached hereto as **Exhibit N** is a true and correct copy of Health Prof'l & Allied Emples. Aft/AFL-CIO V. MHA, LLC, Civil Action No. 17-13301 (JMV), 2017 U.S. Dist. LEXIS 210706 (D.N.J. Dec. 21, 2017).

17. Attached hereto as **Exhibit O** is a true and correct copy of Corby v. Scranton Housing Auth., Civil Action No. 3:04-CV-2523, 2005 U.S. Dist. LEXIS 48053 at *12 (M.D. Pa. June 7, 2005).

18. Attached hereto as **Exhibit P** is a true and correct copy of ProPac, Inc. v. $5,219,224.20 United States Dollarrs Deposited to the Account of Med. Biowaste Sols., Inc., C.A. No. 2:20-3792-RMG, 2020 U.S. Dist. LEXIS 213731 (D.S.C. Nov. 16, 2020).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:    April 18, 2024

/s/ Mollie Hartman Lustig
Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
Tel: (212) 448–1100
mlustig@mclaughlinstern.com