# EXHIBIT A



**Steven M. Fulop**
**Mayor**

## CITY OF JERSEY CITY

**Department of Housing, Economic Development and Commerce**
Division of Housing Preservation
Office of Landlord/Tenant Relations

342 MARTIN LUTHER KING DRIVE • JERSEY CITY, N.J 07305
PHONE: (201) 547-5127

# 2020 Annual Landlord Registration Statement- Five Units and More

**Registration Year**
2020

**Registration Type**
Annual Registration (Fee Due)

• Pursuant to JC Municipal Code Section 260-2F and 260-20, this Non-occupant Owner Registration Statement must be filed with the Division of Housing Preservation, Office of Landlord/Tenant Relations between January 1 and March 3.
• Owners must file a revised Registration Statement within seven (7) days of any change in the information provided in the filed Registration Statement.

NOTE: Be sure when this registration is complete, to **SAVE IT BEFORE SUBMITTING** so that an account is established and revisions can be made in the future without having to rewrite information that has remained the same.

**In order to save and complete this Registration at a later time, you must provide your email address and select SAVE at the end of the Registration.**
krodriguez1@eqr.com

## SECTION A | PROPERTY INFORMATION

| **Property No.** | **Street Name** | **City/State** | **Zip** |
|---|---|---|---|
| 155 | Washington Street | JC/NJ | 07302 |

| **Ward** | **Block** | **Lot** | **No. of Units** |
|---|---|---|---|
| Ward E-Downtown | 15902 | 1 | 527 |

Ward Map          NJ Block/Lot

**Is the property you are registering currently under rent control? If not, please attach proof of exemption.**
Yes

**Is the owner of record an entity (ie - Corporation, LLC, Partnership), not an individual or individuals?**
Yes

**Owner Entity**
Towers at Portside Urban Renewal Company, L.L.C., a New Jersey limited liability company

## Names and personal contact information for all partners, officers and/or directors of the owner entity.

### Partner/Officer/Director 1

**Role**
Corporate Officer

**Name**
James  VonAlbade

**Address -   PO Boxes WILL NOT be accepted.**
230 West 41st Street 12 FL, New York, New York 10036

**Business No. (8AM- 5PM)**
(646) 833-3996

**Mobile No. (24/7)**
(917) 951-9928

**Email**
jbaran@eqr.com

## In-County Agent

**Name**
Regional Manager Jessi  Baran

**Address -   PO Boxes WILL NOT be accepted.**
155 Washington Street, Leasing Office, JERSEY CITY, New Jersey 07302

**Business No. (8AM- 5PM)**
(201) 938-0770

**Mobile No. (24/7)**
(917) 951-9928

**Email**
jbaran@eqr.com

## Managing Agent / Superintendent Information

**Managing Agent Information**
General Manager Samantha  Coombs

**Address -   PO Boxes WILL NOT be accepted.**
155 Washington Street, Leasing Office, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**
(201) 938-0770

**Mobile No. (24/7)**
(914) 908-3098

**Email**
scoombs@eqr.com

**Superintendent Information**
General Service Director Jose Tony  Santana

**Address**
155 Washington Street, Leasing Office, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**
(201) 938-0770

**Mobile No. (24/7)**
(201) 937-5230

**Email**
jsantana@eqr.com

# PART II : Sections C, D, E and F

## Mortgage, Utility, Improvements, and Tenancy Information

# Your registration is <u>NOT</u> complete without Part II uploaded !

**Upon clicking SAVE be sure to enter your email address in the "Your progress has been saved" window so you can be sent a link to resume and easily get back to where you left off.**

**Registrations will be reviewed on a first come basis. Save and Print before submitting in order to retain a copy. One the registrations is submitted, you will not be able to update or revise your submission.**

# To Access Part II of the Registration <u>Click Here</u>

**PART II of the Registration Statement Upload**

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**
No

| **Principal Owner's Name** | **Principal Owner's Signature** | **Date** |
|---|---|---|
| James von Albade | | 6/5/2020 |

| **Manager's Name** | **Manager's Signature** | **Date** |
|---|---|---|

**PRINT BEFORE SUBMITTING**

Once the registration is submitted, you will not be able to access it to update or revise. You must print it before submitting in order to retain a copy.

