# EXHIBIT B

| | |
|---|---|
| **From:** | gnsroberts@aol.com |
| **To:** | Dinah E. Hendon |
| **Cc:** | Landlord Tenant Relations |
| **Subject:** | Portside Towers West - 100 Warren Street, Jersey City |
| **Date:** | Wednesday, May 18, 2022 3:59:01 PM |
| **Attachments:** | image001.png |

> **CAUTION: This email originated from outside our organization. Use caution when clicking links or opening attachments.**

Thank you, Ms. Hendon.
Until such time as your office gets such a statement, does that mean the building is not exempt? When was the registration due?

Regards,
Shirleen Roberts


-----Original Message-----
From: Dinah E. Hendon <DHendon@jcnj.org>
To: gnsroberts@aol.com <gnsroberts@aol.com>
Cc: Landlord Tenant Relations <Landlord-Tenant@jcnj.org>
Sent: Wed, May 18, 2022 3:46 pm
Subject: RE: Portside Towers West - 100 Warren Street, Jersey City

Dear Ms. Roberts,

According to the records in this office at this time, this building is subject to rent control. I am waiting for updated rent information in connection with the 2022 Landlord Registration Statement. Should you wish to file a rent petition, I will have a petition and instructions sent via email or you may call or visit the office for assistance.

Yours,

Dinah E. Hendon



**Dinah E. Hendon** (Pronouns: she/her/hers)
Director
Department of Housing, Economic Development & Commerce
Division of Housing Preservation
342 Martin Luther King Drive
Jersey City, NJ 07305
201.547.4821


**From:** gnsroberts@aol.com <gnsroberts@aol.com>
**Sent:** Wednesday, May 18, 2022 2:55 PM
**To:** Dinah E. Hendon <DHendon@jcnj.org>
**Subject:** Re: Portside Towers West - 100 Warren Street, Jersey City

> CAUTION: This email originated from outside our organization. Use caution when clicking links or opening attachments.

Good afternoon.
I understand from Meena that your office is in contact with Equity Residential, the owner/landlord of 100

Warren Street regarding Equity's submission of  paperwork to have this residential rental property deemed exempt from the City's rent control ordinance.  I would like to discuss this with you at your earliest convenience.  Several dozen of my fellow tenants and I are seeking information with regard to this issue.
Regards,
Shirleen Roberts
732-742-6269


-----Original Message-----
From: gnsroberts@aol.com
To: dhendon@jcnj.org <dhendon@jcnj.org>
Sent: Mon, May 16, 2022 10:09 am
Subject: Portside Towers West - 100 Warren Street, Jersey City

Good morning.  The City Clerk gave me your email address.

Can you confirm that Portside Towers West, which apparently was completed some time in 1992, is currently exempt from the rent control ordinance?   If so, I would appreciate receiving a call or email with more information.  Per Section 260-6 of the City Ordinance, the exemption applies to construction completed between June 25, 1987 through **June 25, 1992**.  When was the building completed?  Also, the exemption is 30 years or the period of amoritization of the initial mortgage loan (unless there is no initial mortgage).
.
Thank you so much for your help.  There is some urgency as the landlord only gives me (and my fellow tenants) about 10 days to decide whether to renew the leases after providing the renewal rent offer.

Regards,
Shirleen Roberts
732-742-6269


-----Original Message-----
From: gnsroberts@aol.com
To: Landlord-Tenant@jcnj.org <Landlord-Tenant@jcnj.org>
Sent: Fri, May 13, 2022 10:54 am
Subject: Portside Towers - 100 Warren Street, Jersey City

Good morning.
I am a resident of Portside Towers.  Can you please tell me if that apartment building is subject to Section 260-3 of the City's Ordinances with respect to rent increases for existing tenants?  I read Section 260-3 (and the applicable definitions in Section 260-1) to govern rent increases at that building.
Thank you!

Regards,
Shirleen Roberts
732-742-6269