# EXHIBIT C

 **Gmail**

Michele Hirsch <hirsch.michele@gmail.com>

---

### Petition Claiming illegal Rent: 100 Warren Street

1 message

---

**PATRICIA KARTHAS** <nycmaniac@comcast.net>                    Mon, Feb 13, 2023 at 8:18 PM
To: "SRichardson@jcnj.org" <SRichardson@jcnj.org>, "kevcweller@gmail.com" <kevcweller@gmail.com>, "hirsch.michele@gmail.com" <hirsch.michele@gmail.com>, "Jnewton@eqr.com" <Jnewton@eqr.com>, "landlord-tenant@jcnj.org" <landlord-tenant@jcnj.org>

Director Richardson,

Hello. I have lived at 100 Warren Street since 8/26/2006. I learned from Dinah Hendon on May 18, 2022 that my building is subject to rent control when she said "According to the records in this office at this time, this building is subject to rent control." Since Director Hendon mentioned the 2022 Annual Landlord Registration Statement in her email, I have also attached it here. That registration statement was submitted to Jersey City on 2/1/2022, 7 months before the current rent control went into effect. That form was signed by our building manager (copied) and a VP of Equity Residential, in agreement with Director Hendon's May 18th email. The email I received from Dinah is below.

I have not yet been a party to any rent control action. I do not wish to be a party to any administrative process that came before your appointment as the Rent Leveling Administrator.

I have attached a letter I received from my Hudson County Commissioner, Anthony Romano where he states the law, and his agrees that my building has been subject to rent control, since it was newly constructed in 1992.

While my more recent increases have not been in violation of Chapter 260, my understanding is I have been paying a rate that is much higher than it should have been for over 16 years.

**Please respond to this below request at your earliest convince:**

Attached please find my petition claiming illegal rent; kindly reply with (a) proof of the timely filing of a claim of exemption that occurred at least 30 days prior to the completion of construction for my building by its original owner, as well as proof which satisfies the entirety of Ordinance 260-6C, or (b) your lawful determination that my building has never been exempt from rent control.

I have copied the President of the Portside Towers East and West Tenant Associations on this email.

Thank you,
Patricia Karthas
100 Warren Street


---------- Forwarded message ---------
From:
Dinah E. Hendon
<
DHendon@jcnj.org
>
Date: Wed, May 18, 2022, 3:49 PM
Subject:
100 Warren Street
To: Patricia Karthas <
elinitha48@gmail.com
>
Cc: Landlord Tenant Relations <
Landlord-Tenant@jcnj.org
>
Dear Ms. Karthas,
According to the records in this office at this time, this building is subject to rent control. I am waiting for updated rent information in connection with the 2022 Landlord Registration Statement. Should you wish to file a rent petition, I will have a petition and instructions sent via email or you may call or visit the office for assistance.

Yours,
Dinah E. Hendon
Dinah E. Hendon
(Pronouns: she/her/hers)
Director
Department of Housing, Economic Development & Commerce
Division of Housing Preservation
342 Martin Luther King Drive

Jersey City, NJ 07305
201.547.4821

From:
Patricia Karthas <
elinitha48@gmail.com
>
Sent:
Wednesday, May 18, 2022 3:47 PM
To:
Dinah E. Hendon <
DHendon@jcnj.org
>
Subject:
2/10/23, 12:57 AM Gmail - Fwd: 100 Warren Street
https://mail.google.com/mail/u/0/?ik=7c1661a2d0&view=pt&search=all&permthid=thread-f%3A1733195988820812764%7Cmsg-f%3A1733195988820… 2/2
CAUTION: This email originated from outside our organization. Use caution when clicking links or opening attachments.

Hello Ms. Henson
I'm a resident at Portside Towers in Jersey City at
100 Warren St, Jersey City, NJ 07302
.
Is there any way you can tell me if this building is on rent control of any type?
Thank you.
Patricia Karthas.

---

**17 attachments**

**01 PETITION Claiming Illegal Rent and Illegal Rent Increase-Portside Towers-Patricia Karthas.pdf**
644K

**02-Proof of Servicev02 Patricia Karthas.pdf**
1444K

**001-505.pdf**
402K

**001-505-2020.pdf**
1447K

**001-505-2014.pdf**
428K

**001-505-2011.pdf**
1550K

**001-505-2012.pdf**
289K

**001-505-2010.pdf**
227K

**001-505-2022.pdf**
4894K

**001-505-2016.pdf**
629K

**001-505-2021.pdf**
1631K

**001-505-2015.pdf**
429K

**001-505-2013.pdf**
604K

**001-505-2019.pdf**
1203K

**001-505-2017.pdf**
630K

**PortsideLetterFeb23.pdf**
409K

**13-2022_100_Warren_Street_Part_1.pdf**
179K