# EXHIBIT D

# Mohamed Hegazi

| | |
|---|---|
| **From:** | Paul Beyersdorf |
| **Sent:** | Thursday, April 18, 2024 1:28 PM |
| **To:** | embernstein@embalaw.com |
| **Cc:** | Eric Nemeth; Neil Marotta; ddiyanni@embalaw.com; Mollie Lustig; Mohamed Hegazi |
| **Subject:** | Towers at Portside; Letter re 2016 Leases |
| **Attachments:** | 4.18.24 Letter to E. Bernstein re 2016 Leases.pdf |

Dear Mr. Bernstein:

Please see the attached letter from Mollie Lustig on behalf of the proposed Intervenors in this matter.

Cordially,
Paul Beyersdorf
Assistant to Mollie Hartman Lustig, Esq.

1

# MCLAUGHLIN & STERN, LLP

### FOUNDED 1898

| | | |
|---|---|---|
| **MOLLIE HARTMAN LUSTIG**<br>**PARTNER**<br>Direct Dial: 908-578-5458<br>mlustig@mclaughlinstern.com | 1 ELM STREET<br>SUITE 2<br>WESTFIELD, NEW JERSEY 07090<br>(212) 448–1100<br>FAX (212) 448–0066<br>www.mclaughlinstern.com | NEW YORK, NEW YORK<br>GARDEN CITY, NEW YORK<br>MILLBROOK, NEW YORK<br>WESTPORT, CONNECTICUT<br>NAPLES, FLORIDA<br>WEST PALM BEACH, FLORIDA |

April 18, 2024

**<u>Via Electronic Mailing</u>**

Eric M. Bernstein, Esq.
Eric M. Bernstein & Associates, L.L.C.
34 Mountain Boulevard, Building A
P.O. Box 4922
Warren, New Jersey 07059

        RE:    *The Towers at Portside Urban Renewal Company, et al v. The City of Jersey City et al.*
                <u>Civil Action No. 23-cv-22291-MCA-JRA</u>

Dear Mr. Bernstein:

As you know, this firm, alongside Eric J. Nemeth, P.C. and Marotta & Garvey, Attorneys at Law, represents the proposed Intervenors in the above-referenced matter. On March 27, 2024, Johna M. Noel of the Jersey City Rent Leveling Bureau (the "Bureau") wrote to Plaintiffs' counsel, Derek Reed, requesting copies of the 2016 lease agreements for the units at 100 Warren Street and 155 Washington Street. That letter requested that the lease be provided by April 10, 2024. We are requesting confirmation that the Bureau has received the leases. We further ask that you provide an estimate as to when the Bureau will complete its rent recalculations for the above properties.

Sincerely,

*/s/ Mollie Hartman Lustig*

Mollie Hartman Lustig, Esq.

c:     Eric J. Nemeth, Esq.
       Neil D. Marotta, Esq.
       Dominic P. DiYanni, Esq.
       Client
       File