# EXHIBIT J



**Derek D. Reed, Partner**
direct:  (973) 854-6710
dreed@epgprlaw.com

April 17, 2024

**Via ECOURTS**
Hudson County Superior Court
595 Newark Avenue
Jersey City, New Jersey 07306
Attn: Landlord/Tenant

**Re:**      **Equity Residential Management, L.L.C., as agent for the Owner vs Arlene Kessler and Jennifer Kessler**
**Docket No.: HUD - LT- 3074-24**

Dear Sir/Madam:

Our office represents the Plaintiff/Landlord in the above-mentioned matter.   Kindly mark this matter voluntarily dismissed without prejudice.

Kindly mark the docket accordingly.

Respectfully submitted,

DEREK D. REED, ESQ.

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK      •      NEW YORK      •      MORRISTOWN