# EXHIBIT L

**From:** Ray Colon <rcolon@eqr.com>
**Subject: Renters insurance balance - 504E**
**Date:** April 18, 2024 at 12:28:23 'a0PM EDT
**To:** "DaShawn M. Peyton" <dashawn.peyton@gmail.com>

Hi DaShawn,

This is a friendly reminder that there is a balance due on your account. You can always view your balance and submit payments online at My.EquityApartments.com.

The balance on your account is $10,318.77, and is a mix of overdue rent, utilities, and some late fees charged to the account. Will you be able to make another payment by the end of this month?

Please let me know if you have any questions or concerns.

–

Thank you,

**Ray Colon**
Resident Experience Coordinator