**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | Civil Action No.: 2:23-cv-22291-MCA-JRA<br><br><br>**CERTIFICATION OF BROOKELYN MURPHY** |

BROOKELYN MURPHY, of full age, certifies as follows:

1. I am a tenant at 155 Washington Street, Jersey City, New Jersey and live in Unit 202.

2. I moved into Unit 202 in February 2019.

3. In March 2019 the rent was $3,365.00.

4. In March 2020, the rent was increased to $3,634.00, an 8% increase over the previous year.

5. In 2021, during COVID, the rent was decreased to $3250.00.

1

6. In May 2022[1] it was increased to $3,979.00, which was a 22.43% increase from the COVID reduced rent, and a 9.5% increase from the pre-COVID rent.

7. In February 2023, the rent was increased to $4,373.00 (a 9.9% increase); and recently, on or about March 18, 2024, the Landlords offered me a renewal with a rent of $4,500.00.

8. On April 1, 2024, I wrote to Ray Colon, the Resident Experience Coordinator indicating that I would be lodging a complaint about the illegal renewals unless the rent was adjusted. A true and accurate copy of the April 1- April 15, 2024 correspondence is attached hereto as **Exhibit A**.

9. April 3, 2024, I was told that I should contact Equity's attorney Derek Reed, and provided with his email address. See **Exhibit A**.

10. On April 8, 2024, Equity asked again if I was renewing my Lease and told me that if I was planning on moving from the community that I would be responsible for insufficient notice fees because I was now beyond the 60 day notice to vacate window. See **Exhibit A**.

---

[1] The lease for unit 202 was supposed to be renewed in March, however Equity incorrectly changed the month during the 2022 lease renewal. Despite requests to correct it from the tenants, it was not corrected and now the lease renews each year in May, not March.

I certify that the foregoing statements made by me are true. I am aware that if any of

the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Brookelyn Murphy
Brookelyn Murphy
155 Washington Street, Unit 202
Jersey City, New Jersey 07302

Dated:     April 18, 2024

# EXHIBIT A

---------- Forwarded message ---------
From: **Alaina** <renewals@eqr.com>
Date: Mon, Apr 15, 2024 at 10:15 AM
Subject: Re: Portside Towers East Apt 202 renewal
To: <kevcweller@gmail.com>, brookelyn alexandra murphy <brookelynmurphy@gmail.com>,
<jammin_jeep@hotmail.com>
Cc: renewals <renewals@eqr.com>

Hi Brooke and Paul,

I'm following up, have you made a decision regarding your renewal offer? You have about a month until your current lease expires, please let me know if you are ready to renew or if you'll be submitting your notice to vacate.

Thank you,

**Alaina A.**
Renewal Support Team
833.576.8420
renewals@eqr.com

EquityResidential.com  -  *live remarkably*

On Mon, Apr 8, 2024 at 2:32 PM Alaina <renewals@eqr.com> wrote:
Hello Brooke,

I'm checking in, have you finalized your renewal plans yet? If you are ready to renew please let me know and I will have your lease generated!

If you are planning to move from the community please keep in mind a 60 day written notice to vacate is required. We recommend submitting the notice through your resident portal, you'll find the option under the 'My Account' tab. Since we are past your deadline there will be insufficient notice fees.

Please let me know how you would like to proceed and if you have any questions!

Thank you,

**Alaina A.**
Renewal Support Team
833.576.8420
renewals@eqr.com

EquityResidential.com  -  *live remarkably*

On Wed, Apr 3, 2024 at 10:04 AM Ray Colon <rcolon@eqr.com> wrote:
Hi Brooke,

Thank you for your email. Regarding your statements; please reach out to our attorney Derek Reed at dreed@epgprlaw.com for assistance.

On Mon, Apr 1, 2024 at 1:47 PM brookelyn alexandra murphy <brookelynmurphy@gmail.com> wrote:

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

I received our renewal offer two weeks ago. We moved into this apt in Feb. 2019. And have received illegal rent increases each year, with equity pushing back our lease date without informing us. While the recalculation to what the legal rates should have been in 2016 is completed, Equity needs to renew our lease at the 2019 rate or I will submit a complaint to the city about yet another illegal renewal.

Thank you,
Brooke Murphy


--

Thank you,

**Ray Colon**
Resident Experience Coordinator

**Office Contact:**
Portside Towers: (201) 938-0770 Portsidetowerapartments@eqr.com


Equityapartments.com | *live remarkably*