**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | Civil Action No.: 2:23-cv-22291-MCA-JRA<br><br><br>**PROPOSED ORDER** |

THIS MATTER HAVING been brought to the Court by way of application for an Order to Show Cause filed by Intervenors Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch, by and through their counsel, seeking relief by way of preliminary injunction and temporary restraining order, upon notice to Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, and based upon the facts set forth in the Certification of Mollie Hartman Lustig, Esq., dated April 19, 2024, together with exhibits annexed thereto; the Certification of Brookelyn Murphy, dated April 18, 2024, together with the exhibit annexed thereto; and the legal argument articulated in Intervenors' Memorandum of Law filed herewith; and for good cause shown:

1

IT IS ON THIS _____ day of _____, 2024;

**ORDERED** that

1. All rents at Portside Towers are frozen at the rates that existed as of the Rent Leveling Board's decision on October 19, 2023 until the recalculations are completed in accordance with §260-1, §260-2(B), §260-2(C), §260-2(D), and §260-3;

2. Portside and Equity are prohibited from filing any actions for evictions against the existing tenants of the property for reasons related to rent payments, until a decision is made on the PI;

3. Enjoining the Rent Leveling Bureau to recalculate the rents within a thirty (30) day period from entry of the Order, in accordance with the definition of "base rent" in §260-1 and the provisions of §260-2(B), §260-2(C), §260-2(D), §260-3(D), §260-3(I), §260-3(H), §260-9(E), and §260-3(J); and,

4. Any and all further relief the Court deems appropriate.

**IT IS FURTHER ORDERED** that,

THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC ("Portside") and EQUITY RESIDENTIAL MANAGEMENT, LLC, ("Equity") and Defendants THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD (collectively, the "City") shall appear and show cause before the United States District Court for the District of New Jersey, located at 2

Federal Square Newark, New Jersey 07102, by physical appearance or via Zoom or Teams Video Proceeding/Telephonically at _____, on _____, 2024, or as soon thereafter as the parties may be heard, as to why a Preliminary Injunction ("PI"), should not be issued upon expiration of the TRO, and for the remainder of the underlying litigation.

_____

HON. JOSÉ R. ALMONTE, U.S.D.J.