

# ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.

## ATTORNEYS AT LAW

34 MOUNTAIN BLVD., BLDG A.
P.O. BOX 4922
WARREN, NEW JERSEY 07059

(732) 805-3360
FACSIMILE (732) 805-3346
www.embalaw.com

**May 2, 2024**

Honorable Madeline Cox Arleo, USDJ
Honorable Jose R. Almonte, USMJ
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office
Courthouse Building
2 Federal Square
Newark, New Jersey 07102

<u>**Via ECF/PACER**</u>

> **Re:** **The Towers at Portside Urban Renewal Company, LLC et. al.**
> **v. The City of Jersey City et. al.**
> **Civil Action No. 23-CV-22291-MCA-JRA**
> **Our File No. 3236-1001**

Dear Judge Cox Arleo and Magistrate Judge Almonte:

This office serves as counsel for the Defendants, City of Jersey City and the City of Jersey City Rent Leveling Board (collectively referred to as the "Defendants") with regard to the above referenced matter. Please accept this letter as the Defendants' preliminary response to the recently filed motion seeking preliminary injunctive relief filed by certain tenant and associations of tenants (collectively referred to as the "Tenants"), whom also have a pending motion to intervene before the Court. <u>See</u> *Docket 34-1*.

The Defendants do wish to ultimately respond to Tenants recently filed motion for a preliminary injunction, but the Defendants contend that it would <u>only be proper</u> to do so <u>only</u> in the event that the Tenants' pending motion to intervene is ultimately granted by the Court. As the Court is aware, Tenants' motion to intervene is pending and the Defendants have filed opposition to same. Therefore, it would be potentially unproductive for the parties to continue to expend time and resources in the Tenants' recently filed Order to Show Cause motion when the Tenants are currently not a party and may not be ultimately successful on its pending motion to intervene. Should that motion to intervene be denied, the Order to Show Cause would be moot for this Court to entertain and same would most likely have to be refiled by the Tenants in their already pending State Court action.

*1*

Thus, in order to avoid unnecessary time and resources, the Defendants would respectfully suggest and recommend that the Court consider holding the Tenants' pending motion for an Order to Show Cause in abeyance until such time that the Tenants' motion to intervene is decided by the Court.

At that time, depending on the outcome of the motion to intervene, the Defendants would then request a reasonable briefing schedule should said motion to intervene be granted. The Defendants believe that this proposed route would be the most cost efficient measure and schedule for the benefit of all the parties that are in the case and most effective for the Court.

If Your Honor has any questions as to same, please feel free to have Your Chambers contact me. Your prompt attention and response in this matter is greatly appreciated.

Very truly yours,
ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.

By: *Eric M. Bernstein*

Eric M. Bernstein, Esquire

EMB/jkj

Cc:    (via ECF/PACER)
Derek D. Reed, Esq.
Andrew Vail, Esq.
Mollie F. Hartman-Lustig, Esq.

Cc:    (via email only) (Personal & Confidential)
Brittany Murray, Esq., First Assistant Corporation Counsel
Philip Adelman, Esq., Assistant Corporation Counsel

2