**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY, NEWARK DIVISION**

|  |  |
|---|---|
| The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC, <br><br> Plaintiffs, <br><br> v. <br><br><br> The City of Jersey City and the City of Jersey City Rent Leveling Board, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 2:23-cv-22291-MCA-JRA |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs' move for a preliminary injunction and rely on the attached Declaration of

Danielle Marchewka dated May 14, 2024 and Memorandum of Law.

Dated: May 14, 2024

Respectfully submitted,

The Towers at Portside Urban Renewal Company
L.L.C. and Equity Residential Management, LLC

By: */s/ Derek D. Reed*

*Attorney for Plaintiffs the Towers at*
*Portside Urban Renewal Company L.L.C.*
*and Equity Residential Management, LLC*

Derek D. Reed, Esq. (Attorney ID # 038062003)
Jeffrey Plaza, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040

Terri L. Mascherin
Andrew W. Vail
Daniel J. Weiss
Jenner & Block LLC
353 Norh Clark Street
354 Chicago, Illinois 60654
Phone: (312) 222-9350
Facsimile: (312) 840-7375

*Attorneys for Plaintiffs*