# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY, NEWARK DIVISION**

| | |
|---|---|
| The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br><br>The City of Jersey City and the City of Jersey City Rent Leveling Board,<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:23-cv-22291-MCA-JRA<br><br>**DECLARATION OF DANIELLE MARCHEWKA IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Danielle Marchewka, declare as follows:

1.      I am over 18 years old and provide the following based on personal knowledge.

2.      I am an Assistant Vice President in the legal department of Equity Residential Management, LLC ("Equity Residential"), which is the managing agent of The Towers at Portside Urban Renewal Company, L.L.C. ("Portside").  I have been in that role for 1.5 years and have been employed by Equity Residential for 24 years.

3.      Portside Towers is comprised of two towers that have a total of 527 residential apartment units, substantial common areas, and luxury amenities.

4.      All Portside tenants agreed to leases that contain a "Rent Control Addendum" that expressly provides, "Pursuant to N.J.S.A. 2A:42-84.3, we hereby notify you that the Premises and the Community are exempt from the provisions of any rent control ordinances instituted by Jersey City or West New York, as the case may be, and said Premises and Community will be exempt from any future rent control, rent stabilization or rent leveling ordinance instated by these

municipalities for a period of thirty years following the completion of the construction of the Community." *See* attached Exhibit 1.

5.     Certain tenants have been taking the position that they are owed a rental credit based on the Board's Order and threatening to withhold rent based on it. Based on public statements they have made, including accusing Portside of criminal activity and violating the Ordinance by collecting rents that the tenants have agreed to pay, Portside has serious concern that the tenants will withhold rent once the Bureau issues its determination.

6.     The cost to effectively manage and operate the 527 apartments, common areas and amenities at Portside is significant and ongoing, in addition to the substantial taxes and fees imposed by the City of Jersey City, the County of Hudson, and State of New Jersey.

7.     If tenants refused to pay rent, the economic impact would have a negative impact on the resident, guest and staff experience at the two towers.

8.     If Portside is forced to reduce rent during the pendency of this case, but later increases rents as permitted by law when the Board's Order is invalidated, it will suffer significant disruption to its relationships with its tenants, who may move away or become extremely hostile over a perceived "whipsaw" in rent.  By contrast, if Portside is permitted to charge lawful rent for the duration of this case (with any disputed going-forward amounts in escrow), no such disruption or inability to recoup lost rents would result.

9.     If Portside prevails in this case, and tenants have withheld rent based on assertions made by certain tenants and the tenant associations, it is very likely that the debts owed by all of tenants would be extremely difficult to collect.  Based on my experience, first, if and once tenants fall behind in rent payments and do not set aside the rent amount due, they may face economic

2

hardship and or be unable to pay the back rent due. Second, tenants may move from Portside and not willingly to pay past rent due to their prior landlord.

10. For both towers, while this litigation is pending, Portside is charging tenants the rent that they had agreed to pay via their leases at the time of the Board's November 2023 decision. For any renewing lease, Portside has limited the rental increase to 4% or the relevant CPI number, whichever is lesser, and, to the extent that Portside imposed a larger increase in rent at 155 Washington, Portside has since credited any payment in excess of the November 2023 rent rate plus 4% or the CPI, while reserving all rights.

11. I understand that it has been alleged in this action that Portside has pursued eviction proceedings against residents DaShawn Peyton, Anthony Thomas, Kelly Samuels Thomas, Arlene Kessler, and Jennifer Kessler. In fact, although Portside did initiate such proceedings in the ordinary course of administering the Portside Towers property, it voluntarily dismissed those proceedings in light of disputes related to the Board's November 2023 decision. Portside has not commenced any further proceedings relating to any of the above-listed tenants or any other tenants. Portside understands, based on the information available to it, that each of the above tenants remains a resident at Portside Towers.

12. The City's position (which has changed several times since the first tenant petition was filed) is confusing and concerning, including its recent and repeated threats of civil and criminal penalties to Portside and its employees (without adequate direction as to how to comply), that has created fear and apprehension.

13. Exhibit 2 is a true and correct copy of the January 19, 2024 correspondence from Derek Reed.

14. Exhibit 3 is a true and correct copy of the February 7, 2024 correspondence from

3

Derek Reed.

15.    Exhibit 4 is a true and correct copy of the March 19, 2024 correspondence from Shyrone Richardson.

16.    Exhibit 5 is a true and correct copy of the March 20, 2024 correspondence from Derek Reed.

17.    Exhibit 6 is a true and correct copy of the March 27, 2024 correspondence from Derek Reed.

18.    Exhibit 7 is a true and correct copy of the April 5, 2024 correspondence from Neil Marotta.

19.    Exhibit 8 is a true and correct copy of the April 8, 2024 correspondence from Eric Nemeth.

20.    Exhibit 9 is a true and correct copy of the April 17, 2024 correspondence from Eric Bernstein.

21.    Exhibit 10 is a true and correct copy of the April 26, 2024 correspondence from Derek Reed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this Declaration on May 14, 2024 in Chicago, Illinois.

/s/  *Danielle Marchewka*
Danielle Marchewka

4