# EXHIBIT 1

# RENT CONTROL ADDENDUM
### (Jersey City, Hoboken and West New York Properties Only)

This Rent Control Addendum ("Addendum") is dated and effective as of the date on the Residential Lease - Term Sheet (the "Term Sheet") to which this Addendum is attached and made a part of ("the Lease") and is made by and between Lessor and Resident for the Premises at the Community identified in the Lease.

Pursuant to N.J.S.A. 2A:42-84.3, we hereby notify you that the Premises and the Community are exempt from the provisions of any rent control ordinances instituted by Jersey City or West New York, as the case may be, and said Premises and Community will be exempt from any future rent control, rent stabilization or rent leveling ordinance instituted by these municipalities for a period of thirty years following the completion of construction at the Community.

*Legal Form – Notification of Rent Control Exemption v5a*
*(Jersey City, Hoboken and West New York Properties Only) (New Jersey)*
*Revised 01/14/14*                                                      *©Equity Residential 2014. All Rights Reserved*

PORTSIDE_0252459