# EXHIBIT 5



*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

March 20, 2024

**Via Email (SRichardson@jcnj.org)**
**Shyrone Richardson – Rent Leveling Administrator**
**Office of Landlord/Tenant Relations**
**342 Martin Luther King Drive**
**Jersey City, NJ 07305**

        Re:    Portside Towers – March 19, 2024, Correspondence

Dear Mr. Richardson:

        As you are aware, we represent Equity Residential Management and The Towers at Portside Urban Renewal Company (together, "Equity Residential"). We are in receipt of your March 19, 2024 letter addressed to the undersigned, and offer this response to address some apparent confusion and hopefully lay the groundwork for further cooperation.

        As you are also aware, Equity Residential has cooperated fully and promptly with all document requests of the Office of Landlord/Tenant Relations (the "Bureau") since the Rent Leveling Board (the "Board") issued its November 3, 2023 decision (the "Decision"). Despite strong disagreement with the Decision, our client has produced thousands of documents to the Bureau's attorney, Eric Bernstein, Esq., in response to the Bureau's requests, has recently made redactions to those documents as requested by Mr. Bernstein, and has even offered to assist with the complicated calculations required by the Decision.

        In light of the foregoing, we were disappointed by the tone of your letter, which does not reflect our client's cooperation with the Bureau thus far, as recently noted by Mr. Bernstein. Moreover, the legal pronouncements and directives of your letter are inconsistent with the statements made by Corporation Counsel during the January 10th meeting of the Jersey City Municipal Council (the "Council"). During that meeting, Corporation Counsel explicitly advised the Council that four percent (4%) rent increases are permissible, and that residents would need to bring any alleged violations occurring subsequent to the Decision as new complaints. Equity Residential directly referenced Corporation Counsel's statements in a February 7, 2024 correspondence to the Council, and has relied upon those statements in its efforts to proceed in manner that respects the Decision while still preserving all rights and effecting those increases to which it is entitled under the Jersey City Rent Leveling Ordinance (the "Ordinance").

        We were also troubled by the threat of substantial penalties, including imprisonment and fines. As we sit here today, it is unclear what the base rents at Portside Towers should be pursuant to the Decision. Threatening to impose significant penalties, including incarceration, without articulating what rents can be

Please direct replies to:
60 Park Place, Suite 1016, Newark, NJ 07102
Tel:  (973) 643-0040  •  Fax:  (973) 596-1781  •  www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

March 20, 2024
Page 2

charged to avoid such penalties, presents serious Constitutional concerns and runs contrary to the manner in which Equity Residential has dealt with your office, and continues to deal with your office through Mr. Bernstein.  This is especially true where the alleged offense is engaging in conduct consistent with the Decision, the Ordinance, and the guidance of Corporation Counsel.

Notwithstanding the foregoing, Equity Residential has made the determination to stay all rent increases at this time as requested in your March 19, 2024 letter, but reserves all rights and claims, including the right to collect in full all rents due under leases with its residents.  Equity Residential specifically reserves all rights against the City of Jersey City and the City of Jersey City Rent Leveling Board with respect to damages it will incur as a result of the stay, and will seek same in the pending litigation.

We continue to hope for a prompt completion of the calculations ordered by the Board on November 3, 2023, and Equity Residential continues to offer assistance to the Bureau in its efforts to comply with the Decision.

Very truly yours,

Derek D. Reed, Esq.

Cc: Thomas Slattery, Esq.(tslattery@jcnj.org)
    Eric Bernstein, Esq. (embernstein@embalaw.com)
    Neil Marotta, Esq. (mgclawyers@aol.com)
    Brittany Murray, Esq. (bmurray@jcnj.org)