# EXHIBIT 8



*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

April 8, 2024

**Via Email (enemeth@ejcounsel.com)**
**Eric J. Nemeth, Esq.**
**Eric J. Nemeth, P.C.**
**55 Madison Avenue, Suite 400**
**Morristown, NJ 07960**

   **Re:  Correspondence Dated April 3, 2024**

Dear Mr. Nemeth:

  As you know we represent Equity Residential Management LLC and The Towers at Portside Urban Renewal Company L.L.C. (together, "Equity Residential"). We are in receipt of your correspondence dated April 3, 2024.

  Your suggestion that my firm has violated the Rules of Professional Conduct is unfounded. It is particularly striking that none of the emails attached to your correspondence show any attorney in this firm communicating with one of your purported clients.  We also suggest that you review the enclosed email correspondences of February 22, 2024 and April 3, 2024 to your co-counsel in which we specifically requested that tenant inquiries pertaining to disputed rental amounts be handled through counsel on both sides. In that context, the tone of your letter is extremely inappropriate.

  We are also unpersuaded by your unsupported claim that you represent, at a minimum, all current Portside residents by virtue of your representation of the Portside East and Portside West Tenant Associations (the "Associations"). We do not question that you and co-counsel represent the Associations, however, to date you have not identified which residents are members. Nor have you made any representations as to whether the Associations are registered entities or have any recognized legal existence. Barring some independent basis on which we can determine who the identity of the Association members, such as membership rolls, you will need to specifically identify all such individuals you represent in this litigation by virtue of their membership in the Associations. It is reckless to allege unethical client contact while simultaneously refusing to disclose the identity of your clients, including those derivatively represented through their membership in the Associations.

  As to our clients, Equity Residential may advise its residents to direct their inquiries to whomever it chooses. To the extent you are aware of the Associations' registered members, we

Please direct replies to:
60 Park Place, Suite 1016, Newark, NJ 07102
Tel:  (973) 643-0040  •  Fax:  (973) 596-1781  •  www.EPGPRlaw.com

NEWARK  •  NEW YORK  •  MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

April 8, 2024
Page 2

suggest that you communicate your concerns directly to them and advise those individuals to forward inquiries regarding the pending litigation to your office.

Further, we believe that it may be mutually beneficial to preserve the *status quo* during the pendency of litigation and would discuss any serious proposal with our clients. However, what you are requesting not only fails to preserve the status quo but would also significantly inhibit our clients' ability to effectively manage Portside to the inevitable detriment of all residents. As you are likely aware, our clients have certain legal obligations, including a duty to maintain the peace and quiet enjoyment of the property for its residents. The suggestion that our clients refrain from **all** evictions, including legal grounds for eviction which have nothing to do with the payment of rent, is not serious and would effectively gut our clients' ability to meet its legal obligations to its residents. In this vein, our clients have an obligation and a right to serve Notices to Cease, Notices to Quit, and initiate eviction proceedings for all lawful grounds under the New Jersey Anti-Eviction Act. Ceding all rights to effectively manage Portside because of a rental dispute is unreasonable. It is also notable that your suggestion would require our clients to voluntarily halt all rental increases, even those consistent with the requirements of rent control, while simultaneously agreeing to forgo any legal remedy if your clients fail to pay even the base rent in effect at the time of the Board's decision.

Equity Residential has been issuing rental increases consistent with the representations of Acting Corporation Counsel. That being said, we have recently received a letter from the Office of Landlord/Tenant Relations which appears to contradict Acting Corporation Counsel's prior guidance. We have written to Mr. Bernstein, who as you know represents The City of Jersey City and the City of Jersey City Rent Leveling Board in this litigation, to confirm what his client's position is with respect to rent increases. Until we receive an official response, our clients intend to comply with prior guidance from Acting Corporation Counsel.

As previously advised, we remain open to discussing all issues that may arise relative to the pending litigation.

Very truly yours,

Derek D. Reed, Esq.

Cc: Mollie Lustig-Hartman, Esq. (via email)
    Neil Marotta, Esq. (via email)

| | |
|---|---|
| **From:** | Derek Reed |
| **To:** | mgclawyers@aol.com |
| **Bcc:** | |
| **Subject:** | Portside - Communications regarding the disputed rent amounts |
| **Date:** | Thursday, February 22, 2024 10:08:00 AM |

Neil,

As we have made clear, our client strongly values its resident relationships.  Given the pending dispute and litigation and that our respective clients are represented by outside counsel regarding this matter, we believe that the parties would be best served if communications about the disputed rent amounts are made through us on behalf of our clients.  We remain committed to resolving this matter as expeditiously as possible, and also remain willing to conference by phone or video to discuss this matter.  Our client's team members will remain available to assist your clients on all matters relating to the building outside of the legal dispute.

Derek

**DEREK D. REED**

**Partner**

website | bio | offices

Direct Dial: (973) 854-6710

Facsimile: (973) 624-8850



Newark, NJ          New York, NY          Morristown, NJ

| From: | Derek Reed |
|-------|------------|
| **To:** | mgclawyers@aol.com; Mollie Lustig |
| **Subject:** | Portside - resident emails regarding pending litigation |
| **Date:** | Wednesday, April 3, 2024 1:30:00 PM |

Neil and Mollie,

Our client's team members continue to receive correspondence from your clients relative to issues that are before the court in the pending litigation, despite my previous correspondence of February 22nd to Neil inviting such inquiries to be forwarded to me through counsel. Given the pending dispute and litigation and that our respective clients are represented by outside counsel regarding this matter, we believe that the parties would be best served if communications about the disputed rent amounts, or other issues pending before the court, are made through us on behalf of our clients.  As you know, we remain committed to resolving this matter as expeditiously as possible, and also remain willing to conference by phone or video to discuss this matter.  Our client's team members will remain available to assist your clients on all matters relating to the building outside of the legal dispute.

Derek

**DEREK D. REED**

**Partner**

website | bio | offices

Direct Dial: (973) 854-6710
Facsimile: (973) 624-8850

Newark, NJ          New York, NY          Morristown, NJ