# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>The City of Jersey City and the City of Jersey City Rent Leveling Board,<br><br>Defendants. | Case No. 2:23-cv-22291-MCA-JRA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION FOR A PRELIMINARY INJUNCTION** |

**UPON CONSIDERATION** of Plaintiffs' request for injunctive relief, the Court having considered the matter, and for good cause shown,

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Defendants are enjoined from enforcement of the November 3, 2023, Order of the City of Jersey City Rent Leveling Board pending further order of this Court.

 

_____
Hon.

4879-3677-7916, v. 1