# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

**MOLLIE HARTMAN LUSTIG**
**PARTNER**
Direct Dial: 908-578-5458
mlustig@mclaughlinstern.com

1 ELM STREET
SUITE 2
WESTFIELD, NEW JERSEY 07090
(212) 448–1100
FAX  (212) 448–0066
www.mclaughlinstern.com

NEW YORK, NEW YORK
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
NAPLES, FLORIDA
WEST PALM BEACH, FLORIDA

May 17, 2024

**Via ECF**

Hon. Josè R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> RE:    *The Towers at Portside Urban Renewal Company, et al v. The City of Jersey City et al.*
> Civil Action No. 23-cv-22291-MCA-JRA

Dear Judge Almonte:

This firm, alongside Eric J. Nemeth, P.C. and Marotta & Garvey, Attorneys at Law, represents the Proposed Intervenors in the above-referenced matter. We write with respect to Plaintiffs' Motion for Preliminary Injunction filed on May 14, 2024 (*see Doc. No. 38*) and the Proposed Intervenors' Motion for Leave to Intervene filed on April 1, 2024 (*see Doc. No. 29*) (the "Intervention Motion").

More specifically, on May 14 Plaintiffs filed a Motion for Preliminary Injunction where they seek an Order enjoining Defendants from enforcing the City of Jersey City Rent Leveling Board's November 3, 2023, Decision. As explained in the Intervention Motion, the Defendants have not (and cannot) adequately protect the Proposed Intervenors' interests in this litigation. Plaintiffs' Motion fails for several reasons. As such, the Proposed Intervenors wish to oppose the Plaintiffs' Motion for Preliminary Injunction. However, given the Court's May 6, 2024, Text Order, which administratively terminated the Proposed Intervenors' Motion for Order to Show Cause because their Intervention Motion has not yet been granted (*see Doc. No. 37*), it appears that the Proposed Intervenors lack standing to do so. Therefore, the Proposed Intervenors respectfully raise to the Court's attention the urgent need to issue a decision as to their Intervention Motion as soon as practicable, so that the Proposed Intervenors may oppose the Motion for Preliminary Injunction and protect the significant interests at stake in this litigation.

**MCLAUGHLIN & STERN, LLP**

Hon. Josè R. Almonte, U.S.M.J.
May 17, 2024
Page 2

Should Your Honor have any questions, please do not hesitate to have chambers contact me. We thank the Court for its time and consideration.

Respectfully submitted,
/s/ Mollie Hartman Lustig
Mollie Hartman Lustig, Esq.

c:      all parties via ECF
        [all counsel in State Court Proceeding]