

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

June 10, 2024

**VIA ECF**
Magistrate Judge José R. Almonte
Chambers of José R. Almonte
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Arleo and Magistrate Judge Almonte:

Pursuant to the March 12, 2024 Order (Dkt. No. 24) of this Court, Plaintiffs (collectively, "Portside") and Defendants (collectively, the "City") submit the following joint report outlining the status of completing discovery in this matter:

## I.    DISCOVERY STATUS

### a.    Initial Disclosures

1. Portside transmitted its Rule 26(a)(1) initial disclosures to the City on March 7, 2024.

2. The City transmitted its Rule 26(a)(1) initial disclosures to Portside on March 18, 2024.

### b.    E-Discovery Conference

1. On March 21, 2024, the parties agreed to forego a L. Civ. R. 26.1(d) E-Discovery conference.  They agreed to revisit the need for a conference in the future should issues pertaining to E-Discovery arise.

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

June 10, 2024
Page 2

c. **Requests for Production**

1. Portside sent its first set of Rule 34(d) requests for production of documents to the City on April 1, 2024.  By agreement of the parties, the City provided its responses to these requests on May 31, 2024.

2. The City sent its first set of Rule 34(d) requests for production of documents to Portside on April 1, 2024.  Portside provided its responses to these requests on May 8, 2024.

3. Portside sent its second set of Rule 34(d) requests for production of documents to the City on May 8, 2024.  The City's responses are due June 7, 2024.

4. The parties plan to meet and confer on any issues pertaining to the requests for production and responses thereto.

d. **Interrogatories**

1. Portside sent its first set of Rule 26(d) interrogatories to the City on April 1, 2024.  This included 6 interrogatories.  By agreement of the parties, the City provided its responses to these interrogatories on May 31, 2024.

2. The City sent its first set of Rule 26(d) interrogatories to the City on April 1, 2024.  This included 23 interrogatories.  Portside provided its responses to these interrogatories on May 8, 2024.

3. The parties plan to meet and confer on any issues pertaining to the interrogatories and responses thereto.

## II.    MOTIONS

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

June 10, 2024
Page 3

### a. Intervention

1. The parties have fully briefed Intervenors Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michelle Hirsch's motion to intervene.

### b. Preliminary Injunction

1. Portside filed a motion for preliminary injunction against the City of Jersey City Rent Leveling Board's November 2, 2023 order on May 14, 2024.

2. The City filed its response brief in opposition to the motion for preliminary injunction on June 3, 2024.

3. Portside's reply brief is due today, June 10, 2024.

### III.    ISSUES FOR COURT'S CONSIDERATION

### a. Portside

1. Portside does not anticipate presenting any issues for the Court's consideration at the June 17, 2024 status conference.

### b. The City

1. The City does not anticipate presenting any additional issues for the Court's consideration at the June 17, 2024 status conference.

Sincerely,

/s/ *Derek D. Reed*
Derek D. Reed

cc: All counsel (via ECF)

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

June 10, 2024
Page 4

Dated:  June 10, 2024

The Towers at Portside Urban Renewal
Company L.L.C. and Equity Residential
Management, LLC

By: */s/ Derek D. Reed*

Derek D. Reed, Esq. (Attorney ID #
038062003)
Jeffrey Plaza, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040

Terri L. Mascherin
Andrew W. Vail
Daniel J. Weiss
Jenner & Block LLC
353 Norh Clark Street
354 Chicago, Illinois 60654
Phone: (312) 222-9350
Facsimile: (312) 840-7375

*Attorneys for Plaintiffs the Towers at
Portside Urban Renewal Company L.L.C.
and Equity Residential Management, LLC*

Respectfully submitted,

City of Jersey City and City of Jersey City
Rent Leveling Board

By: */s/ Eric M. Bernstein*

Eric M. Bernstein, Esquire
ERIC M. BERNSTEIN & ASSOCIATES
L.L.C.
34 Mountain Boulevard, Building A
P.O. Box 4922
Warren, NJ 07059
(732) 805-3360; (732) 805-3346 Facsimile
Email: embernstein@embalaw.com

*Attorney for Defendants, City of Jersey City
and City of Jersey City Rent Leveling Board*