

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

June 24, 2024

**<u>VIA ECF</u>**
Judge Madeline Cox Arleo
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:     *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

We represent the Plaintiffs in the referenced action, The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management. LLC. We write pursuant to Federal Rules of Civil Procedure 1 and 16 to seek a status conference before the Court to provide the Court with a current report on the status of this matter, including the two pending motions (Dkts X (intervention) and Y (preliminary injunction)), and to respectfully propose a process forward for the adjudication of our clients' pending motion for preliminary injunction (Dkt Y.)

The pending motion for preliminary injunction seeks protection against the City's threat of criminal and or quasi criminal prosecution and a status quo order, and that motion has been fully briefed.  Plaintiffs believe that the briefing supports their application and that the Court can make that determination as a matter of law currently. Plaintiffs have strong concern that the Bureau's soon-to-be announced rent determinations will only further the constitutional injuries inflicted against Plaintiffs and will create additional confusion and uncertainty for Portside and its tenants alike.

Portside has made proposals to the tenants and the City to try to reach an agreed path forward to preserve the status quo while this matter is being litigated, and the parties have not been able to reach any agreement.

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK     •     NEW YORK     •     MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

June 24, 2024
Page 2


   We would be glad to appear before Your Honor at the Court's earliest convenience to provide the Court with additional information regarding the status of this matter and a proposed process forward.



         Respectfully Submitted,

         /s/ *Derek D. Reed*
         Derek D. Reed

cc: All counsel (via ECF)