**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
Philip S. Adelman (Attorney ID #015132003)
Assistant Corporation Counsel
City of Jersey City-Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
Telephone (201) 547-4810
padelman@jcnj.org
Attorneys for Defendants, City of Jersey City and
the City of Jersey City Rent Leveling Board

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC AND EQUITY RESIDENTIAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JERSEY CITY AND THE CITY OF JERSEY CITY RENT LEVELING BOARD, <br><br> Defendants. | Civil Action No. 2:23-cv-22291-MCA-JRA <br><br> **SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Philip S. Adelman,, Esq. as attorney and designated trial counsel for Defendants the City of Jersey City and the City of Jersey City Rent Leveling Board in the above captioned matter.

**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**

By: /s/ *Philip S. Adelman*
    Philip S. Adelman, Esq.
    Assistant Corporation Counsel
    *Superseding Attorney*

**ERIC M. BERNSTEIN**
**& ASSOCIATES, L.L.C.**

By: */s/ Eric M. Bernstein*
    Eric M. Bernstein, Esq.
    *Withdrawing Attorney*

Dated: June 24, 2024

Dated: June 24, 2024