

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

July 9, 2024

**VIA ECF**
Judge Madeline Cox Arleo
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

In connection with the above-captioned matter, Plaintiffs The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC ("Portside") write to provide notice to the Court of action taken by Defendants City of Jersey City and the Jersey City Rent Leveling Board ("Defendants") that is the subject of the pending motion before the Court.

As the Court is aware, on May 14, 2024, Portside filed a motion for preliminary injunction and status quo with this Court that included seeking injunctive relief from this Court to stay the City of Jersey City from attempting to enforce its Rent Leveling Board's November 3, 2023 Decision until this Court determines whether it was lawful.  (Dkt. No. 38.)  That motion is fully briefed.  (Dkt. Nos. 40 and 42.)  On July 2, 2024, the City and Board filed a complaint in the Superior Court of New Jersey against EQR and Portside along with an order to show cause requesting a preliminary injunction to enforce the November 3, 2023 Decision.  (Ex. A, City Compl and Proposed Order.)  That court has set a hearing for Thursday, July 11 at 9 a.m.  Portside filed its opposition today pursuant to the court's direction. (Ex. B, Portside Resp. In Opp.) As set forth in its opposition, Portside contends the state court filings are improper in light of this pending action and the fully briefed motion pending before this Court.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN