

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

July 22, 2024

**VIA ECF**
Judge Madeline Cox Arleo
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of
Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

I write to provide an update to my letter to the Court dated July 9, 2024.  On July 11, 2024, the Superior Court of Hudson County, New Jersey, heard the matter *City of Jersey City v. The Towers at Portside Urban Renewal Company, et al.*, Docket No. HUD-L-2449-24.  That court denied the City and Board's motion and dismissed their complaint, per the attached Order and court hearing transcript.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed

Enclosures
cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK        •        NEW YORK        •        MORRISTOWN