**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
Attorney ID #1429402016
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(201) 547-5229
bmurray@jcnj.org
Attorney for Plaintiffs City of Jersey City and City of Jersey City Rent Leveling Board

<table>
<tr><td>

City of Jersey City and City of Jersey City Rent Leveling Board,

               Plaintiff,

v.

The Towers at Portside Urban Renewal Company, LLC, Equity Residential Management, LLC, ABC Corp. 1-10 (fictitious entities) and John Does 1-10 (fictitious names),

    Defendants.

</td><td>

FILED

July 11, 2024

Jeffrey R. Jablonski, A.J.S.C.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: HUDSON COUNTY

DOCKET NO.  HUD-L-002449-24

Civil Action

~~PROPOSED~~ **FINAL ORDER**

</td></tr>
</table>

THIS MATTER having been opened to the Court upon application of Brittany M. Murray, Acting Corporation Counsel, appearing on behalf of the plaintiffs City of Jersey City and Jersey City Rent Leveling Board, with a Verified Complaint and Order to Show Cause with Temporary Restraints, and based upon the facts set forth in the verified complaint together with the submissions of the parties, and the Court having read and considered the verified Complaint, and good cause having been shown,

IT IS ON THIS 11th day of July, 2024,

ORDERED ~~that Defendants be Restrained from increasing the rents of any Tenants residing at 100 Warren and 155 Washington Street, Jersey City, New Jersey, until the based recalculations of the City's Rent Leveling Bureau are complete; and it is further~~

For the reasons set forth on the record, the Plaintiff's order to show cause is denied, and the Plaintiff's complaint is dismissed without prejudice.

~~**ORDERED** that Defendants return the Tenants's rents to those in effect on October 19, 2023, when the Board Decision found the Property was subject to Rent Control, for those tenants currently residing at 100 Warren and 155 Washington Street, Jersey City, New Jersey, and it is further~~

~~**ORDERED** that Defendants are found to be in violation of the Board Decision and Jersey City Rent Control Chapter §260-1 and §260-3, for increasing rents without a legal base rent; and it is further~~

**ORDERED** that a copy of this Order shall be served upon all parties within one (1) day of the date of the receipt of this Order by Plaintiffs' attorney.

_____

Hon. Jeffrey R. Jablonski        A.J.S.C.

This application was opposed.