

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

July 26, 2024

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

The parties are in receipt of the Court's order setting the preliminary injunction motion for hearing on August 1, 2024.  We write to request the Court's guidance on the type of presentation that will be most helpful to the Court at the hearing—*e.g.*, statements from counsel, witness testimony, and/or documentary evidence.

Plaintiffs submit that the motion can be granted based on the existing record submitted with the pleadings and the motion, and the applicable law.  However, Plaintiffs are also prepared to present limited testimony in support of the motion, if helpful for the complete development of the issues for the Court.  Plaintiffs would anticipate presenting a corporate representative who would testify regarding the operations of Portside Towers, the harm Plaintiffs have suffered and continue to suffer due to the Board's actions, and other facts supporting preliminary injunctive relief.  Plaintiffs would also present an expert witness, Paul Habibi, Senior Continuing Lecturer at UCLA Anderson School of Management and Senior Continuing Lecturer in Law at UCLA School of Law, who would testify that the Board's retroactive rent control determination in this case is harmful not only to Plaintiffs but also public's interest in an affordable housing market in Jersey City. Plaintiffs will promptly provide Mr. Habibi's expert report pursuant to Federal Rule of Civil Procedure 26 to the Court and Defendants.  We expect that the testimony of both witnesses would take less than two hours, total.

The Defendants oppose the Plaintiff's motion for the reasons set forth in its papers [Dkt no. 40] as well as because it is premature and recommend the matter be conferenced before the motion proceeds. Moreover, the Defendants object to the presentation of witness testimony at this time especially since discovery is in its early stages and no depositions have been scheduled or taken.  Moreover, expert testimony is not germane to this motion and no report has been served. Also, a separate letter authored by the parties and the

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

July 26, 2024
Page 2

intervening tenants will be respectfully submitted by July 29 to address the issues in the Court's July 24, 2024 Text Order and provide proposed solutions. If the Court is inclined to permit witness testimony, the Defendants respectfully request permission to call a representative from the City. The within letter is respectfully submitted without prejudice for the purpose of determining how the parties should proceed on August 1.

      All parties appreciate the Court's assistance with this matter. We stand ready should the Court require any further information or wish to discuss these matters with the parties at a pre-hearing status conference.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed
Counsel for Plaintiffs

/s/*Philip Adelman*
Philip Adelman
Counsel for Defendants

cc: All counsel (via ECF)