

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

July 29, 2024

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

Pursuant to Your Honor's July 24, 2024 Order (Dkt. No. 48), Plaintiffs (collectively, "Portside") and Defendants (collectively, the "City") submit the following joint status letter in advance of the August 1, 2024 hearing on Portside's motion for a preliminary injunction (Dkt. No. 38).

## I.    STATUS OF RENT PAYMENTS SINCE NOVEMBER 2023

Consistent with the restrictions of the City of Jersey City Rent Leveling Ordinance (the "Ordinance"), and with an explicit reservation of rights, Portside has limited rent increases at 100 Warren and 155 Washington to 4% or the permissible Consumer Price Index ("CPI") figure calculated and supplied by the Jersey City Office of Landlord/Tenant Relations Bureau of Rent Leveling (the "Bureau"), whichever is less.  For 100 Warren, Portside has limited rent increases to residents in accordance with the Ordinance since September 19, 2022 based on the Bureau's original determination that 100 Warren was exempt from the Ordinance until that date.  For 155 Washington, Portside has limited rent

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK        •        NEW YORK        •        MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

July 29, 2024
Page 2

increases to residents pursuant to the Ordinance since the November 3, 2023 decision of the City of Jersey City Rent Leveling Board (the "Board") overturning the Bureau's determination that originally held that 155 Washington was exempt from the Ordinance through December 30, 2027.

Portside has provided rent credits to any tenants who received a rent increase in excess of the amount permitted by the Ordinance subsequent to November 2, 2023, and has reduced their base monthly rents by a corresponding amount with Portside reserving all rights.

To date, the Portside tenants are generally paying their agreed upon rents, including any increases as set forth above.

## II. THE CITY' POSITION ON TIME FRAME FOR BUREAU TO CALCULATE RENTS

The City will complete the recalculation of the rent within 30 days of the date of this letter. Moreover, any increase by Portside subsequent to the Rent Leveling Board's November 3, 2023 decision is not correct without having the recalculated base rent from the City.

In addition, currently pending is the motion to intervene (Dkt No. 29) filed by the Portside Tenants (the "Tenants"). The City hereby withdraws its opposition to this motion and consents to the Tenants' intervention. The Tenants agreed to dismiss their pending State action once they become party to this matter.

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

July 29, 2024
Page 3

The City suggests that the Court convert the August 1 hearing to a case management conference. Indeed, the Tenants will likely oppose the Plaintiff's motion for injunctive relief once they intervene. Count 6 of Plaintiff's complaint includes a prerogative writ action challenging the November 3, 2023 decision. However, because the City will issue the recalculation within 30 days, the City anticipates that Portside and the Tenants will challenge this decision, which intertwines and directly impacts the November 3, 2023 decision as well as the relief sought in the Plaintiff's motion. The City anticipates the Plaintiff will amend its complaint after the recalculation is issued. Thus, in light of these forthcoming events, it may be best to conduct a conference to discuss the current status and future proceedings.

### III.    STATUS OF RENT CHARGED FOR NEW LEASEHOLDS

Consistent with Portside's treatment of rent increases upon renewal, new leaseholds created subsequent to November 2, 2023 have received rent increases consistent with the percentage restrictions of the Ordinance (4% or CPI, whichever is less), with a full reservation of rights by Portside. Any new leaseholds which may have initially received higher increases have had their rental accounts credited and their base rents reduced correspondingly with Portside reserving all rights.

### IV.    APPEALS OF THE BOARD'S NOVEMBER 3, 2023 DECISION

Portside has exhausted all administrative appeals of the Board's November 3, 2023 decision. Under New Jersey Law, judicial review of decisions of administrative bodies is

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

July 29, 2024
Page 4

available via an action in lieu of prerogative writ pursuant to N.J. Ct. R. 4:69. Portside has

alleged a claim in lieu of prerogative writ in Count VI of its complaint in this action. (Dkt.

No. 1). This Court has jurisdiction over that claim under 28 U.S.C. § 1367 because it is part

of the same case or controversy as Portside's federal claims. *City of Chicago v. Int'l College

of Surgeons*, 522 U.S. 156, 174 (1997); *see also OM 309-311 6th Street, LLC v. City of Union

City*, No. 21-12051 (KM) (JRA), 2022 WL 855769, at *16 (D.N.J. Mar. 23, 2022)

(exercising supplemental jurisdiction over similar prerogative-writ claim); *Nat'l

Amusements, Inc. v. Borough of Palmyra*, 843 F. Supp. 2d 538, 547 (D.N.J. 2012) (same).

The November 3, 2023 decision has also been appealed by the Portside Towers West

Tenant Association, the Portside Towers East Tenant Association, Jessica Brann, and Joel

Rothfus in a complaint in lieu of prerogative writ pending before the Superior Court of New

Jersey, Hudson County, Docket No. HUD-L-4447-23 (the "Tenant PWA"). Relatedly,

plaintiffs in the Tenant PWA, in addition to Michele Hirsch, filed a motion to intervene in

this matter (Dkt. No. 29) which remains pending before Magistrate Almonte. The City and

proposed intervenors have both represented that the Tenant PWA will be voluntarily

dismissed if permission to intervene is granted and will assert their prerogative writ claim

in this matter. Portside does not oppose proposed intervenors' intervention as plaintiffs

(Dkt. No. 32).

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

July 29, 2024
Page 5

Respectfully submitted,

The Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC

City of Jersey City and City of Jersey City Rent Leveling Board

By: */s/ Derek D. Reed*

Derek D. Reed, Esq. (Attorney ID # 038062003)
Jeffrey Plaza, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040

By: */s/ Philip Samuel Adelman*

Philip Samuel Adelman, Esquire
Assistant Corporation Counsel
Jersey City Law Department
City Hall – 280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810

*Attorney for Defendants, City of Jersey City and City of Jersey City Rent Leveling Board*

Terri L. Mascherin
Andrew W. Vail
Daniel J. Weiss
Jenner & Block LLC
353 Norh Clark Street
354 Chicago, Illinois 60654
Phone: (312) 222-9350
Facsimile: (312) 840-7375

*Attorneys for Plaintiffs the Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC*

cc: All counsel (via ECF)