

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

July 31, 2024

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:     *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

We write on behalf of Plaintiffs to inform Your Honor that this afternoon, the Defendants issued 27 separate municipal criminal summonses against Plaintiff The Towers at Portside Urban Renewal Company, LLC for allegedly charging "illegal rent" at Portside Towers, an example summons for each tower is attached at Appendix A.

As this Court is aware, Plaintiffs' pending motion for injunctive relief seeks to preserve a fair status quo pending a decision on the merits by this Court, including by protecting against threats of criminal sanction or other unlawful actions based on the Rent Leveling Board's November 3, 2023 decision.  Plaintiffs specifically identified Defendants' threats of criminal prosecution as one of the risks of irreparable harm that could result absent injunctive relief prior to judicial review of the Board's order.  (Dkt. No. 38, Mem. at 30.) The Defendants responded by arguing that the risk of criminal prosecution was speculative. (Dkt. No. 40, Resp. at 13.)  Today's action reflects that the likelihood of irreparable harm that is inherent in facing criminal prosecution, based upon enforcement of an erroneous and unconstitutional Board decision that is subject to review by this Court, is not speculative.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed
Counsel for Plaintiffs

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK        •        NEW YORK        •        MORRISTOWN