

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

August 19, 2024

<u>**VIA ECF**</u>
The Honorable Magistrate Judge Jose Almonte
United States District Court for the District of New Jersey
Frank R. Lautner U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Almonte:

We write on behalf of all parties to request three minor changes to Your Honor's Amended Pretrial Scheduling Order, Dkt. No. 57, to clarify our understanding of the decisions made during the August 8, 2024 conference.

First, it is our understanding that Plaintiffs must respond to any counterclaims asserted against them by Defendant-Intervenors by September 23, 2024.  Accordingly, we propose that Paragraph 3 be amended (suggested changes underlined throughout) to read:

> Defendants Jersey City and the Jersey City Rent Leveling Board ("Defendants-City") shall answer, or otherwise respond to, Plaintiffs' Amended Complaint and any cross claims by Defendant-Intervenors on or before **September 23, 2024.**  <u>Plaintiffs shall answer, or otherwise respond, to any counterclaims of Defendant-Intervenors on or before</u> **September 23, 2024**.

Second, given the discovery bifurcation, we understood that there would be an explicit reservation of rights for the parties to later seek discovery for additional claims to the extent necessary.  In that regard, we propose that Paragraph 4 be amended to read:

> Discovery is limited to issues relating to the prerogative writ claims before this Court.  <u>The parties reserve all rights to discovery on any additional claims.</u>

Third, Your Honor determined that the parties would be limited to five interrogatories regarding the prerogative writs claims.  As such, we propose that Paragraph 4 of Section III be amended to read:

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

August 19, 2024
Page 2

Defendant-Intervenors, Defendants and Plaintiffs may serve initial requests for production of documents and interrogatories <u>regarding the prerogative writs claims</u> on or before **September 4, 2024**, to be responded to within thirty (30) days of receipt.  Consistent with <u>the parties' agreement to limit interrogatories on the prerogative writ claim</u>, the parties are limited to <u>five (5)</u> interrogatories, including all discrete subparts.

We believe that the foregoing proposed changes accurately reflect Your Honor's statements during the August 8th conference, as well as the understanding of the parties.

Respectfully Submitted,

By: */s/ Derek D. Reed*

Derek D. Reed, Esq.
Jeffrey Plaza, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040
*Attorneys for Plaintiffs the Towers at*
*Portside Urban Renewal Company L.L.C.*
*and Equity Residential Management, LLC*

By: */s/ Mollie Hartman Lustig*

Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
(212) 448-1100

*Attorney for Interveners Portside Towers*
*East Tenant Association, Portside Towers*
*West Tenant Association, Kevin Weller,*
*Jessica Brann, Joel Rothfus, and Michele*
*Hirsch*

By: */s/ Philip Samuel Adelman*

Philip Samuel Adelman, Esquire
Assistant Corporation Counsel
Jersey City Law Department
City Hall – 280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810

*Attorney for Defendants, City of Jersey*
*City and City of Jersey City Rent*
*Leveling Board*

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

August 19, 2024
Page 3


cc: All counsel (via ECF)