

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

August 23, 2024

**VIA ECF**
The Honorable Magistrate Judge Jose Almonte
United States District Court for the District of New Jersey
Frank R. Lautner U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Almonte:

We write on behalf of all parties to request that the amended pleading filing deadlines set forth in Your Honor's Second Amended Pretrial Scheduling Order, Dkt. No. 62, be extended for a uniform seven (7) days such that:

(1) Plaintiffs' Amended Complaint shall be filed on or before September 3, 2024 (Monday September 2nd is Labor Day),

(2) Defendant-Intervenors shall answer or otherwise respond to Plaintiffs' Amended Complaint on or before September 16, 2024,

(3) Defendants-City shall answer or otherwise respond to Plaintiffs' Amended Complaint and any cross claims by Defendant-Intervenors on or before September 30, 2024, and

(4) Plaintiffs shall answer or otherwise respond to any counterclaims of Defendant-Intervenors on or before September 30, 2024.

The parties have conferred regarding this matter and all consent to the within request.  Accordingly, we respectfully requested that Your Honor enter an order consistent with the modified filing schedule detailed above.

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

August 23, 2024
Page 2

Respectfully Submitted,

By: /s/ Derek D. Reed

Derek D. Reed, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040
*Attorneys for Plaintiffs the Towers at*
*Portside Urban Renewal Company L.L.C.*
*and Equity Residential Management, LLC*


By: /s/ Mollie Hartman Lustig

Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
(212) 448-1100
*Attorney for Interveners Portside Towers*
*East Tenant Association, Portside Towers*
*West Tenant Association, Kevin Weller,*
*Jessica Brann, Joel Rothfus, and Michele*
*Hirsch*

BRITTANY M. MURRAY
CORPORATION COUNSEL

By: /s/ Philip Samuel Adelman

Philip Samuel Adelman, Esquire
Assistant Corporation Counsel
Jersey City Law Department
City Hall – 280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810

*Attorney for Defendants, City of Jersey*
*City and City of Jersey City Rent*
*Leveling Board*


cc: All counsel (via ECF)