# EXHIBIT F



# ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.

34 MOUNTAIN BLVD., BLDG A.
P.O. BOX 4922
WARREN, NEW JERSEY 07059

**ATTORNEYS AT LAW**

(732) 805-3360
FACSIMILE (732) 805-3346
www.embalaw.com

**April 17, 2024**

Derek D. Reed, Esq.                                    <u>**Via Email Only**</u>
Ehrlich, Petriello, Gudin, Plaza & Reed, P.C.
60 Park Place, Suite 1016
Newark, New Jersey 07102

> **Re:    The Towers at Portside Urban Renewal Company, LLC et. al.**
> **v. The City of Jersey City et. al.**
> **Civil Action No. 2:23-CV-22291(MCA-JRA)**
> **Our File No. 3236-1001**

Dear Mr. Reed:

In response to your inquiries to this office of March 27th and April 8th as to Director Richardson's March 19th correspondence to your clients, we apologize for the delay, but pressing professional/family matters slowed down the process in obtaining the information sought, as well as absences in the City's Law Department. The City stands by the position set forth in Director Richardson's letter. Director Richardson's letter was factual. If your clients are believed to be in violation of the City Code and complaints are brought to the Office of Landlord Tenant, that office will continue to act accordingly. If violations are issued and your clients are found guilty of said violations, the Court could impose a penalty for said violations, which could be municipal jail imprisonment. None of this is a threat. State law allows for municipal code violations to be subject to a fine, imprisonment of up to ninety (90) days and/or community service or a combination of some or all of those items. Therefore, while you and your clients may not agree with the facts related to rent control, those are the facts and the law.

If you have any further questions, or desire any further information, please do not hesitate to contact me. Your prompt attention and response in this matter is greatly appreciated.

Very truly yours,
ERIC M. BERNSTEIN & ASSOCIATES, L.L.C.

By: *Eric M. Bernstein*

Eric M. Bernstein, Esquire

*1*

N:\Clients\Jersey City\3236-1001 LETTREED response to 3.19.24 Richardson's correspondence240411.docx

EMB/jkj
Cc:      *(via email only) (personal & confidential)*
         Brittany Murray, Esq., Acting Corporation Counsel
         Philip Adelman, Esq., Assistant Corporation Counsel
         Shyrone Richardson, Director/Rent Leveling Administrator, City of Jersey City

*N:\Clients\Jersey City\3236-1001 LETTREED response to 3.19.24 Richardson's correspondence240411.docx*