# EXHIBIT G

| COURT ID | PREFIX | YEAR | COMPLAINT NUMBER | JERSEY CITY MUNICIPAL COURT<br>365 SUMMIT AVENUE<br>JERSEY CITY, NJ 07306<br>(201) 209-6700 |
|---|---|---|---|---|
| **0906** | **S24** | **2024** | **008792** | |

## The State of New Jersey
### vs.

**Defendant's Name:** Business
**TOWERS AT PORTSIDE%EQR-R.E.T.A**

Address
**C/O TONY SANATANA PO BOX 87407**

| City | | State | Zip Code | | Telephone |
|---|---|---|---|---|---|
| **CHICAGO** | | **IL** | **60680** | | |

| Birth Date | Eyes | Sex | Weight | Height | Restriction Code |
|---|---|---|---|---|---|
| | | | | | |

| **Driver's License:** Number | Exp. Date | State **NA** | ☐ Commercial License |
|---|---|---|---|

| Email | Hispanic or Latinx | Race |
|---|---|---|

**STATE OF NEW JERSEY**

COUNTY OF __HUDSON__

Complaining Witness: __UNKNOWN UNKNOWN OFFICER__

Name

of __JERSEY CITY INSPECTORS__

Identity Dept./Agency Represented

at __365 SUMMIT AVE SUITE 219, JERSEY CITY, NJ 07306__

**by certification or on oath, says that to the best of their knowledge or information and belief,**

**the named defendant on or about the**     __07/29/2024 8:14 AM__

Month/Day/Year    Time

in __JERSEY CITY__     County of __HUDSON__     , NJ.

did commit the following offense:

**WITHIN THE JURISDICTION OF THIS COURT, ILLEGAL RENT INCREASE COLLECTED AT 155 WASHINGTON ST. UNIT 2102**

in violation of **260-3I**
**ILLEGAL RENT INCREASE**

Statute, Regulation or Ordinance Number

Municipality Code:**0906**     Location: **155 WASHINGTON ST**

Police Case Number:

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

| __07/29/2024__ | __UNKNOWN UNKNOWN OFFICER__ | __9998__ | __0906__ |
|---|---|---|---|
| Date | Electronic Signature | Officer ID | Agency ID |

**The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.**

**YOU ARE HEREBY SUMMONED TO APPEAR**
**before this court to answer this complaint. If you fail to appear on the date and at the time stated, a financial sanction may be imposed, a warrant may be issued for your arrest, or both.**

## NOTICE TO APPEAR

| ☒ COURT APPEARANCE REQUIRED | Court Date: Month/Day/Year<br>**10/01/2024** | Court Time<br>**04:30 PM** |
|---|---|---|

**1. PLEA OF NOT GUILTY**
If you wish to plead not guilty to the offense on this Complaint-Summons, you must notify the court, whose address and telephone number are shown above, at least 5 days prior to the court date listed on this Complaint-Summons. **Please confirm with the court your contact information including your email address and telephone number.** If you fail to notify the court, it may be necessary for you to make additional court appearances.

**2. COURT APPEARANCE REQUIRED**
If the offense charged is not payable, or if "Court Appearance Required" is checked, you must appear on the date and time indicated, even if you wish to plead guilty. The court may schedule you to appear in person or by video. You may also be able to resolve your matter online. Please go to **www.NJMCdirect.com** or call the court for more information.

### FAILURE TO APPEAR

If you fail to appear in response to this Complaint-Summons, additional penalties may result and/or a warrant may be issued for your arrest. If you have been charged with a parking offense, your failure to appear or pay the prescribed penalty shall be considered an admission of liability and a default judgment may be entered against the owner of the vehicle.

**PLEASE NOTIFY THE COURT OF DISABILITY ACCOMMODATION NEEDS**




