AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| The Towers at Portside Urban Renewal etc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-22291-MCA-JRA |
| The City of Jersey City, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Towers at Portside Urban Renewal Company, LLC, and Equity Residential Management, LLC            .

Date:      09/05/2024                                          s/Andrew W. Vail
                                                          *Attorney's signature*

                                                          Andrew W. Vail, 6279951
                                                          *Printed name and bar number*

                                                          Jenner & Block LLP
                                                          353 N. Clark Street
                                                          Chicago, IL 60654

                                                          *Address*

                                                          AVail@jenner.com
                                                          *E-mail address*

                                                          (312) 840-8688
                                                          *Telephone number*

                                                          *FAX number*