AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| The Towers at Portside Urban Renewal etc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:23-cv-22291-MCA-JRA |
| The City of Jersey City, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Towers at Portside Urban Renewal Company, LLC, and Equity Residential Management, LLC          .

Date:      09/05/2024

s/ Daniel J. Weiss
*Attorney's signature*

Daniel J. Weiss, 6256843
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*Address*

DWeiss@jenner.com
*E-mail address*

(312) 923-4517
*Telephone number*

*FAX number*