

*Derek Reed | Partner*
direct: (973) 854-6710
dreed@EPGPRlaw.com

September 16, 2024

**<u>VIA ECF</u>**
The Honorable Magistrate Judge Jose Almonte
United States District Court for the District of New Jersey
Frank R. Lautner U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.* Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Almonte:

We jointly write pursuant to your order, Dkt. No. 64, requesting the status of discovery on the prerogative writ claims and any other issues for the Court's consideration during the upcoming September 23 status conference.

## I.    Status of Discovery

The parties timely exchanged and/or narrowed outstanding discovery requests (requests for production and interrogatories) limited to the pending prerogative writ claim.

The parties thereafter met and conferred on September 12, 2024, to discuss the scope of discovery and timing of same. All parties agreed that the discovery on the prerogative writ claim in this case would not be limited to the underlying Rent Board record and that they would reasonably respond, subject to appropriate, timely objections, to the requests that had been issued, including but not limited to identifying search terms and custodians in connection with searching for and producing responsive, relevant emails and other ESI. To continue to move the case forward consistent with the current case schedule, the parties also agreed to begin to make rolling document productions as soon as practicable.

The parties affirmed their commitment to promptly engage in efforts to resolve any discovery disputes, and to the extent the parties cannot resolve those disputes, to promptly seek assistance from the Court.

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

September 16, 2024
Page 2

## II.        Potential for Settlement

The tenants' counsel have provided the parties with a list of individuals who have agreed to be represented by counsel in connection with this dispute, and accordingly, the parties now have a better understanding of who may be bound by a settlement reached in this case and thus have agreed that there would be value in the Court setting a settlement conference in the near future.

We look forward to discussing this matter with Your Honor during the September 23 conference.

Respectfully submitted,

BRITTANY MURRAY
CORPORATION COUNSEL

By:    */s/ Derek D. Reed*

Derek D. Reed, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040

*Attorney for Plaintiffs the Towers at
Portside Urban Renewal Company L.L.C.
And Equity Residential Management, LLC*

By:    */s/ Mollie Hartman Lustig*

Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
(212) 448-1100

*Attorney for Interveners Portside Towers
East Tenant Association, Portside Towers
West Tenant Association, Kevin Weller,
Jessica Brann, Joel Rothfus, and Michele
Hirsch*

By:    */s/ Philip S. Adelman*

Philip Samuel Adelman, Esq.
Assistant Corporation Counsel
Jersey City Law Department
City Hall – 280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810

*Attorney for Defendants, City of
Jersey City and City of Jersey
City Rent Leveling Board*