

**Derek Reed | Partner**
direct:  (973) 854-6710
dreed@EPGPRlaw.com

September 27, 2024

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

       This firm represents Plaintiffs in the referenced matter.  Submitted herewith please find a proposed order amending the Second Amended Pretrial Scheduling Order (Dkt. No. 62).  We have conferred with counsel for Defendants and Defendant-Intervenors, both of whom have consented to the form and entry of this proposed order.  Accordingly, we respectfully request that Your Honor enter the proposed order submitted herewith.

                        Respectfully Submitted,

                        /s/ *Derek D. Reed*
                          Derek D. Reed

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN