

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

September 30, 2024

**VIA ECF**
The Honorable Magistrate Judge Jose Almonte
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey  07102


Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Almonte:

        This firm represents Plaintiffs in the referenced matter.  We write to submit a revised proposed order to replace the proposed order submitted on September 27, 2024 (Dkt. No. 73).  The proposed order submitted herewith clarifies an ambiguity which was only recently brought to our attention, to more accurately reflects the intention of the parties to extend the deadline for Plaintiffs and Defendants to file <u>any</u> pending responsive pleadings to October 7, 2024.   Counsel for Defendants and Defendant-Intervenors have consented to the form and entry of this proposed order.  Accordingly, we respectfully request that Your Honor enter the proposed order submitted herewith.

                                Respectfully Submitted,

                                /s/ *Derek D. Reed*
                                Derek D. Reed


cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK        •        NEW YORK        •        MORRISTOWN