

# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL ● 280 GROVE STREET ● JERSEY CITY, NJ 07302
PHONE (201) 547-5229

**STEVEN M. FULOP**
*MAYOR OF JERSEY CITY*

**BRITTANY M. MURRAY**
*ACTING CORPORATION COUNSEL*

October 4, 2024

<u>**Via ECF**</u>
The Honorable Jose Almonte, U.S.M.J.
United States District Court for the District of New Jersey
U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> **Re:    The Towers at Portside, et al v. City of Jersey City, et al.**
> **Civil Action No. 2:23-cv-22291 (MCA)(JRA)**

Dear Judge Almonte:

This office represents the City of Jersey City and the Jersey City Rent Leveling Board (collectively the "City") in the above matter.  On October 1, 2024, the parties submitted an Order [Dkt no. 76] to permit the Plaintiff and the City to respond to any claims by October 7, 2024.

With the consent of all parties, we write to respectfully request that the deadline be further extended to October 14. The reason for which additional time is needed is because of the Jewish holidays of Rosh Hashanah (October 2 – 4) and Yom Kippur (October 11 – 12).  A revised Order with the new deadline is submitted herewith. We appreciate the Court's time and attention to this matter.

Respectfully submitted,

**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**

*/s/ Philip S. Adelman*
Philip S. Adelman, Esq.
Assistant Corporation Counsel

cc:  Derek Reed, Esq. (via ECF)
    Andrew Vail, Esq. (via ECF)
    Mollie Lustig, Esq. (via ECF)
    Eric Nemeth, Esq. (via ECF)
    Neil Marotta, Esq. (via ECF)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JERSEY and THE CITY OF JERSEY CITY RENT LEVELING BOARD, <br><br> Defendants, <br><br> v. <br><br> PORTSIDE TOWERS WEST TENANT ASSOCIATION, PORTSIDE TOWERS EAST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, MICHELE HIRSCH, and JOEL ROTHFUS <br><br> Defendants-Intervenors. | CIVIL ACTION NO. 2:23-cv-22291 (MCA) (JRA) <br><br><br> **SECOND AMENDMENT TO AGREED SECOND AMENDED PRETRIAL SCHEDULING ORDER** |

THIS MATTER appearing to the Court that consent to the form and entry of this Agreed Order has been given by all parties as evidenced by the signatures of counsel set forth below, and the Court having considered the matter and for good cause shown;

IT IS on this ____ day of _____, 2024

ORDERED BY AGREEMENT OF THE PARTIES:

1. Defendants Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch ("Defendant-Intervenors") having filed their answer to Plaintiffs' Amended Complaint on **September 23, 2024**, Defendants Jersey City and the Jersey City Leveling Board ("Defendants-City") and Plaintiffs The Towers at Portside Urban Renewal Company, L.L.C. ("Portside") and Equity Residential Management, LLC ("Equity", together with Portside, "Plaintiffs") shall answer, or otherwise respond, to any claims of any party on or before **October 14, 2024**.

1

2.  All other dates set forth in the Second Amended Pretrial Scheduling Order dated August 27, 2024 [Dkt. No. 64] shall remain unchanged at this time.

_____
THE HONORABLE JOSÉ R. ALMONTE, U.S.M.J.

By: */s/ Derek D. Reed*

Derek D. Reed, Esq.
Jeffrey Plaza, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040
*Attorneys for Plaintiffs the Towers at*
*Portside Urban Renewal Company L.L.C.*
*and Equity Residential Management, LLC*

BRITTANY MURRAY
CORPORATION COUNSEL

By: */s/ Philip Samuel Adelman*

Philip Samuel Adelman, Esquire
Assistant Corporation Counsel
Jersey City Law Department
City Hall – 280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810

*Attorney for Defendants, City of Jersey*
*City and City of Jersey City Rent*
*Leveling Board*

By: */s/ Mollie Hartman Lustig*

Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
(212) 448-1100

*Attorney for Interveners Portside Towers*
*East Tenant Association, Portside Towers*
*West Tenant Association, Kevin Weller,*
*Jessica Brann, Joel Rothfus, and Michele*
*Hirsch*