**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JERSEY and THE CITY OF JERSEY CITY RENT LEVELING BOARD, <br><br> Defendants, <br><br> v. <br><br> PORTSIDE TOWERS WEST TENANT ASSOCIATION, PORTSIDE TOWERS EAST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, MICHELE HIRSCH, and JOEL ROTHFUS <br><br> Defendants-Intervenors. | CIVIL ACTION NO. 2:23-cv-22291 (MCA) (JRA) <br><br><br> **THIRD AMENDMENT TO AGREED SECOND AMENDED PRETRIAL SCHEDULING ORDER** |

THIS MATTER appearing to the Court that consent to the form and entry of this Agreed Order has been given by all parties as evidenced by the signatures of counsel set forth below, and the Court having considered the matter and for good cause shown;

IT IS on this ___15th___ day of _____October_____, 2024

ORDERED BY AGREEMENT OF THE PARTIES:

1. Defendants Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch ("Defendant-Intervenors") having filed their answer to Plaintiffs' Amended Complaint on **September 23, 2024**, Defendants Jersey City and the Jersey City Leveling Board ("Defendants-City") and Plaintiffs The Towers at Portside Urban Renewal Company, L.L.C. ("Portside") and Equity Residential Management, LLC ("Equity", together with Portside, "Plaintiffs") shall answer, or otherwise respond, to any claims of any party on or before **October 22, 2024**.

2. All other dates set forth in the Second Amended Pretrial Scheduling Order dated August 27, 2024, shall remain unchanged at this time.

1

4867-7381-5534, v. 1

_____

THE HONORABLE JOSE R. ALMONTE, U.S.M.J.

Respectfully submitted,

By: */s/ Derek D. Reed*

Derek D. Reed, Esq.
Jeffrey Plaza, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040
*Attorneys for Plaintiffs the Towers at
Portside Urban Renewal Company L.L.C.
and Equity Residential Management, LLC*


By: */s/ Mollie Hartman Lustig*

Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
(212) 448-1100

*Attorney for Interveners Portside Towers
East Tenant Association, Portside Towers
West Tenant Association, Kevin Weller,
Jessica Brann, Joel Rothfus, and Michele
Hirsch*


By: */s/ Philip Samuel Adelman*

Philip Samuel Adelman, Esquire
Assistant Corporation Counsel
Jersey City Law Department
City Hall – 280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810

*Attorney for Defendants, City of Jersey
City and City of Jersey City Rent
Leveling Board*


cc: All counsel (via ECF)

2

4867-7381-5534, v. 1