

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

October 22, 2024

**VIA ECF**
The Honorable Magistrate Judge Jose Almonte
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey  07102

Re:     *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Almonte:

    This firm represents Plaintiffs in the referenced matter.  With the consent of all parties, we write to request that the October 22, 2024, filing deadline set forth in the scheduling order entered October 15 [Dkt. No. 80] be extended to October 29, 2024.  Accordingly, we respectfully request that Your Honor enter the proposed order submitted herewith.

                    Respectfully Submitted,

                    /s/ *Derek D. Reed*
                     Derek D. Reed

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN