

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

October 31, 2024

**<u>VIA ECF</u>**
The Honorable Magistrate Judge Jose Almonte
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey  07102


Re:  *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Almonte:

      This firm represents Plaintiffs in the referenced matter.  The parties continue to exchange discovery, and have met and conferred to discuss the ongoing production and reasonable time periods for completion.  As a result of these discussions, the parties jointly propose that the remaining discovery deadlines established by the Second Amended Pretrial Scheduling Order [Dkt. No. 64] each be extended by 60 days.  In addition, the parties seek a formal stay of all claims other than the prerogative writ and certain related claims.

      Accordingly, the parties respectfully request that the Court enter the proposed order submitted herewith

               Respectfully Submitted,

               /s/ *Derek D. Reed*
               Derek D. Reed

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN