## THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | Civil Action No.: 2:23-cv-22291-MCA-JRA<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Neil D. Marotta, of the law firm of Marotta & Garvey, who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Intervenors Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Michele Hirsch, Jessica Brann, and Joel Rothfus.

Date:   November 21, 2024
Union City, New Jersey

By    *Neil D. Marotta*
Neil D. Marotta,
Marotta & Garvey
3916 Bergenline Avenue, Suite 2200
Union City, New Jersey 07087
Tel: (201) 552–9200
mgclawyers@aol.com