**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, L.L.C, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JERSEY CITY, et al., <br><br> Defendants. | Civil Action No. <br><br> 23-cv-22291 (MCA) (JRA) <br><br> **FOURTH AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a status conference before the Undersigned on January 7, 2025, and for good cause shown,

**IT IS, on this 7th day of January 2025, ORDERED** that:

1. By **January 31, 2025**, the parties shall raise any remaining discovery disputes (other than those arising during depositions) in accordance with the Court's Case Management Order.

2. Paper discovery shall be completed by **February 28, 2025**.

3. Depositions of fact witnesses are to be completed by **March 28, 2025**.

4. All affirmative expert reports shall be delivered by **April 28, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

5. All responding expert reports shall be delivered by **May 28, 2025**. Any such report shall comport with the form and content requirements referenced above.

6.  Expert discovery, including the depositions of any expert witnesses, shall be

completed on or before **June 27, 2025**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE

2