

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

February 4, 2025

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

This firm represents Plaintiffs in the referenced matter.  Pursuant to this Court's Agreed Third Amended Pretrial Scheduling Order, Plaintiffs respectfully request to move before this Court for an order confirming that the pendency of this matter does not bar Plaintiffs from instituting eviction proceedings in state court against the tenants in six (6) units at Portside Towers who are refusing to pay rent due and owing and who each currently owe more than $31,000 in past-due rent.  A copy of Plaintiffs' proposed motion is attached for the Court's consideration.

Specifically, the tenants in these six units entered into leases with full notice that Portside Towers is not subject to rent control, but since the Board issued its unlawful decision in November 2023, these tenants have refused to pay the rental amounts required by their leases and have instead unilaterally decided what rental amounts to pay, if any, and each now owe rent in excess of $31,000, with one resident being more than $70,000 in arrears.  The amount of past-due rent owed by these tenants far exceeds any credit that would be due to each tenant even if the City's erroneous rent recalculations were correct (which they are not).

Given the substantial amounts owed, Plaintiffs wish to initiate eviction proceedings against the tenants in these six units and, through the proposed motion, seek to confirm that the pendency of this litigation is not a bar to such proceedings.  Plaintiffs have communicated with these tenants and counsel to Defendant-Intervenors and given these tenants time to address their outstanding balances.  Unfortunately, the tenants in these six units continue to disregard the requirements of their leases; these tenants disregarded their contractual obligations again as recently as this week by not paying the full rents due under their leases for February 2025.  Plaintiffs have met and conferred with counsel for Defendant-Intervenors to avoid unduly burdening the Court, including

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

February 4, 2025
Page 2


on January 31, 2025, but have reached a point where, with respect to the tenants in these six units, state-court eviction remedies are appropriate.

Accordingly, we respectfully request that Your Honor grant Plaintiffs leave to file a motion as outlined herein.


Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed

cc: All counsel (via ECF)