

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

March 6, 2025

**<u>VIA ECF</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Magistrate Judge José R. Almonte
Chambers of José R. Almonte
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo and Magistrate Judge Almonte:

The parties in the above-captioned case are currently scheduled to appear in-person before Magistrate Judge Jose Almonte on March 13, 2025 at 2:30 p.m. to address discovery matters that have been presented to His Honor for resolution.

The parties believe that there are additional pending substantive matters (*see* Dkt. Nos. 102 & 104, submissions to Judge Cox Arleo) in this case that may be advanced by an in-person status hearing.  Therefore, the parties jointly write to seek guidance from the Court on how to proceed with these matters, including whether to schedule a hearing on March 13 or on a separate date at the Court's convenience.

Respectfully Submitted,

/s/ *Derek D. Reed*
    Derek D. Reed

| By: */s/ Derek D. Reed* | By: */s/ Philip Samuel Adelman* |
|---|---|

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

March 6, 2025
Page 2

| | |
|---|---|
| Derek D. Reed, Esq.<br>Ehrlich, Petriello, Gudin<br>Plaza & Reed<br>A Professional Corporation<br>60 Park Place, 18th Floor<br>Newark, New Jersey 07102<br>(973) 643-0040<br><br>Terri L. Mascherin<br>Andrew W. Vail<br>Daniel J. Weiss<br>Jenner & Block LLC<br>353 Norh Clark Street<br>354 Chicago, Illinois 60654<br>Phone: (312) 222-9350<br>Facsimile: (312) 840-7375<br><br>*Attorneys for Plaintiffs the Towers at*<br>*Portside Urban Renewal Company L.L.C.*<br>*and Equity Residential Management, LLC*<br><br>By: */s/ Mollie Hartman Lustig*<br><br>Mollie Hartman Lustig, Esq.<br>McLaughlin & Stern, LLP<br>1 Elm Street, Suite 2<br>Westfield, New Jersey 07090<br>(212) 448-1100<br><br>*Attorney for Interveners Portside Towers*<br>*East Tenant Association, Portside Towers*<br>*West Tenant Association, Kevin Weller,*<br>*Jessica Brann, Joel Rothfus, and Michele*<br>*Hirsch*<br><br><br>cc: All counsel (via ECF) | Philip Samuel Adelman, Esquire<br>Assistant Corporation Counsel<br>Jersey City Law Department<br>City Hall – 280 Grove Street<br>Jersey City, New Jersey 07302<br>(201) 547-4810<br><br>*Attorney for Defendants, City of Jersey City and*<br>*City of Jersey City Rent Leveling Board* |