**BRITTANY MURRAY**
**ACTING CORPORATION COUNSEL**
John McKinney, Attorney ID No.: 039742002
First Assistant Corporation Counsel
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(201) 547-5179
jmckinney@jcnj.org
Attorney for Defendants City of Jersey City
and the Jersey City Rent Leveling Board

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC AND EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY AND THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants. | CIVIL ACTION NO.<br>2:23-cv-22291(MCA)(JRA)<br><br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

I am admitted to practice in this Court. Please enter my appearance in the above entitled

action on behalf of Defendants the City of Jersey City and the Jersey City Rent Leveling Board.

Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-

mail address identified above.

Respectfully submitted,
**BRITTANY MURRAY**
**ACTING CORPORATION COUNSEL**
By: /s/ *John McKinney*
John McKinney
First Assistant Corporation Counsel

Dated: March 13, 2025