# MᴄLᴀᴜɢʜʟɪɴ & Sᴛᴇʀɴ, LLP

**Fᴏᴜɴᴅᴇᴅ 1898**

**MOLLIE HARTMAN LUSTIG**
**Pᴀʀᴛɴᴇʀ**
Direct Dial: 908-578-5458
mlustig@mclaughlinstern.com

1 ELM STREET
SUITE 2
WESTFIELD, NEW JERSEY 07090
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

NEW YORK, NEW YORK
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
NAPLES, FLORIDA
WEST PALM BEACH, FLORIDA

April 4, 2025

**Via ECF**

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

> RE: *The Towers at Portside Urban Renewal Company, et al v. The City of Jersey City et al.*
> Civil Action No. 23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

This firm, alongside Eric J. Nemeth, P.C. and Marotta & Garvey, Attorneys at Law, represents the Defendant-Intervenors in the above-referenced matter. On February 11, 2025, Defendant-Intervenors filed correspondence to advise the Court of Plaintiffs' continued illegal rent increases and the detrimental impact these increases have had on the hundreds of tenants residing at Portside Towers. *See* ECF No. 102. Because Plaintiffs refused to negotiate a standstill agreement that would address the illegal rents, Defendant-Intervenors' letter sought leave "to file an Order to Show Cause seeking injunctive relief, fixing the rents to be applied to [the tenants] in roughly the same form as filed with the Court on April 19, 2024 (Document 34)." *Id.* In light of the parties' discussions with the Court during the March 14, 2025, discovery dispute hearing, it was counsels' understanding that Your Honor would address the parties' ongoing dispute and the severe impact it has had on the tenants.

Hon. Madeline Cox Arleo, U.S.D.J.
April 4, 2025
Page 2

As such, we write to respectfully request that the Court schedule a conference before Your Honor to address the dispute and, more specifically, Defendant-Intervenors' request for leave to file their Order to Show Cause.  Should Your Honor have any questions, please do not hesitate to have chambers contact me.  We thank the Court for its time and consideration.

Respectfully submitted,
 /s/ Mollie Hartman Lustig
Mollie Hartman Lustig, Esq.

c:      all parties via ECF