**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> The City of Jersey City, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling <br><br> Defendants, and <br><br> Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch, <br><br> Defendant-Intervenors. | Civil Action No. 2:23-cv-22291-MCA-JRA |

**PLAINTIFFS' MOTION TO COMPEL LIMITED DEPOSITIONS AND PRODUCTION OF DOCUMENTS**

Pursuant to the Court's March 14, 2025 order (Dkt. 109), Plaintiffs the Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC ("Portside") respectfully move this Court for an order compelling Defendants to produce documents related to the Tidewater Basin Redevelopment Plan (*see id.* ¶5) and both Defendants and Defendant-Intervenors to produce witnesses for deposition (*id.* ¶14). If Defendants move to quash the subpoena to Dinah Hendon, Portside respectfully requests that the Court deny that motion. Plaintiffs rely on the attached supporting memorandum of law and exhibits.

Dated:    April 4, 2025                Respectfully submitted,

                                The Towers at Portside Urban Renewal Company
                                L.L.C. and Equity Residential Management, LLC

By:     */s/ Derek D. Reed*

*Attorney for Plaintiffs The Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC*

Derek D. Reed, Esq. (Attorney ID # 038062003)
Jeffrey Plaza, Esq.
EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED
A Professional Corporation
60 Park Place, 18th Floor
Newark, New Jersey 07102
(973) 643-0040

Terri L. Mascherin
Andrew W. Vail
Daniel J. Weiss
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois  60654
Phone:  (312) 222-9350
Facsimile:  (312) 840-7375

*Attorneys for Plaintiffs*