# EXHIBIT J

| | |
|---|---|
| **From:** | Philip Adelman |
| **To:** | Derek Reed; Mollie Lustig |
| **Cc:** | Mohamed Hegazi; Carmen Moreno; Eric Nemeth; mgclawyers@aol.com; John McKinney; Vail, Andrew W.; Matthew Sebera; Benigeri, Lauren M. |
| **Subject:** | RE: Meta and Dinah Hendon subpoenas |
| **Date:** | Tuesday, March 4, 2025 2:19:03 PM |

**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**



Derek:

Just wanted to touch base and provide a quick update.  The City objects to the subpoena(s) and deposition notices served as to current and former City employees.  In the status letter to court due on 3/6, the City will request the Court to grant permission to quash the subpoena(s) and deposition notices.  Accordingly, no witnesses will be produced before the March 13 court conference at which time the court will advise on how we can proceed with all outstanding discovery, which includes depositions. Thanks

Philip S. Adelman, Esq.
Assistant Corporation Counsel
Jersey City Law Department
280 Grove Street
Jersey City, New Jersey 07302
Tel: 201-547-4810
padelman@jcnj.org

NOTICE: The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any review, use, transmission, conversion to hard copy, dissemination, distribution, or copying of this message, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender by email or telephone (201) 547-4810 and immediately delete this message, along with any attachments, from your computer. Thank you.

**From:** Derek Reed <dreed@epgprlaw.com>
**Sent:** Friday, February 28, 2025 3:12 PM
**To:** Philip Adelman <PAdelman@jcnj.org>; Mollie Lustig <MLustig@mclaughlinstern.com>
**Cc:** Mohamed Hegazi <MHegazi@mclaughlinstern.com>; Carmen Moreno <CMoreno@mclaughlinstern.com>; Eric Nemeth <enemeth@ejcounsel.com>; mgclawyers@aol.com; John McKinney <JMcKinney@jcnj.org>; Vail, Andrew W. <AVail@jenner.com>; Matthew Sebera <msebera@epgprlaw.com>; Benigeri, Lauren M. <LBenigeri@Jenner.com>
**Subject:** Meta and Dinah Hendon subpoenas

CAUTION: This email originated from outside our organization. Use caution when clicking links or opening attachments.

Phil and Mollie,

We attach copies of subpoenas that will be served to Meta and Dina Hendon for the reasons set forth therein.

**DEREK D. REED**
**Partner**

website | bHYPERLINK "http://www.newark-lawyers.com/Attorney-Profiles/Derek-Reed.aspx"iHYPERLINK "http://www.newark-lawyers.com/Attorney-Profiles/Derek-Reed.aspx"o | offices

Direct Dial: (973) 854-6710
Facsimile: (973) 624-8850



Newark, NJ        New York, NY        Morristown, NJ