# EXHIBIT M

| From: | Kevin Weller ███████████ |
|---|---|
| Sent: | Mon 3/13/2023 8:12:09 PM (UTC) |
| To: | Shyrone Richardson <SRichardson@jcnj.org> |
| Cc: | Steve Fulop <fulops@jcnj.org>, Michele Hirsch██████████████ |
| Subject: | Follow up about 2/8/2023 call |
| Attachment: | PortsideLetterFeb23.pdf |

Director Richardson,

I am writing to follow up on our call on Wednesday, February 8th regarding your rent control determinations for two new petitions. These petitions concern tenants who are not involved in any previous determinations for their buildings and are not a party to any matter before the Rent Leveling Board or the courts. During our conversation, you expressed that you would conduct a de novo review of the newly submitted petitions, and you confirmed that it was the legal right of these tenants to receive such a review from you. Additionally, Corporation Counsel Peter Baker publicly acknowledged, in a widely shared video, that you have the power to put forward your own determination.

Based on your commitment, which was announced at the 2/8/023 city council meeting, two tenants submitted petitions for your review on 2/13/2023, one full month ago today.

Their request was simple: **provide proof of the timely filing of a claim of exemption by the original owners, or your lawful determination that their buildings are subject to rent control.**

We know those cases were number 4 and 5 for the year 2023:

R23-00**4**, 100 Warren Street Unit #505
R23-00**5**, 155 Washington Street, Unit #1008

Since the landlord for those petitions did not respond for a full month since they were served related to those cases, you are free to make your determination without further delay.

You should also know we have found yet **another previous determination by your office, this time from 2020,** (before your appointment) which has just been published online, already has been viewed over 5,000 times and has been shared with the press.



Director Richardson, I would like to emphasize the seriousness of the matter at hand, as it is causing significant harm to a large number of Jersey City tenants. This issue has even resulted in a growing number of individuals becoming homeless. It is important to note that this problem is not exclusive to the tenants of Portside Towers.

Please do not delay. You have the power to make this right.

I have come to find out a large number of tenants will feature Mayor Fulop and you at the council meeting next Thursday. I cannot control what all tenants will say publicly, but to the degree I can influence the speakers, I will urge them to be respectful. They have the right to demand answers as they continue to overpay, three months after you were appointed to enforce Ordinance 260.  Why must they continue to struggle?

It is important to recognize that unless you and Mayor Fulop take a stand and enforce the existing rent control Ordinance in Jersey City, you both will become the face of Ordinance non-enforcement and the exclusive focus of this growing movement which now includes an estimated 5,000 tenants across a growing number of buildings.

As a reminder of the law, please review the attached letter from Commissioner Romano, which has been included in a SeeClickFix support ticket which is on its way to being viewed 10,000 times - a ticket which includes a growing number of addresses in Jersey City with documented illegal rents.


Kevin
President Portside Towers East Tenant Association