# EXHIBIT P

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>                    Defendants,<br><br>v.<br><br>PORTSIDE TOWERS WEST TENANT ASSOCIATION, PORTSIDE TOWERS EAST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, MICHELE HIRSCH, and JOEL ROTHFUS<br><br>                    Defendants-Intervenors. | CIVIL ACTION NO.<br>2:23-cv-22291 (MCA) (JRA) |

**PLAINTIFFS' NOTICE OF DEPOSITION OF**
**PORTSIDE TOWERS EAST TENANT ASSOCIATION PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs ~~The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC~~ (collectively, "Portside"), by and through their undersigned counsel, will take the deposition upon oral examination of Portside Towers East Tenant Association ("PTETA") under oath for purposes of discovery and use at trial.  Portside Towers East Tenant Association is directed to designate a person to testify on its behalf regarding ~~to~~ information known by or ~~which can~~ reasonably available to PTETA ~~be known~~ related to the topics set forth in Schedule A.  All terms used therein shall have the meaning designated to them in Portside's Amended Complaint, Dkt. 65.  The deposition shall commence at 9:00 a.m. on [date

TBD] at the offices of Ehrlich, Petriello, Gudin, Plaza & Reed, 60 Park Place, 18th Floor, Newark, New Jersey 07102 or another mutually convenient time and place, if so agreed upon in advance of the set date.

The deposition will be taken before a court reporter or other officer authorized to administer oaths and will be conducted in accordance with the Superior Court Rules.  The deposition will be recorded stenographically and by audiovisual means.  All counsel of record are invited to attend and participate.

Portside expressly reserves the right to reexamine Portside Towers East Tenant AssociationPTETA if documents and other information responsive to Portside's discovery requests have not been provided with adequate advance timing to be reviewed and considered in connection with the deposition.

Dated: [Date TBD], 2025

The Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC

By: */s/ Derek D. Reed*

Derek D. Reed, Esq. (Attorney ID # 038062003)
Jeffrey Plaza, Esq.
EHRLICH, PETRIELLO, GUDIN, PLAZA & REED
A Professional Corporation
60 Park Place, 18th Floor
Newark, New Jersey 07102
(973) 643-0040

Terri L. Mascherin (pro hac vice)
Andrew W. Vail (pro hac vice)
Daniel J. Weiss (pro hac vice)
JENNER & BLOCK LLC
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
Facsimile: (312) 840-7375

*Attorneys for Plaintiffs*

2

# SCHEDULE A

## TOPICS

1. ~~Tenants' knowledge/understanding of Jersey City's Rent Control Ordinance located at Chapter 260 of the Jersey City Municipal Code (the "Ordinance") and the exemption from rent control set forth therein at § 260-6 (the "Local Exemption"), including tenants' understanding of the Local Exemption and Ordinance and their applicability to Portside Towers prior to renting at Portside Towers, tenants' efforts to have Portside Towers rendered subject to the rent control provisions of the Ordinance, and tenants' communications regarding the same.~~

2. ~~Tenants' knowledge/understanding of the state of New Jersey's law exempting certain properties from rent control, located at N.J.S.A § 2A:42-84.1 *et seq.* (the "State Exemption"), including tenants' understanding of the State Exemption and its applicability to Portside Towers prior to renting at Portside Towers, tenants' efforts to have Portside Towers rendered not exempt to rent control under the State Exemption, and tenants' communications regarding the same.~~

3. ~~3.~~ 1. The Board's determination regarding Portside Towers memorialized in its October 19, 2023 oral determination and November 3, 2023 written decision, including PTETA's or tenants' knowledge of any facts set forth in that ~~decision~~determination, PTETA's or tenants' efforts to influence or inform the outcome of the ~~decision~~determination, and PTETA's or tenants' communications ~~with one another or~~ with City, Board, or Bureau officials regarding the ~~decision~~determination.

4. ~~4.~~ 2. The Bureau's 2024 recalculation regarding rents at Portside Towers, including PTETA's or tenants' communications ~~with one another or~~ with City, Board, or Bureau officials regarding the recalculations.

5. ~~Efforts and communications from the tenants or Portside Towers East Tenant Association to inform, influence or persuade the City, Board, or Bureau officials in their determination of Portside's exemption status under the State and Local Exemptions, and communications regarding the same.~~

6. ~~6.~~ 3. Any prejudice to tenants resulting from Portside's alleged failure to provide a notice of rent control exemption to the City's construction official and/or from Portside's exemption to rent control ~~and/or from it rent control not being implemented for any of the past 30 years, including financial hardship from rent increases~~, and all communications related to the same.

7. ~~7.~~ 4. PTETA's or t~~T~~enants' knowledge of the Exemptions and/or of the applicability of rent control prior to and/or while renting at Portside Towers, including through their lease agreements with Portside, and any communication related to the same.

8. ~~8.~~ 5. The reasons that tenants chose to live at Portside Towers, including any desire to live in luxury apartments, any interest in discounted rents, and all communications related to the same.

9. Tenants' lease agreements with Portside, including provisions providing notice to Tenants that the buildings are not subject to rent control.

10. Tenants' response to Portside's discovery requests in this matter, including its efforts to search for responsive documents and any decision not to respond to certain Portside's document requests.

**CERTIFICATE OF SERVICE**

I, Derek Reed, hereby certify that on the [Date TBD], 2025, I caused a true and correct copy of the foregoing Notice of Deposition to be served electronically by emailing it to Defendants' and Defendants-Intervenors' counsel.

Dated: [Date TBD], 2025                                  */s/ Derek D. Reed*
                                                          Derek D. Reed