

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

April 8, 2025

<u>**VIA ECF**</u>
Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

> **Re:**   *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  **Case No. 2:23-cv-22291-MCA-JRA**

Dear Judge Cox Arleo:

This firm represents Plaintiffs ("Portside") in the referenced matter.  Portside regrets that it has been compelled to submit a letter in response to Defendant-Intervenors' letter to the Court of April 4, 2025 (Dkt. 112) given the meet-and-confer requirements in Judge Almonte's Pre-Trial Scheduling Order (*see, e.g.,* Dkt. 88 ¶11).  In addition, Portside was surprised and disappointed to see that letter filed on the docket because not only did they fail  to meet and confer, but they also premised their request for relief on a patently false representation.  Defendant-Intervenors falsely contend that Portside refused to negotiate and enter into a status quo order.  That is not true, and we believe it could have been cleared up with Defendant-Intervenors had they requested to meet and confer on this point before bringing it to the Court.  Portside has been, and remains, open to discussing a status quo order with Defendant-Intervenors, and more recently brought to their attention at least six specific tenants who have unilaterally taken a position not to pay rent in relation to this lawsuit and now each owe over $30,000 in rent and are the subject of Portside's proposed motion for necessary relief.  To date, Portside is unclear as to Defendant-Intervenor's position as to these six tenants and their overall position as to a more expansive status quo order.  For these reasons, for Defendant-Intervenors to imply Portside has been obstructive to negotiating a resolution to these disputes is patently false.

As this Court knows, Portside also seeks Court intervention regarding the letter requesting leave to file a motion for necessary relief (Dkt. 102) and stands prepared to address the Court on this matter at its convenience.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com
