

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

April 8, 2025

**VIA ECF**
The Honorable Magistrate Judge Jose Almonte
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey  07102


Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Almonte:

This firm represents Plaintiffs in the referenced matter.  Due to an unavoidable scheduling conflict, we write to respectfully request that the status conference scheduled for May 13 at 2:30 p.m. be rescheduled to May 29 dependent on the Court's availability.  All parties have consented to this request and have confirmed availability on May 29.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed


cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK        •        NEW YORK        •        MORRISTOWN