**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, L.L.C, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JERSEY CITY, et al., <br><br> Defendants. | Civil Action No. <br><br> 23-cv-22291 (MCA) (JRA) <br><br> **FIFTH AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a discovery dispute hearing before the Undersigned on March 14, 2025, and for good cause shown,

**IT IS, on this 14th day of March 2025, ORDERED** that:

1. Paper discovery shall be completed by **April 14, 2025**.

2. Depositions of fact witnesses are to be completed by **May 14, 2025**.

3. All affirmative expert reports shall be delivered by **June 13, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **July 14, 2025**. Any such report shall comport with the form and content requirements referenced above.

5.  Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **August 13, 2025**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE