

# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL ● 280 GROVE STREET ● JERSEY CITY, NJ 07302
PHONE (201) 547-5229



**STEVEN M. FULOP**
*MAYOR OF JERSEY CITY*

**BRITTANY M. MURRAY**
*ACTING CORPORATION COUNSEL*

April 9, 2025

<u>**Via ECF**</u>
The Honorable Jose Almonte, U.S.M.J.
United States District Court for the District of New Jersey
U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> **Re:    The Towers at Portside, et al v. City of Jersey City, et al.**
> **Civil Action No. 2:23-cv-22291 (MCA)(JRA)**

Dear Judge Almonte:

This office represents the City of Jersey City and the Jersey City Rent Leveling Board (collectively the "City") in the above matter. Pursuant to the Court's March 14, 2025 Order, briefs of the City and Tenant/Intervenors are due on April 18, 2025.  With the consent of all parties, we respectfully request that the deadline by when the City and Tenant/Intervenors must submit their briefs be extended to April 25, 2025.

We respectfully request the extension because Good Friday is on April 18 and the City's office is closed.  The Court's web site indicates that Good Friday is also observed by this Court. Moreover, Passover begins on April 12 and Easter is on April 20.  Given the foregoing, the parties respectfully request that the date for the City and Tenant/Intervenors to file their briefs be adjourned to April 25, 2025.  Plaintiff's reply brief will be due by May 2 unless they request additional time. We appreciate the Court's time and attention to this matter

SO ORDERED:

JOSÉ R. ALMONTE
United States Magistrate Judge
April 10, 2025

Respectfully submitted,
**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
*/s/ Philip S. Adelman*
Philip S. Adelman, Esq.
Assistant Corporation Counsel

cc:  Derek Reed, Esq. (via ECF)
Mollie Lustig, Esq. (via ECF)
Eric Nemeth, Esq. (via ECF)
Neil Marotta, Esq. (via ECF)