**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br><br>Defendants.<br><br>v.<br><br>PORTSIDE TOWERS EAST TENANT ASSOCIATION, PORTSIDE TOWERS WEST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, JOEL ROTHFUS, and MICHELE HIRSCH<br><br>Intervenors and Cross-Counter Claimants. | Civil Action No.: 2:23-cv-22291-MCA-JRA |

**DECLARATION OF MOLLIE HARTMAN LUSTIG**

I, Mollie Hartman Lustig, an attorney duly admitted to practice before this Court, hereby certify, under penalty of perjury, as follows:

1.     I am a partner at the law firm of McLaughlin & Stern, LLP, counsel to the Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Michele Hirsch, Joel Rothfus and Jessica Brann (collectively, "Tenants"), and, as such, I am fully familiar with the matters set forth herein.

1

2.    I submit this Declaration in support of the Tenants' Opposition to the Plaintiffs' Motion to Compel Discovery (*see* Dkt. No. 113), and to provide the Court with true and correct copies of the documents listed below.

3.    Annexed hereto as **Exhibit A** is a true and correct copy of an email dated June 6, 2023, from Matt Koritz to Peter Baker, bates-stamped PORTSIDE_0314369.

4.    Annexed hereto as **Exhibit B** are true and correct copies of emails dated August 31 and September 1, 2023, between Barry Altshuler and Peter Baker, bates-stamped PORTSIDE_0314364-65.

Date: April 25, 2025

*Mollie Hartman Lustig*

Mollie Hartman Lustig, Esq.
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
mlustig@mclaughlinstern.com

Attorneys for the Tenants

2

# EXHIBIT A

**From**: Matt Koritz [mkoritz@eqr.com]
**Sent**: 6/6/2023 12:03:34 PM
**To**: pbaker@jcnj.org
**CC**: Barry Altshuler [baltshuler@eqr.com]
**Subject**: Equity Residential

Hi Peter - hope you are well.  Do you have a few minutes to talk with Barry and I this afternoon, sometime after 2:30 your time?  Thank you - Matt


Matt Koritz
SVP - Legal Services
Equity Residential
Two North Riverside Plaza, Suite 400
Chicago, Illinois 60606
Tel.  312.928.1364
mkoritz@eqr.com

PORTSIDE_0314369

# EXHIBIT B

**From**:     Peter Baker [PBaker@jcnj.org]
**Sent**:     9/1/2023 10:29:06 AM
**To**:      baltshuler@eqr.com
**CC**:      Matt Koritz [mkoritz@eqr.com]; Xiomara Roche [XRoche@jcnj.org]
**Subject**:   RE: Tuesday, Sep 5th

**This Message Is From an External Sender**

This message came from outside your organization.

I'm very sorry to hear that and will be thinking of you and your family. Take care.

Peter

**From:** baltshuler@eqr.com <baltshuler@eqr.com>
**Sent:** Friday, September 1, 2023 10:27 AM
**To:** Peter Baker <PBaker@jcnj.org>
**Cc:** Matt Koritz <mkoritz@eqr.com>; Xiomara Roche <XRoche@jcnj.org>
**Subject:** Re: Tuesday, Sep 5th

CAUTION: This email originated from outside our organization. Use caution when clicking links or opening attachments.

Hi Peter,

Unfortunately, I cannot make it on Tuesday. My brother in law passed away unexpectedly last night and we will be with family then. I will let you know when I am in town next. Look forward to connecting again at some point soon.

Barry

Barry Altshuler
Executive Vice President - Investments
Equity Residential
+1 954 415 3149 (mobile)
baltshuler@eqr.com

On Sep 1, 2023, at 10:19 AM, Peter Baker <pbaker@jcnj.org> wrote:

**This Message Is From an External Sender**

This message came from outside your organization.

Original Message Attached
<mime-attachment>

PORTSIDE_0314365

| | |
|---|---|
| **From**: | Peter Baker [PBaker@jcnj.org] |
| **Sent**: | 9/1/2023 10:19:26 AM |
| **To**: | baltshuler@eqr.com |
| **CC**: | Matt Koritz [mkoritz@eqr.com]; Xiomara Roche [XRoche@jcnj.org] |
| **Subject**: | RE: Tuesday, Sep 5th |

Barry -

I will be here but have meetings throughout the day, do you know an approximate time? Hope to see you then

Peter


-----Original Message-----
From: baltshuler@eqr.com <baltshuler@eqr.com>
Sent: Thursday, August 31, 2023 3:48 PM
To: Peter Baker <PBaker@jcnj.org>
Cc: Matt Koritz <mkoritz@eqr.com>
Subject: Tuesday, Sep 5th

CAUTION: This email originated from outside our organization. Use caution when clicking links or opening attachments.

Hi Peter,

Will you be around on Tuesday? I will be in the area and wanted to stop by and say hello if you're available.

Enjoy the holiday weekend!

Barry

Barry Altshuler
Executive Vice President - Investments
Equity Residential
+1 954 415 3149 (mobile)
baltshuler@eqr.com

PORTSIDE_0314364