**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
Philip Adelman
Assistant Corporation Counsel
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(201) 547-5229
padelman@jcnj.org
Attorney for Defendants, City of Jersey City and City of Jersey City Rent Leveling Board

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JERSEY and THE CITY OF JERSEY CITY RENT LEVELING BOARD, <br><br> Defendants, <br><br> v. <br><br> PORTSIDE TOWERS WEST TENANT ASSOCIATION, PORTSIDE TOWERS EAST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, MICHELE HIRSCH, and JOEL ROTHFUS <br><br> Defendants-Intervenors. | CIVIL ACTION NO. <br> 2:23-cv-22291 (MCA) (JRA) <br><br><br> **CERTIFICATION OF SERVICE** |

I, Philip S. Adelman, certify as follows:

1.      I am an Assistant Corporation Counsel and represent the Defendants The City of Jersey City and the Jersey City Rent Leveling Board (collectively the "City") in the above matter. As such I am familiar with the facts set forth herein.

2.      On April 25, 2025, I filed the City's letter brief and this certification via ECF in opposition to Plaintiff's motion to compel discovery and in accordance with the Court's Orders dated

March 14, 2025 [Dkt no. 109] and April 10, 2025 [Dkt no. 119].

3.      On April 25, 2025, I caused a copy of  the above referenced documents to be served

via ECF to the following:

> The Honorable Jose Almonte, U.S.M.J.
> United States District Court for the District of New Jersey
> U.S. Post Office & Courthouse Building
> 2 Federal Square
> Newark, New Jersey 07102

4.      On April 25, 2025, I caused a copy of  the above referenced documents to be serviced

via ECF upon all counsel of record.

The foregoing statements are true to the best of my knowledge, information and belief. I am

aware that if any statements made by me are willfully false, I will be subject to punishment.

By: */s/ Philip S. Adelman*
Philip S. Adelman
Date: April 25, 2025                        Assistant Corporation Counsel