# EXHIBIT A

| | |
|---|---|
| **From:** | Philip Adelman <PAdelman@jcnj.org> |
| **Sent:** | Thursday, April 17, 2025 2:27 PM |
| **To:** | Vail, Andrew W.; John McKinney |
| **Cc:** | Derek Reed; Benigeri, Lauren M. |
| **Subject:** | RE: Portside Discovery |

**External Email - <u>Do Not Click</u>** Links or Attachments Unless You Know They Are Safe

Thank you for reaching out.  At this juncture, the City's position has not changed.  However, if you have other thoughts about altering the discovery demands or otherwise, I am happy to discuss

Philip S. Adelman, Esq.
Assistant Corporation Counsel
Jersey City Law Department
280 Grove Street
Jersey City, New Jersey 07302
Tel: 201-547-4810
padelman@jcnj.org

NOTICE: The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any review, use, transmission, conversion to hard copy, dissemination, distribution, or copying of this message, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender by email or telephone (201) 547-4810 and immediately delete this message, along with any attachments, from your computer. Thank you.

**From:** Vail, Andrew W. <AVail@jenner.com>
**Sent:** Thursday, April 17, 2025 3:02 PM
**To:** Philip Adelman <PAdelman@jcnj.org>; John McKinney <JMcKinney@jcnj.org>
**Cc:** Derek Reed <dreed@epgprlaw.com>; Benigeri, Lauren M. <LBenigeri@Jenner.com>
**Subject:** Portside Discovery

CAUTION: This email originated from outside our organization. Use caution when clicking links or opening attachments.

Hi Phil and John:

Now that you've had the chance to review our brief regarding depositions (including with revised Rule 30(b)(6) topics) and Tidewater, we write to learn if the City's position has changed on either of those items and/or there could be benefit to a further meet and confer.

All my best, Andrew

**Andrew W. Vail**

**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456   |   jenner.com
+1 312 840 8688    |   Tel
+1 312 241 7797    |   Mobile
Pronouns : He / Him
AVail@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system