

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

May 9, 2025

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

Pursuant to Your Honor's directive at the April 23, 2025 hearing, Plaintiffs ("Portside"), Defendants (the "City"), and Defendant-Intervenors ("Tenants") jointly write to notify the Court that they have agreed upon the Honorable Mark Falk (Ret.) as a mediator to facilitate resolution of the claims in this matter and have since learned his availability to mediate in late June and mid-to-late July.

Additionally, in accordance with Your Honor's directive at the April 23 hearing, last week Portside presented through counsel to the six tenants against whom Portside has sought leave of the Court to initiate eviction proceedings its written demands for interim payments during the pendency of this litigation.  Portside represents that those demands were calculated by applying a 4% increase to the base rent for the relevant units each year from 2016 through 2023, and then freezing rent for 2024 and 2025 at that 2023 number, with a reservation of rights.  In instances where that calculation yielded a rental amount exceeding the actual rent charged by Portside in a particular year, Portside's demand reflected the lower amount. Tenants are reviewing these demands and have represented that a response will be provided by no later than next Friday, May 16. The Tenants have advised Portside that its demands for interim payment figures will be in line with the City's October 19, 2023 decision and subsequent calculations, which did not afford increases for all years, and which has not been stayed. After the parties confer, we will promptly provide the Court with a joint status update.

Finally, the parties write to confirm the status hearing set for May 21, which Your Honor scheduled on the record during the April 23 hearing.  We note that no formal order memorializing that status hearing has been entered, and we respectfully seek confirmation from the Court that we should expect to appear via Zoom for a status hearing at a time to be set on May 21.

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

May 9, 2025
Page 2


Dated:  May 9, 2025                          Respectfully submitted,

By: */s/ Derek D. Reed*                      By: */s/ Philip Samuel Adelman*

Derek D. Reed, Esq.                          Philip Samuel Adelman, Esquire
Ehrlich, Petriello, Gudin                    Assistant Corporation Counsel
Plaza & Reed                                 Jersey City Law Department
A Professional Corporation                   City Hall – 280 Grove Street
60 Park Place, 18th Floor                    Jersey City, New Jersey 07302
Newark, New Jersey 07102                     (201) 547-4810
(973) 643-0040
                                             *Attorney for Defendants, City of Jersey City and*
Terri L. Mascherin                           *City of Jersey City Rent Leveling Board*
Andrew W. Vail
Daniel J. Weiss
Jenner & Block LLC
353 Norh Clark Street
354 Chicago, Illinois 60654
Phone: (312) 222-9350
Facsimile: (312) 840-7375

*Attorneys for Plaintiffs the Towers at*
*Portside Urban Renewal Company L.L.C.*
*and Equity Residential Management, LLC*

By: */s/ Mollie Hartman Lustig*

Mollie Hartman Lustig, Esq.
McLaughlin & Stern, LLP
1 Elm Street, Suite 2
Westfield, New Jersey 07090
(212) 448-1100

*Attorney for Interveners Portside Towers*
*East Tenant Association, Portside Towers*
*West Tenant Association, Kevin Weller,*
*Jessica Brann, Joel Rothfus, and Michele*
*Hirsch*

cc: All counsel (via ECF)