# EXHIBIT "A"

**PORTSIDE TOWERS v CITY OF JERSEY CITY, ET AL.**
**Civil Action no. 23-cv-22291(MCA)(JRA)**

**Privilege Log of Documents Responsive to the Court's March 14, 2025 Order [Dkt no. 109, ¶3]**

| CUSTODIAN | DOCUMENT TYPE | DATE | FROM | TO | SUBJECT | PRIVILEGE |
|---|---|---|---|---|---|---|
| City of Jersey City (the "City") | Email | 6/5/2023 | Thomas Slattery, Esq., Former Asst. Corp. Counsel ("Slattery") | Al Cupo | Memo - legal advice/issues regarding rent control issues for Portside Towers properties at 100 Warren and 155 Washington Streets ("Portside Property") | Withheld - Attorney/Client privileged communication |
| The City | Email | 6/5/2023 | Slattery | Joseph Williams | Memo - legal advice/issues regarding rent control issues as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 6/5/2023 | Slattery | Sullivan Johnson | Memo - legal advice/issues regarding rent control issues as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 6/5/2023 | Slattery | Dannon Hill | Memo - legal advice/issues regarding rent control issues as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 6/5/2023 | Slattery | Elda Pinchinat | Memo - legal advice/issues regarding rent control issues as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 6/5/2023 | Slattery | Alexander Hamilton | Memo - legal advice/issues regarding rent control issues as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 6/6/2023 | Sullivan Johnson | Slattery | Legal issues regarding rent control as to Portside Property | Withheld - Attorney/Client |

1

| | | | | | | privileged communication |
|---|---|---|---|---|---|---|
| The City | Email | 6/6/2023 | Sullivan Johnson | Slattery | Legal issues regarding rent control as to Portside Property and scheduling time to meet | Withheld - Attorney/Client privileged communication |
| The City | Email | 6/6/2023 | Sullivan Johnson | Sullivan Johnson | Legal issues regarding rent control as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 10/12/2023 | Slattery | Al Cupo, Joseph Williams, Sullivan Johnson, Dannon Hill, Alexander Hamilton, Elda Pinchinat, Michael Brown, Mark Isikoff | Legal advice/issues regarding rent control issues as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 10/18/2023 | Slattery | Al Cupo | Legal advice/issues regarding rent control issues as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 11/3/2023 | Slattery | Al Cupo, Shyrone Richardson, Johna Carroll, Eric Bulwith, Aury Nunez | Rent Board November 2023 decision as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 11/3/2023 | Aury Nunez | Slattery, Al Cupo, Shyrone Richardson, Johna Carroll, Eric Bulwith | Rent Board November 2023 decision as to Portside Property | Withheld - Attorney/Client privileged communication |
| The City | Email | 11/3/2023 | Aury Nunez | Slattery, Al Cupo, Shyrone Richardson, Johna Carroll, Eric Bulwith | Rent Board November 2023 decision as to Portside Property | Withheld - Attorney/Client privileged communication |

2