# EXHIBIT "B"

| | |
|---|---|
| **From:** | John McKinney |
| **To:** | Vail, Andrew W.; Philip Adelman; Mollie Lustig |
| **Cc:** | Eric Nemeth; mgclawyers; Kathleen Garvey; Katelyn Gamba; Mohamed Hegazi; Jeremy Gottlieb; Hunter Hinden; Mascherin, Terri L.; Carmen Moreno; Weiss, Daniel J.; Benigeri, Lauren M.; McDowell, Fallon P.; Derek Reed; Matthew Sebera |
| **Subject:** | Communication regarding Point 2 of Judge Almonte"s 3/14/25 order |
| **Date:** | Monday, April 14, 2025 12:08:38 PM |

Good afternoon, everyone.  Pursuant to Point 2 of Judge Almonte's order dated March 14, 2025, below is a description of the searches that were conducted by the City before the Judge's order.

The first email search query consisted of the following:

    Key word query: portside AND "rent control"
    Date range: 2022-04-01 through 2024-09-13)
    E-mail accounts searched: All City accounts.
    Additional parameters: (participants=sfulop@jcnj.org)
    (participants=EBulwith@jcnj.org)(participants=DRidley@jcnj.org)
            (participants=MPrinz-Arey@jcnj.org)
            (participants=RBoggiano@jcnj.org)
            (participants=JSolomon@jcnj.org)
            (participants=DRivera@jcnj.org)
            (participants=JWatterman@jcnj.org)
            (participants=marcisikoff@gmail.com)
            (participants=joe_m_williams@yahoo.com)
            (participants=vah264@yahoo.com)
            (participants=sullivanCjohnson5@gmail.com)
            (participants=michaeltombrown@gmail.com)
            (participants=alcupo4@aol.com)
            (participants=dannon.hill@yahoo.com)
            (participants=shelly.brown@pkfod.com)
            (participants=lady2005@msn.com)
            (participants=DHendon@jcnj.org)
            (participants=SRichardson@jcnj.org)
            (participants=YSaleh@jcnj.org)
            (participants=FEGilmore@jcnj.org)
            (participants=ADegise@jcnj.org)
            (participants=JCarroll@jcnj.org)

In a nutshell, the above search terms searched every City e-mail account between the date range specified with the keywords specified that included at least one of the above

referenced participants.

The second email search query consisted of the following:

Key word query:  (Portside OR "Equity Residential" OR "100 Warren" OR "155 Washington") AND (2A:42-84* OR exempt* OR "rent board" OR "260-3" OR "260-6(C)" OR PILOT* OR "Payment in Lieu of Taxes" OR "rent increase" OR registration)
Date range: 2022-04-01 through 2024-09-13
E-mail accounts searched: All City accounts.
Additional parameters: (participants=sfulop@jcnj.org) (participants=EBulwith@jcnj.org)(participants=DRidley@jcnj.org)
(participants=MPrinz-Arey@jcnj.org)
(participants=RBoggiano@jcnj.org)
(participants=JSolomon@jcnj.org)
(participants=DRivera@jcnj.org)
(participants=JWatterman@jcnj.org)
(participants=marcisikoff@gmail.com)
(participants=joe_m_williams@yahoo.com)
(participants=vah264@yahoo.com)
(participants=sullivanCjohnson5@gmail.com)
(participants=michaeltombrown@gmail.com)
(participants=alcupo4@aol.com)
(participants=dannon.hill@yahoo.com)
(participants=shelly.brown@pkfod.com)
(participants=lady2005@msn.com)
(participants=DHendon@jcnj.org)
(participants=SRichardson@jcnj.org)
(participants=YSaleh@jcnj.org)
(participants=FEGilmore@jcnj.org)
(participants=ADegise@jcnj.org)
(participants=JCarroll@jcnj.org)

The query is essentially the same as email search query number 1.  However, it included an updated keyword query that was supplied by the Plaintiff's attorneys in a letter dated November 23, 2024.

Additionally, a copy of the Tidewater Basin Redevelopment Plan is available to the public online.  A copy of the Tidewater Basin Redevelopment Plan was supplied to the Plaintiffs

on January 6, 2025.


John McKinney
First Assistant Corporation Counsel
City of Jersey City
Department of Law
280 Grove Street
Jersey City, New Jersey 07302
Phone: 201-547-5179