# EXHIBIT "C"

| | |
|---|---|
| **From:** | Philip Adelman |
| **To:** | Derek Reed |
| **Cc:** | John McKinney; Andrew W. Vail; Mollie Lustig; mgclawyers; Eric Nemeth; Mohamed Hegazi |
| **Subject:** | RE: Portside - City"s outstanding discovery |
| **Date:** | Wednesday, May 7, 2025 2:35:08 PM |
| **Attachments:** | Yalenny Vargas Supp Cert.pdf |

Andrew, Derek:

In lieu of more formal papers, I write as a follow up to our meet and confer of May 2 regarding the discovery issues we discussed and raised in Plaintiff's May1 below email as well as in the April 10 letter.  Attached is the supplemental Certification of Yalenny Vargas that addresses the issues in your April 10 letter.  As to the privilege log identifying the electronic correspondence involving the decisionmakers per paragraph 3 of the Court's March 14 Order [Dkt no. 109], below is a description of the search conducted per your request.

A searched as to every City e-mail account using the date range and keywords identified below that were specified and requested by the Plaintiffs.  The purpose of the search was to collect emails that included at least one or more of the members of the Rent Control Board as per the March 14 Court Order.  The query consisted as following:

> Key word query:  (Portside OR "Equity Residential" OR "100 Warren" OR "155 Washington") AND (2A:42-84* OR exempt* OR "rent board" OR "260-3" OR "260-6(C)" OR PILOT* OR "Payment in Lieu of Taxes" OR "rent increase" OR registration)
> Date range: 2022-04-01 through 2024-09-13
> E-mail accounts searched: All City accounts.
> Additional parameters: (participants=marcisikoff@gmail.com)(participants=joe_m_williams@yahoo.com)
> (participants=vah264@yahoo.com)(participants=sullivanCjohnson5@gmail.com)
> (participants=michaeltombrown@gmail.com)(participants=alcupo4@aol.com)(participants=dannon.hill@yahoo.com)
> (participants=shelly.brown@pkfod.com)(participants=lady2005@msn.com)(participants=696084@jcnj.org)

The only difference between the above search and the search pursuant to the Plaintiff's November 23, 2024 letter that resulted in approximately 2,300 emails is that we removed every participant/name except for the members of the Rent Control Board.  As a result, the number of communications were fewer than the original search thereby resulting in the emails identified in the privilege log.  In other words, as stated above, every City email account, which includes members of the City Council, was searched for the members of the Rent Control Board.  As such, the issues referenced in the April 10 and draft May 6 letters have been addressed and the City has complied with the Court's March 14 Order. Feel free to contact me with any questions.

Philip S. Adelman, Esq.
Assistant Corporation Counsel
Jersey City Law Department
280 Grove Street
Jersey City, New Jersey 07302
Tel: 201-547-4810
padelman@jcnj.org

NOTICE: The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any review, use, transmission, conversion to hard copy, dissemination, distribution, or copying of this message, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender by email or telephone (201) 547-4810 and immediately delete this message, along with any attachments, from your computer. Thank you.