

***Derek Reed | Partner***
direct: (973) 854-6710
dreed@EPGPRlaw.com

June 2, 2025

**Via ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Magistrate Judge José R. Almonte
Chambers of José R. Almonte
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo and Magistrate Judge Almonte:

Pursuant to this Court's May 30, 2025 text order (Dkt. 130), the remote status conference scheduled to occur before Magistrate Judge Almonte on June 10 has been adjourned and converted to an in-person discovery dispute hearing on the same date. Relatedly, an in-person status conference is also scheduled to occur before Judge Cox Arleo on June 10.

All parties write jointly to respectfully request, if convenient for the Court, an adjournment of both the discovery dispute hearing and the status conference. Plaintiff's lead trial counsel, Andrew Vail, will be traveling internationally that week and therefore will be unavailable to attend in person.

Counsel for all parties have conferred and, subject to the Court's availability, jointly propose to adjourn both appearances to one of the following mutually agreeable times:

1. Wednesday, June 25, 2025 – any time after 1:00 p.m., or
2. Wednesday, July 2, 2025 – any time convenient to the Court.

The parties understand from Judge Cox Arleo's law clerk that her calendar presently appears open on those dates, but we recognize the schedule may change. Should the Court prefer

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK        •        NEW YORK        •        MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

June 2, 2025
Page 2

to keep the June 10 dates, the parties will of course appear as directed. Accordingly, if neither alternative works for the Court, the parties respectfully request that the June 10 hearing and conference proceed telephonically or via virtual conference so that the case may continue to move forward without delay.

We appreciate the Court's consideration of this joint request and stand ready to provide any additional information that may assist in scheduling.

Dated: June 2, 2025                          Respectfully submitted,

| | |
|---|---|
| By: */s/ Derek D. Reed*<br><br>Derek D. Reed, Esq.<br>Ehrlich, Petriello, Gudin<br>Plaza & Reed<br>A Professional Corporation<br>60 Park Place, 18th Floor<br>Newark, New Jersey 07102<br>(973) 643-0040<br><br>Terri L. Mascherin<br>Andrew W. Vail<br>Daniel J. Weiss<br>Jenner & Block LLC<br>353 Norh Clark Street<br>354 Chicago, Illinois 60654<br>Phone: (312) 222-9350<br>Facsimile: (312) 840-7375<br><br>*Attorneys for Plaintiffs the Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC*<br><br>By: */s/ Mollie Hartman Lustig*<br><br>Mollie Hartman Lustig, Esq.<br>McLaughlin & Stern, LLP<br>1 Elm Street, Suite 2 | By: */s/ Philip Samuel Adelman*<br><br>Philip Samuel Adelman, Esquire<br>Assistant Corporation Counsel<br>Jersey City Law Department<br>City Hall – 280 Grove Street<br>Jersey City, New Jersey 07302<br>(201) 547-4810<br><br>*Attorney for Defendants, City of Jersey City and City of Jersey City Rent Leveling Board* |

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

June 2, 2025
Page 3

| | |
|---|---|
| Westfield, New Jersey 07090<br>(212) 448-1100<br><br>*Attorney for Interveners Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch*<br><br><br>cc: All counsel (via ECF) | |