# EXHIBIT "H"

| | |
|---|---|
| **From:** | Eric Nemeth |
| **To:** | Vail, Andrew W.; Derek Reed; Benigeri, Lauren M. |
| **Cc:** | Mollie Lustig; Marotta & Garvey; Mohamed Hegazi |
| **Subject:** | Portside v City of Jersey City--6 non paying tenants Meet and Confer follow up |
| **Date:** | Wednesday, June 18, 2025 3:21:46 PM |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**



Andrew,

In follow up to our communications as to your client's efforts to seek leave for authorization to pursue the eviction of six tenants, we are pleased to report that the tenants in Unit 1712W (Kessler) and Unit 504E (Peyton) have agreed to continue negotiation of interim rental rates. In that regard, and for reasons that we can explain in a meet and confer (if necessary), tenant Kessler will agree to an interim rate of $4,895.62 and Peyton, $3,898.74.

Although we may have additional information for the remaining four tenants later today, given that two of them (Unit 1712W and 317W), have served Notices to Vacate,  and the remaining two (Unit 2305E and 312E) were unable to agree to the rates we had calculated based upon the City's allowed increases since 2016, it is unlikely they will agree to material increases over what was offered in our May 19 letter.

Based upon the above, please let us know if your clients will agree to the proposed rates for 1712W and 504E. If so, we can work on addressing back rent/overcharge calculations.

We are available this afternoon and all day tomorrow to discuss this in more detail.
Thank you.

Eric J. Nemeth, Esq.
ERIC J. NEMETH, P.C.
55 Madison Avenue, Suite 400
Morristown, N.J. 07960
Office Phone: 973-539-2122
Mobile: 201-522-3362
Fax:   973-539-4677

*This message contains privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this message is strictly prohibited.  If you have received this email in error, please notify us immediately by telephone (call collect) and return the original  to us at the above address via the U.S. Postal Service.  We will reimburse you for postage.*

**From:** Eric Nemeth
**Sent:** Tuesday, June 17, 2025 10:45 AM
**To:** Vail, Andrew W. <AVail@jenner.com>; Mollie Lustig <mlustig@mclaughlinstern.com>; Marotta & Garvey <marotta.garvey@gmail.com>
**Cc:** Derek Reed <dreed@epgprlaw.com>; Benigeri, Lauren M. <LBenigeri@Jenner.com>
**Subject:** RE: 6 non paying tenants Meet and Confer follow up

Andrew
Your outright rejection of our counter-offer leaves little room for negotiation, however we hope to have a response as to each of the six involved tenants tomorrow, in sufficient time for us to meet and confer, and for the status letter to the Court to be prepared.

Eric J. Nemeth, Esq.
ERIC J. NEMETH, P.C.
55 Madison Avenue, Suite 400
Morristown, N.J. 07960
Office Phone: 973-539-2122
Mobile: 201-522-3362
Fax:   973-539-4677
*This message contains privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this message is strictly prohibited.  If you have received this email in error, please notify us immediately by telephone (call collect) and return the original  to us at the above address via the U.S. Postal Service.  We will reimburse you for postage.*

---

**From:** Vail, Andrew W. <AVail@jenner.com>
**Sent:** Tuesday, June 17, 2025 10:01 AM
**To:** Eric Nemeth <enemeth@ejcounsel.com>; Mollie Lustig <mlustig@mclaughlinstern.com>; Marotta & Garvey <marotta.garvey@gmail.com>
**Cc:** Derek Reed <dreed@epgprlaw.com>; Benigeri, Lauren M. <LBenigeri@Jenner.com>
**Subject:** RE: 6 non paying tenants Meet and Confer follow up

Good morning.  Given your delay and more recent outright refusal to engage on this issue as directed by the Court despite our multiple attempts, we will prepare our portion of the letter due to the Court this Friday, detailing the same for Her Honor.  Please send your portion so the letter can be timely submitted.  I will be out of the office on Thursday.

Andrew

**From:** Vail, Andrew W. <AVail@jenner.com>
**Sent:** Monday, June 16, 2025 11:59 AM
**To:** Eric Nemeth <enemeth@ejcounsel.com>; Mollie Lustig <mlustig@mclaughlinstern.com>; Marotta & Garvey <marotta.garvey@gmail.com>
**Cc:** Derek Reed <dreed@epgprlaw.com>; Benigeri, Lauren M. <LBenigeri@Jenner.com>
**Subject:** Re: 6 non paying tenants Meet and Confer follow up

Hi,

We are following up again on this item as a joint letter is due to Her Honor this week and we have not heard from the tenants.

My best, Andrew

---

**From:** Vail, Andrew W. <AVail@jenner.com>
**Sent:** Thursday, June 12, 2025 4:12:15 PM
**To:** Eric Nemeth <enemeth@ejcounsel.com>; Mollie Lustig <mlustig@mclaughlinstern.com>; Marotta & Garvey <marotta.garvey@gmail.com>
**Cc:** Derek Reed <dreed@epgprlaw.com>; Benigeri, Lauren M. <LBenigeri@Jenner.com>
**Subject:** Re: 6 non paying tenants Meet and Confer follow up

Hi,

We are following up on this item.

Thanks.  Andrew.

---

**From:** Vail, Andrew W. <AVail@jenner.com>
**Sent:** Tuesday, June 10, 2025 8:54:33 PM
**To:** Eric Nemeth <enemeth@ejcounsel.com>; Mollie Lustig <mlustig@mclaughlinstern.com>; Marotta & Garvey <marotta.garvey@gmail.com>
**Cc:** Derek Reed <dreed@epgprlaw.com>; Benigeri, Lauren M. <LBenigeri@Jenner.com>
**Subject:** 6 non paying tenants Meet and Confer follow up

Hi,

Can you please provide an update on the status of your conferring with your 6 clients regarding the non payment /outstanding rent and our meet and confer discussions regarding same?

We have had a chance to confer with our client and can confirm that our position is consistent with that discussion for the reasons we provided.

All my best, Andrew

---

**Andrew W. Vail**

**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456   |   jenner.com
+1 312 840 8688   |   Tel
+1 312 241 7797   |   Mobile
Pronouns : He / Him
AVail@jenner.com

Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system