# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 6/25/2025

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                              **Docket No.**  23-cv-22291(MCA)

The Towers at Portside Urban Renewal Company v. The City of Jersey City, et al.

**Appearances:**

Andrew Vail, Esq., for plaintiff
Derek Reed, Esq., for plaintiff
Matt Sebera, Esq., for plaintiff
Eric Nemeth, Esq., for Intervenor tenants
Mollie Lustig, Esq., for Intervenor tenants
Mohamed Hegazy, Esq., for Intervenor tenants
Neil Marotta, Esq., for Intervenor tenants

**Nature of proceedings**: **Status conference**

Status conference held in chambers.
Conference on the record.
Parties are directed to submit a status letter within 2 weeks.
Status conference via video scheduled for 8/26/25 at 2 p.m.

Time Commenced 3:00 p.m.
Time Adjourned 4:55 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk