

***Derek Reed | Partner***
direct:  (973) 854-6710
dreed@EPGPRlaw.com

July 14, 2025

**<u>Via ECF</u>**
Magistrate Judge José R. Almonte
Chambers of José R. Almonte
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*  Case No. 2:23-cv-22291-MCA-JRA

Dear Magistrate Judge Almonte:

We write to inform you of an update regarding the pending discovery disputes between the parties in the above-captioned case that are the subject of the Court's directed (*see* Dkt. No. 109) motion to compel filed by Portside.  *See* Dkt. No. 113.  As the Court is aware, including through subsequent briefing, that motion now relates to pending notices of deposition and certain documents from the City Defendants.  *See* Dkt. Nos. 135, 137. Your Honor informed the parties at the last hearing that a determination on those matters likely would not be issued until sometime after the parties begin mediation on July 17.

On June 25, 2025, the parties appeared before Judge Cox Arleo to discuss various matters. During that discussion, Judge Cox Arleo indicated that if the upcoming mediation is unsuccessful and Portside is inclined to file a partial motion for summary judgment, it need not wait until the conclusion of fact discovery to file the motion.  Instead, Judge Cox Arleo suggested that Portside may file its motion with exhibits, affidavit(s), and expert report(s), while reserving the right to obtain discovery on any material issues of fact that the City Defendants or the Tenants attempt to assert or dispute in opposition to Portside's motion. Under that proposal, resolution of the remaining discovery and related disputes can await both the mediation and, if the mediation is unsuccessful, the filing of a motion for partial summary judgment by Portside and a determination in connection with that motion as to whether discovery is needed as to any disputes related to facts that are relevant to that motion.  Under this process, this Court does not need to resolve the currently pending disputes at this time, if ever.

Portside strongly agrees with this proposed path forward, including because it will create efficiencies for the Court and the parties, and therefore, request this Court enter an order that (i) stays the pending discovery disputes, and (ii) preserves the right for Portside to obtain discovery on any alleged material issues of fact that the City Defendants or the Tenants attempt to assert or

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

July 14, 2025
Page 2

dispute in opposition to a motion for partial summary judgment by Portside, which may be filed without completing discovery and without prejudice to Portside's right to supplement based on any discovery permitted subsequent to the filing of the motion. Portside plainly will otherwise comply with any process set forth by the Court in connection with seeking formal leave to file its motion for partial summary judgment, if necessary.

We contacted opposing counsel for the Tenants and City who declined to join this letter for reasons they will separately provide to the Court, including their position that that no status letter is currently due. Portside believes that promptly providing Your Honor with this status and update may be helpful to the Court and judicial economy.

Respectfully Submitted,

By: _/s/ Derek D. Reed_

Derek D. Reed, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040

Terri L. Mascherin
Andrew W. Vail
Daniel J. Weiss
Jenner & Block LLC
353 Norh Clark Street
354 Chicago, Illinois 60654
Phone: (312) 222-9350
Facsimile: (312) 840-7375

*Attorneys for Plaintiffs the Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC*

cc: All counsel (via ECF)