# ERIC J. NEMETH, P.C.

**A PROFESSIONAL CORPORATION**
55 MADISON AVENUE, SUITE 400
MORRISTOWN, NEW JERSEY 07960

TELEPHONE 973.539.2122
FACSIMILE 973.539-4677

Eric J, Nemeth, Esq.
Email: enemeth@edjcounsel.com
Direct: 201-522-3362

August 20, 2025

**Via ECF**

Hon. José R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> RE:   *The Towers at Portside Urban Renewal Company, et al v. The City of Jersey City et al.*
> Civil Action No. 23-cv-22291-MCA-JRA

Dear Judge Almonte:

The Tenants and City write jointly to respectfully bring to the Court's attention what appears to be a clerical error with the Court's most recent Text Order dated August 19, 2025. *See* Dkt. No. 147. Specifically, as the Court is aware, on August 5, 2025, the Tenants raised concerns that a prior text order (*see* Dkt. No. 141) did not properly reflect that the Tenants, City **and** Portside could all proceed with summary judgment motion practice if mediation is unsuccessful. *See* Dkt. No. 142. In response, the Court entered a Text Order on August 7, 2025, clarifying that all parties, if they so desire, will have an opportunity file summary judgment motions if mediation fails. *See* Dkt. No. 144 (stating that "all parties shall proceed with mediation and summary judgment motion practice as previously contemplated in the Court's order at ECF No. 142."). The Court's most recent Text Order, however, states only that "Portside shall file its motion for partial summary judgment" and, therefore, is inconsistent with the prior text orders granting all parties the right to file summary judgment motions. To that end, the Tenants and City respectfully seek clarification that the deadline to file summary judgment motions, as stated in the Court's most recent Text Order, applies to all parties as opposed to only Portside. *See* Dkt. No. 147.

Hon. José R. Almonte, U.S.M.J.
United States District Court
Page 2
August 20, 2025

We thank the Court for its time and consideration.

Respectfully submitted,

 /s/  *Eric J. Nemeth*
Eric J. Nemeth, Esq.

c:      all parties via ECF