**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>- v. -<br><br>THE CITY OF JERSEY CITY and THE CITY OF JERSEY RENT LEVELING BOARD,<br><br>Defendants. | Civil Action No.: 2:23-cv-22291-MCA-JRA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mohamed Hegazi, Esq., of McLaughlin & Stern, LLP, who is admitted to practice before this Court, hereby enters his appearance in the above-caption matter as counsel for Intervenors Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Michele Hirsch, Jessica Brann and Joel Rothfus.

Dated: August 22, 2025
      Westfield, New Jersey

                        McLAUGHLIN & STERN, LLP

                    By:    /s/ *Mohamed T. Hegazi*
                        Mohamed T. Hegazi, Esq.
                        260 Madison Avenue, 18th Floor
                        New York, New York 10016
                        Phone: (212) 448-1100
                        Email: MHegzi@mclaughlinstern.com