

# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL ● 280 GROVE STREET ● JERSEY CITY, NJ 07302
PHONE (201) 547-5229



**STEVEN M. FULOP**
*MAYOR OF JERSEY CITY*

**BRITTANY M. MURRAY**
*ACTING CORPORATION COUNSEL*

September 15, 2025

<u>Via ECF</u>
The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    **The Towers at Portside, et al v. City of Jersey City, et al.**
>           **Civil Action No. 2:23-cv-22291 (MCA)(JRA)**

Dear Judge Arleo:

This office represents the City of Jersey City and the Jersey City Rent Leveling Board in the above matter.  A status conference is scheduled for September 23, 2025 [Dkt no. 150].

September 23 is Rosh Hashanah and myself along with other counsel will be out of the office to celebrate the holiday.  Moreover, the next mediation date is scheduled for October 8, 2025.  Accordingly, it is respectfully requested that the September 23 status conference be adjourned to October 9 (preferred), October 14 or to another date that works best for Your Honor's schedule.  All parties consent to adjourn the conference. We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,
**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
*/s/ Philip S. Adelman*
Philip S. Adelman, Esq.
Assistant Corporation Counsel

cc:  Derek Reed, Esq. (via ECF)
Andrew Vail, Esq. (via ECF)
Mollie Lustig, Esq. (via ECF)
Eric Nemeth, Esq. (via ECF)
Neil Marotta, Esq. (via ECF)
Mohamed Hegazi (via ECF)