

*Derek Reed | Partner*
direct: (973) 854-6710
dreed@EPGPRlaw.com

October 17, 2025

**Via ECF**
Hon. Jose R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

Re:   *The Towers at Portside Urban Renewal Company L.L.C., et al v. The City of Jersey City, et al.*   Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Almonte:

Plaintiffs write, with the consent of all parties, to advise the Court that the parties have scheduled a further mediation session with the Hon. Mark Falk, U.S.M.J. (ret.), for November 12. Consistent with the parties' prior correspondence (*see* Dkt. No. 156), we respectfully request that the current summary judgment briefing schedule be reset to dates following the upcoming mediation.

If it would assist the Court, the parties are available for a brief case management conference promptly after or before the mediation to set revised deadlines.

Dated: October 17, 2025                       Respectfully submitted,

| | |
|---|---|
| By: */s/ Derek D. Reed* | By: */s/ Philip Samuel Adelman* |
| Derek D. Reed, Esq.<br>Ehrlich, Petriello, Gudin<br>Plaza & Reed<br>A Professional Corporation<br>60 Park Place, 18th Floor<br>Newark, New Jersey 07102<br>(973) 643-0040 | Philip Samuel Adelman, Esquire<br>Assistant Corporation Counsel<br>Jersey City Law Department<br>City Hall – 280 Grove Street<br>Jersey City, New Jersey 07302<br>(201) 547-4810 |
| | *Attorney for Defendants, City of Jersey City and* |
| Terri L. Mascherin | *City of Jersey City Rent Leveling Board* |

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK   •   NEW YORK   •   MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

October 17, 2025
Page 2

| | |
|---|---|
| Andrew W. Vail<br>Daniel J. Weiss<br>Jenner & Block LLC<br>353 Norh Clark Street<br>354 Chicago, Illinois 60654<br>Phone: (312) 222-9350<br>Facsimile: (312) 840-7375<br><br>*Attorneys for Plaintiffs the Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC*<br><br>By: */s/ Mollie Hartman Lustig*<br><br>Mollie Hartman Lustig, Esq.<br>McLaughlin & Stern, LLP<br>1 Elm Street, Suite 2<br>Westfield, New Jersey 07090<br>(212) 448-1100<br><br>*Attorney for Interveners Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch* | |

cc: All counsel (via ECF)