# MᴄLᴀᴜɢʜʟɪɴ & Sᴛᴇʀɴ, LLP

### Fᴏᴜɴᴅᴇᴅ 1898

**MOLLIE HARTMAN LUSTIG**
**PARTNER**
Direct Dial: 908-578-5458
mlustig@mclaughlinstern.com

1 ELM STREET
SUITE 2
WESTFIELD, NEW JERSEY 07090
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

NEW YORK, NEW YORK
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
NAPLES, FLORIDA
WEST PALM BEACH, FLORIDA

November 26, 2025

**Via ECF**

Hon. José R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> RE:   *The Towers at Portside Urban Renewal Company, et al v. The City of Jersey City et al.*
> Civil Action No. 23-cv-22291-MCA-JRA

Dear Judge Almonte:

The parties write jointly with respect to the Court's summary judgment briefing schedule set forth at Dkt No.158. More specifically, as the Court is aware, the parties have been actively working with the Hon. Mark Falk, U.S.M.J. (Ret.) to attempt to settle their claims through mediation. To date, we have participated in three (3) mediation sessions before Judge Falk and anticipate that an additional session will be scheduled for some time in December.[1] For this reason, the parties respectfully request that the November 26 deadline for submitting summary judgment motions (*see* Dkt. No. 158) be adjourned to a date in late January 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

| By: */s/  Derek D. Reed* | By: */s/ Mollie Hartman Lustig* |
|---|---|
| Derek D. Reed, Esq. | Mollie Hartman Lustig, Esq. |
| Ehrlich, Petriello, Gudin | McLaughlin & Stern, LLP |
| Plaza & Reed | 1 Elm Street, Suite 2 |
| A Professional Corporation | Westfield, New Jersey 07090 |
| 60 Park Place, 18th Floor | (212) 448-1100 |

---

[1] The parties are awaiting confirmation from Judge Falk's office as to when the mediation session will be scheduled.

4901-2326-9995, v. 1

# MCLAUGHLIN & STERN, LLP

**FOUNDED 1898**

**MOLLIE HARTMAN LUSTIG**
**PARTNER**
Direct Dial: 908-578-5458
mlustig@mclaughlinstern.com

1 ELM STREET
SUITE 2
WESTFIELD, NEW JERSEY 07090
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

NEW YORK, NEW YORK
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
NAPLES, FLORIDA
WEST PALM BEACH, FLORIDA

| | |
|---|---|
| Newark, New Jersey 07102<br>(973) 643-0040<br><br><br>Terri L. Mascherin<br>Andrew W. Vail<br>Daniel J. Weiss<br>Jenner & Block LLC<br>353 Norh Clark Street<br>354 Chicago, Illinois 60654<br>Phone: (312) 222-9350<br>Facsimile: (312) 840-7375<br><br>*Attorneys for Plaintiffs the Towers at*<br>*Portside Urban Renewal Company L.L.C.*<br>*and Equity Residential Management, LLC*<br><br>By: */s/  Philip Samuel Adelman*<br>Philip Samuel Adelman, Esquire<br>Assistant Corporation Counsel<br>Jersey City Law Department<br>City Hall – 280 Grove Street<br>Jersey City, New Jersey 07302<br>(201) 547-4810<br><br>*Attorney for Defendants, City of Jersey City and*<br>*City of Jersey City Rent Leveling Board*<br><br><br>cc: All counsel (via ECF) | Eric J. Nemeth, Esq.<br>Eric J. Nemeth, P.C.<br>55 Madison Avenue, Suite 400<br>Morristown, New Jersey 07960<br>(973) 539–2122<br><br>Marotta & Garvey, *Attorneys at Law*<br>3916 Bergenline Avenue, Ste. 2200<br>Union City, New Jersey 07087<br>(201) 552-9200<br><br>*Attorney for Interveners Portside Towers*<br>*East Tenant Association, Portside Towers*<br>*West Tenant Association, Kevin Weller,*<br>*Jessica Brann, Joel Rothfus, and Michele*<br>*Hirsch* |

4901-2326-9995, v. 1