**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br><br> THE CITY OF JERSEY and THE CITY OF JERSEY CITY RENT LEVELING BOARD, <br><br> Defendants, <br><br> v. <br><br> PORTSIDE TOWERS WEST TENANT ASSOCIATION, PORTSIDE TOWERS EAST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, MICHELE HIRSCH, and JOEL ROTHFUS <br><br> Defendants-Intervenors. | CIVIL ACTION NO. 2:23-cv-22291 (MCA) (JRA) <br><br><br><br><br><br> **SUBSTITUTION OF COUNSEL** |

1. Pursuant to Civ. Rule 102.1, the firm of McLaughlin & Stern, LLP shall be substituted for the firm of Saltz, Mongeluzzi, Bendesky, PC on behalf of Intervenors, Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Michele Hirsch, Jessica Brann, and Joel Rothfus.

1

2. Kindly enter the appearance of Patrick Howard, Esq. of Saltz, Mongeluzzi, Bendesky, PC in lieu of Mollie Hartman Lustig, Esq. and Mohamed Hegazi, Esq., of McLaughlin & Stern, LLP, as counsel of record for Intervenors, Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Michele Hirsch, Jessica Brann, and Joel Rothfus.

_____
THE HONORABLE MADELINE COX ARLEO, U.S.D.J.

RESPECTFULLY SUBMITTED,

BY: */S/ MOLLIE HARTMAN LUSTIG*          BY: */S/ PATRICK HOWARD*

MOLLIE HARTMAN LUSTIG, ESQ.
MCLAUGHLIN & STERN, LLP
1 ELM STREET, SUITE 2
WESTFIELD, NEW JERSEY 07090
(212) 448-1100

PATRICK HOWARD, ESQ.
SALTZ MONGELUZZI BENDESKY PC
ONE LIBERTY PLACE, 1650 MARKET STREET, 52ND FLOOR,
PHILADELPHIA, PA 19103
(215) 575-3895

*WITHDRAWING ATTORNEY FOR INTERVENERS PORTSIDE TOWERS, EAST TENANT ASSOCIATION, PORTSIDE TOWERS, WEST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, JOEL ROTHFUS, AND MICHELE HIRSCH*

*SUPERCEDING ATTORNEY FOR INTERVENERS PORTSIDE TOWERS, EAST TENANT ASSOCIATION, PORTSIDE TOWERS, WEST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, JOEL ROTHFUS, AND MICHELE HIRSCH*

CC: ALL COUNSEL (VIA ECF)