AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Towers at Portside Urban Renewal Company, et al. <br> *Plaintiff* <br> v. <br> The City of Jersey City, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> )     Case No.   23-cv-22291-MCA-JRA |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus and Michele Hirsch                                                  .

Date: _____ 2/20/2026 _____

_____ s/ Simon B. Paris _____
*Attorney's signature*

Simon B. Paris - 04982-1996
*Printed name and bar number*

Saltz Mongeluzzi & Bendesky PC
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Address*

sparis@smbb.com
*E-mail address*

215-575-3986
*Telephone number*

215-754-4443
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|