AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Towers at Portside Urban Renewal Company, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    23-cv-22291-MCA-JRA |
| The City of Jersey City, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus and Michele Hirsch

Date:      3/9/2026

s/ Benjamin J. Eichel
*Attorney's signature*

Benjamin J. Eichel - 317792019
*Printed name and bar number*

Saltz Mongeluzzi & Bendesky PC
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Address*

beichel@smbb.com
*E-mail address*

215-496-8282
*Telephone number*

215-754-4443
*FAX number*

| Print | Save As... | Reset |
|---|---|---|