AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| Towers at Portside Urban Renewal Company, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    23-cv-22291-MCA-JRA |
| The City of Jersey City, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus and Michele Hirsch

Date:  3/11/2026

/s/ Josh Snyder
*Attorney's signature*

Josh Snyder -023902001
*Printed name and bar number*

Saltz Mongeluzzi & Bendesky PC
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Address*

jsnyder@smbb.com
*E-mail address*

215-496-8282
*Telephone number*

215-754-4443
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|