**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> The City of Jersey City, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling <br><br> Defendants, and <br><br> Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch, <br><br> Defendant-Intervenors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 2:23-cv-22291-MCA-JRA |

**CORRECTED DECLARATION OF DEREK D. REED IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Derek D. Reed duly declares under penalty of perjury:

1.    I am an attorney admitted to practice in the State of New Jersey and before this Court. I am a partner with the law firm Ehrlich, Petriello, Gudin, Plaza & Reed, and am one of the lawyers representing Plaintiffs The Towers at Portside Renewal Company, L.L.C. and Equity Residential Management, LLC in this action.

2.    **Exhibit A** to my declaration is a true and correct copy of the Superior Court of New Jersey's August 7, 2025 Order in *Avalon Hoboken, LLC v. City of Hoboken et al.*, No. HUD-L-348-24.

3.      **Exhibit B** to my declaration is a true and correct copy of the Superior Court of New Jersey's September 11, 2025 Order in *LPF 1200 Clinton Equity LLC v. Rent Leveling & Stabilization Board of the City of Hoboken et al.*, No. HUD-L-261-25.

4.      **Exhibit C** to my declaration is a true and correct copy of the transcript from the Superior Court of New Jersey's August 15th, 2025 hearing in *LPF 1200 Clinton Equity LLC v. Rent Leveling & Stabilization Board of the City of Hoboken et al.*, No. HUD-L-261-25.

5.      **Exhibit D** to my declaration is a true and correct copy of the transcript from the Superior Court of New Jersey's July 11, 2024 hearing in *City et al. v. Portside et al.*, No. HUD-L-2449-24.

6.      **Exhibit E** to my declaration is a true and correct copy of the Superior Court of New Jersey Appellate Division's October 23, 2002 unpublished Order in *Borough of Fairview v. Fairview Associates, 94 LP*, A-3169-00T3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2026

*s/          Derek D. Reed*
Derek D. Reed
