# EXHIBIT D

Status Report For:       PORTSIDE CONDOMINIUM OWNERS' ASSOCIATION, INC.

Report Date:             11/26/2022

Confirmation Number:     223302836630

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

Business ID Number:      0100672384

Business Type:           NON PROFIT CORPORATION

Status:                  REVOKED FOR NOT FILING ANNUAL REPORT FOR 2 CONSECUTIVE YEARS

Original Filing Date:    07/12/1996

Stock Amount:            N/A

Home Jurisdiction:       NJ

Status Change Date:      NOT APPLICABLE

## REVOCATION/SUSPENSION INFORMATION

DOR Suspension Start Date:    02-16-2005

DOR Suspension End Date:      N/A

Tax Suspension Start Date:    N/A

Tax Suspension End Date:      N/A

## ANNUAL REPORT INFORMATION

Annual Report Month:     JULY

Last Annual Report Filed:    11/07/2002

Year:                    2002

## AGENT/SERVICE OF PROCESS (SOP)INFORMATION

Agent:                   BRIAN COLLINS

Agent/SOP Address:       100 WARREN ST ,JERSEY CITY,NJ,07302

Address Status:          DELIVERABLE

Main Business Address:   100 WARREN ST, 5 MARINE VIEW PLAZA  SUITE 500, JERSEY CITY, NJ, 07302

Principal Business Address:   100 WARREN ST5 MARINE VIEW PLAZA  SUITE 500,JERSEY CITY,NJ,07302

## ASSOCIATED NAMES

Associated Name:         N/A

Type:                    N/A

## PRINCIPALS

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | OTHER |
| Name: | OHLRICH,DAVID |
| Address: | 100 WARREN ST, JERSEY CITY, NJ, 07302 |
| Title: | OTHER |
| Name: | FENWICK,JAMES |
| Address: | 100 WARREN ST, JERSEY CITY, NJ, 07302 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate)Date: | 1996 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF REGISTERED OFFICE | 1999 |
| CHANGE OF REGISTERED AGENT | 2001 |
| CHANGE OF AGENT AND OFFICE | 1998 |
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2005 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents

available for download.


The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.