**THIS REGISTRATION WILL NOT BE REVIEWED UNTIL PAYMENT IS RECEIVED AND CLEARS THE JERSEY CITY ACCOUNT.**

**The Registration fee can be paid online at: <u>https://www.paylocalgov.com/Payment/SelectEntity/938</u>**

**When paying online, the registration number refers to the street address of the property. The cost is $10 per unit. Note: There is a convenience fee of 2.20% of the total charge for any credit or debit card transaction and $0.50 for any echeck.**

**Alternatively, checks made payable to City of Jersey City may be sent to the Division of Housing**

**Preservation at the address above.**

**However, please note that payment by check will delay the processing of this Registration as no processing will proceed until the check clears the Jersey City account. An individual paying by personal check must include a copy of his/her valid government issued ID. Payment by check or money order by a corporate entity, must be accompanied by in-state registered agent information. In addition, this form must be completed and the required documentation attached: https://www.cognitoforms.com/CityOfJerseyCity1/CheckAcceptanceForm**



**Steven M. Fulop**
**Mayor**

## CITY OF JERSEY CITY

Department of Housing, Economic Development and Commerce
Division of Housing Preservation
Office of Landlord/Tenant Relations

342 MARTIN LUTHER KING DRIVE • JERSEY CITY, NJ 07305
PHONE: (201) 547-5127

# 2021 Annual Landlord Registration Statement - Five Units and More

Registration Opens January 1st and is due by March 3rd

**Registration Year**
2021

**Registration Type**
Annual Registration (Fee Due)

• Pursuant to JC Municipal Code Section 260-2F this Landlord Registration Statement must be filed with the Division of Housing Preservation, Office of Landlord/Tenant Relations between January 1 and March 3.
• Owners must file a revised Registration Statement within seven (7) days of any change in the information provided in the filed Registration Statement.

NOTE: Be sure when this registration is complete, to **SAVE IT BEFORE SUBMITTING** so that an account is established and revisions can be made in the future without having to rewrite information that has remained the same.

**In order to save and complete this Registration at a later time, you must provide your email address and select SAVE at the end of the Registration.**
krodriguez1@eqr.com

# SECTION A | PROPERTY INFORMATION

**House/Bldg No.**   **Street Name**                          **City/State**
155                 Washington Street-07302                   JC/NJ

**A.K.A ADDRESS**

**Ward**              **Block**                **Lot**              **No. of Units**
Ward F-              60                       34                   527
Bergen/Lafayett
e

[Ward Map](#)                  [NJ Block/Lot](#)

**Is the property you are registering currently under rent control? If not, please attach proof of exemption.**
Yes

**Is the owner of record an entity (ie - Corporation, LLC, Partnership), not an individual or individuals?**
Yes

**Owner Entity**
Towers at Portside Urban Renewal Company LLC

**Owner Entity's Address**
230 West 41st Street, 12 Floor, New York, NY 10036

# Names and personal contact information for all partners, officers and/or directors of the owner entity.

## Partner/Officer/Director 1

**Role**
Corporate Officer

**Name**
James  VonAlbade

**Address -  PO Boxes WILL NOT be accepted.**
230 West, 230 West 41st Street, 12 Floor,, New York, New York 10036

| **Business No. (8AM- 5PM)** | **Mobile No. (24/7)** | **Email** |
| --- | --- | --- |
| (646) 833-3991 | (708) 408-1787 | jvonalbade@eqr.com |

# In-County Agent

**Name**
 Jacqueline  Marciano

**Address -  PO Boxes WILL NOT be accepted.**
155 Washington Street, Jersey City, New Jersey 07032

| **Business No. (8AM- 5PM)** | **Mobile No. (24/7)** | **Email** |
| --- | --- | --- |
| (201) 938-0770 | (518) 361-5516 | jmarciano@eqr.com |

# Managing Agent / Superintendent Information

**Managing Agent Information**
 Jacqueline  Marciano

**Address -  PO Boxes WILL NOT be accepted.**
155 Washington Street, Jersey City, New Jersey 07302

| **Business No. (8AM- 5PM)** | **Mobile No. (24/7)** | **Email** |
| --- | --- | --- |
| (201) 938-0770 | (518) 361-5516 | jmarciano@eqr.com |

**Superintendent Information**
 Tony  Santana

**Address**
155 Washington Street, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**
(201) 938-0770

**Mobile No. (24/7)**
(201) 937-5230

**Email**
jsantana@eqr.com

**If your property has 6 or more units and your Superintendent does not live on the premises, please follow this hyperlink to submit an On-Site Superintendent Exemption Request**

# ***Be sure to attach your Tenancy Information/Rent Roll below as your registration will be considered incomplete without this portion of the registration. Tenancy Information/Rent Roll is required under §260-2F(1) of the Jersey City Muncipal Code, whether or not the property is subject to Rent Control.***

**Tenancy Information/Rent Roll Upload**
Portside Rent Roll 2021.pdf

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**
Yes

| **Principal Owner's Name** | **Principal Owner's Signature** | **Date** |
|---|---|---|
| Jim VonAlbade | | 12/16/2021 |

*Jim VonAlbade*

| **Manager's Name** | **Manager's Signature** | **Date** |
|---|---|---|
| Jacqueline Marciano | | 12/16/2021 |

*Jacqueline Marciano*

**PRINT BEFORE SUBMITTING**

Once the registration is submitted, you will not be able to access it to update or revise. You must print it

before submitting in order to retain a copy.

**THIS REGISTRATION WILL NOT BE REVIEWED UNTIL PAYMENT IS RECEIVED AND CLEARS THE JERSEY CITY ACCOUNT.**

**The Registration fee can be paid online at: https://www.paylocalgov.com/Payment/SelectEntity/938**

**When paying online, the registration number refers to the street address of the property. The cost is $10 per unit. Note: There is a convenience fee of 2.20% of the total charge for any credit or debit card transaction and $0.50 for any echeck.**

**Alternatively, checks made payable to City of Jersey City may be sent to the Division of Housing Preservation at the address above.**

**However, please note that payment by check will delay the processing of this Registration as no processing will proceed until the check clears the Jersey City account. An individual paying by personal check must include a copy of his/her valid government issued ID. Payment by check or money order by a corporate entity, must be accompanied by in-state registered agent information. In addition, this form must be completed and the required documentation attached: https://www.cognitoforms.com/CityOfJerseyCity1/CheckAcceptanceForm**

{if (Status = "Incomplete")}

**Notice of Incomplete Registration**
{ each NoticeOfIncompleteRegistration }

{Name}

{ end each }

{ end if }



**Steven M. Fulop**
**Mayor**

## CITY OF JERSEY CITY
Department of Housing, Economic Development and Commerce
Division of Housing Preservation
Office of Landlord/Tenant Relations
342 MARTIN LUTHER KING DRIVE • JERSEY CITY, NJ 07305
PHONE: (201) 547-5127

# 2022 Annual Landlord Registration Statement - Five Units and More

Registration Opens January 1st and is due by March 3rd

**Registration Year**
2022

**Registration Type**
Annual Registration (Fee Due)

**In order to save and complete this Registration at a later time, you must provide your email address and select SAVE at the end of the Registration.**
krodriguez1@eqr.com

## SECTION A | PROPERTY INFORMATION

**House/Bldg No.**   **Street Name**                  **City/State**
155                 Washington Street-07302           JC/NJ

**A.K.A ADDRESS**

**Ward**            **Block**            **Lot**            **No. of Units**
Ward E-             15902                1                  297
Downtown

[Ward Map](Ward Map)          [NJ Block/Lot](NJ Block/Lot)

**Is the property you are registering currently under rent control? If not, please attach proof of exemption.**
Yes

**Is the owner of record an entity (ie - Corporation, LLC, Partnership), not an individual or individuals?**
Yes

**Owner Entity**
Equity Residential Properties Trust

**Owner Entity's Address**
PO BOX 87407, CHICAGO, IL, 60680

# Names and personal contact information for all partners, officers

**and/or directors including the owner entity.**

**Partner/Officer/Director 1**

**Role**                                    **Name**
Corporate Officer                           Jima  VonAlbade

**Address -   PO Boxes WILL NOT be accepted.**

██████████████████████████████

**Business No. (8AM- 5PM)**      **Mobile No. (24/7)**         **Email**
(646) 833-3991                   (708) 407-1787               jvonalbade@eqr.com

## In-County Agent

**Name**
 Jacqueline  Marciano

**Address -   PO Boxes WILL NOT be accepted.**
155 Washington Street, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**      **Mobile No. (24/7)**         **Email**
(201) 938-0770                   (518) 361-5516               jmarciano@eqr.com

## Managing Agent / Superintendent Information

**Managing Agent Information**
 Jacqueline  Marciano

**Address -   PO Boxes WILL NOT be accepted.**
155 Washington Street, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**      **Mobile No. (24/7)**         **Email**
(201) 938-0770                   (518) 361-5516               jmarciano@eqr.com

**Superintendent Information**
 Jose  Santana

**Address**
155 Washington Street, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**      **Mobile No. (24/7)**         **Email**
(201) 938-0770                   (201) 937-5230               jsantana@eqr.com

**If your property has 6 or more units and your Superintendent does not live on the premises, please follow this hyperlink to submit an On-Site Superintendent Exemption Request**

# ***Be sure to attach your Tenancy Information/Rent Roll below as your registration will be considered incomplete without this portion of the registration.

# Tenancy Information/Rent Roll is required under §260-2F(1) of the Jersey City Muncipal Code, whether or not the property is subject to Rent Control.***

**Tenancy Information/Rent Roll Upload**
Portside Rent Roll 2021.pdf

2021 Part 2 Tenancy Information-Rent roll information.xlsx - Section's C, D, and E (1).pdf

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**
Yes

| **Principal Owner's Name** | **Principal Owner's Signature** | **Date** |
|---|---|---|
| Jim VonAlbade | | 1/31/2022 |

*Jim VonAlbade*

| **Manager's Name** | **Manager's Signature** | **Date** |
|---|---|---|
| Jacqueline Marciano | | 1/31/2022 |

*Jacqueline Marciano*

**PRINT BEFORE SUBMITTING**

Once the registration is submitted, you will not be able to access it to update or revise. You must print it before submitting in order to retain a copy.

**THIS REGISTRATION WILL NOT BE REVIEWED UNTIL PAYMENT IS RECEIVED AND CLEARS THE JERSEY CITY ACCOUNT.**

**The Registration fee can be paid online at: https://www.paylocalgov.com/Payment/SelectEntity/938**

**When paying online, the registration number refers to the street address of the property. The cost is $10 per unit. Note: There is a convenience fee of 2.20% of the total charge for any credit or debit card transaction and $0.50 for any echeck.**

**Alternatively, checks made payable to City of Jersey City may be sent to the Division of Housing**

**Preservation at the address above.**

**However, please note that payment by check will delay the processing of this Registration as no processing will proceed until the check clears the Jersey City account. An individual paying by personal check must include a copy of his/her valid government issued ID. Payment by check or money order by a corporate entity, must be accompanied by in-state registered agent information. In addition, this form must be completed and the required documentation attached: https://www.cognitoforms.com/CityOfJerseyCity1/CheckAcceptanceForm**

**Steven M. Fulop**
**Mayor**

**CITY OF JERSEY CITY**

**Department of Housing, Economic Development and Commerce**
Division of Housing Preservation
Office of Landlord/Tenant Relations

342 MARTIN LUTHER KING DRIVE • JERSEY CITY, NJ 07305
PHONE: (201) 547-5127

# 2022 Annual Landlord Registration Statement - Five Units and More

Registration Opens January 1st and is due by March 3rd

**Registration Year**
2022

**Registration Type**
Annual Registration (Fee Due)

**In order to save and complete this Registration at a later time, you must provide your email address and select SAVE at the end of the Registration.**
krodriguez1@eqr.com

## SECTION A | PROPERTY INFORMATION

**House/Bldg No.**   **Street Name**                       **City/State**
100                  Warren Street-07302                   JC/NJ

**A.K.A ADDRESS**

| **Ward** | **Block** | **Lot** | **No. of Units** |
|---|---|---|---|
| Ward E-Downtown | 15902 | 1 | 230 |

[Ward Map](#)          [NJ Block/Lot](#)

**Is the property you are registering currently under rent control? If not, please attach proof of exemption.**
Yes

**Is the owner of record an entity (ie - Corporation, LLC, Partnership), not an individual or individuals?**
Yes

**Owner Entity**
Equity Resid. Properties Trust

**Owner Entity's Address**
PO BOX 87407, CHICAGO, IL, 60680

## Names and personal contact information for all partners, officers

**and/or directors including the owner entity.**

## Partner/Officer/Director 1

**Role**
Corporate Officer

**Name**
Jim  VonAlbade

**Address -   PO Boxes WILL NOT be accepted.**
155 Washington Street, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**
(646) 833-3991

**Mobile No. (24/7)**
(708) 408-1787

**Email**
jvonalbade@eqr.com

## In-County Agent

**Name**
 Jacqueline  Marciano

**Address -   PO Boxes WILL NOT be accepted.**
155 Washington Street, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**
(201) 938-0770

**Mobile No. (24/7)**
(518) 361-5516

**Email**
jmarciano@eqr.com

## Managing Agent / Superintendent Information

**Managing Agent Information**
 Jacqueline  Marciano

**Address -   PO Boxes WILL NOT be accepted.**
155 Washington Street, New Jersey, New Jersey 07302

**Business No. (8AM- 5PM)**
(201) 938-0770

**Mobile No. (24/7)**
(518) 361-5516

**Email**
jmarciano@eqr.com

**Superintendent Information**
 Tony  Santana

**Address**
155 Washington Street, Jersey City, New Jersey 07302

**Business No. (8AM- 5PM)**
(201) 938-0770

**Mobile No. (24/7)**
(201) 937-5230

**Email**
jsantana@eqr.com

**If your property has 6 or more units and your Superintendent does not live on the premises, please follow this hyperlink to submit an On-Site Superintendent Exemption Request**

# ***Be sure to attach your Tenancy Information/Rent Roll below as your registration will be considered incomplete without this portion of the registration.

# Tenancy Information/Rent Roll is required under §260-2F(1) of the Jersey City Muncipal Code, whether or not the property is subject to Rent Control.***

**Tenancy Information/Rent Roll Upload**
Portside Rent Roll 2021.pdf

2021 Part 2 Tenancy Information-Rent roll information.xlsx - Section's C, D, and E (1).pdf

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**
Yes

| **Principal Owner's Name** | **Principal Owner's Signature** | **Date** |
|---|---|---|
| Jim VonAlbade | | 2/1/2022 |

*Jim VonAlbade*

| **Manager's Name** | **Manager's Signature** | **Date** |
|---|---|---|
| Jacqueline Marciano | | 2/1/2022 |

*Jackeline Marciano*

**PRINT BEFORE SUBMITTING**

Once the registration is submitted, you will not be able to access it to update or revise. You must print it before submitting in order to retain a copy.

**THIS REGISTRATION WILL NOT BE REVIEWED UNTIL PAYMENT IS RECEIVED AND CLEARS THE JERSEY CITY ACCOUNT.**

**The Registration fee can be paid online at: https://www.paylocalgov.com/Payment/SelectEntity/938**

**When paying online, the registration number refers to the street address of the property. The cost is $10 per unit. Note: There is a convenience fee of 2.20% of the total charge for any credit or debit card transaction and $0.50 for any echeck.**

**Alternatively, checks made payable to City of Jersey City may be sent to the Division of Housing**

**Preservation at the address above.**

**However, please note that payment by check will delay the processing of this Registration as no processing will proceed until the check clears the Jersey City account. An individual paying by personal check must include a copy of his/her valid government issued ID. Payment by check or money order by a corporate entity, must be accompanied by in-state registered agent information. In addition, this form must be completed and the required documentation attached: https://www.cognitoforms.com/CityOfJerseyCity1/CheckAcceptanceForm**