# EXHIBIT E

NJ DEPARTMENT OF STATE
DIVISION OF COMMERCIAL RECORDING
(609) 530-6400

SEP 19 1997

## NOTICE OF INCOMPLETE ANNUAL REPORT FILING

0100672384 <ID NUMBER     NP   <CORP TYPE                    06/20/97

```
MAIN                                                          > PLEASE
BUSINESS                                                        DO NOT
OR      >    c/o Applied Companies                             SEND
HEADQRTRS  5 Marine View Plaza, Suite 500                     ANOTHER
ADDRESS                                                        CHECK!
           Hoboken, NJ   07030
```

> NOTICE:  RETURN
PORTSIDE CONDOMINIUM OWNERS' ASSOCIATION, INC.   TYPED FILING IN
JOSEPH BARRY                                     ENVELOPE PROVIDED
5 MARINE VIEW PLAZA STE 500                      WITHIN 30 DAYS.
HOBOKEN                    NJ 07030

>CARD AND FEE FOR THE NAMED CORPORATION OR LIMITED PARTNERSHIP HAS
BEEN RECEIVED BUT ANNUAL FILING CANNOT BE COMPLETED UNTIL THE MAIN
BUSINESS ADDRESS IS PROVIDED IN THE ABOVE BOX.  THIS WAS OMITTED
ON YOUR MOST RECENT FILING.



**F I L E D**

**JUL 12 1996**

**LONNA R. HOOKS**
**Secretary of State**

*l l o 2 3 9 9*

## CERTIFICATE OF INCORPORATION

### OF

### PORTSIDE CONDOMINIUM OWNERS' ASSOCIATION, INC.

DATED: July 12, 1996

Formation of Association: In compliance with the requirements of Title 15A of the New Jersey Statutes Annotated, "Corporations, Non-profit," Chapter 127, Laws of 1983, the undersigned, being of full age, does hereby incorporate this Corporation as an Association not for profit, and does hereby certify:

### ARTICLE I

### Corporation Name

The name of the Corporation is PORTSIDE CONDOMINIUM OWNERS' ASSOCIATION, INC., hereinafter referred to as the "ASSOCIATION."

### ARTICLE II

### Principal Office

The initial principal office of the Association is located at 5 Marine View Plaza, Suite 500, Hoboken, New Jersey and its mailing address is 5 Marine View Plaza, Suite 500, Hoboken, New Jersey 07030.

- 1 -

*01 00672 384*

## ARTICLE III

### Registered Agent

Joseph Barry shall be the registered agent of the Association upon whom process against the Association may be served. Mr. Barry's mailing address and location is 5 Marine View Plaza, Suite 500, Hoboken, New Jersey 07030.

## ARTICLE IV

### Purposes and Powers of the Association

The Association has been established for the purpose of providing for the administration and management of the common elements and limited common elements of those lands located in Jersey City, Hudson County, New Jersey subjected to the condominium form of ownership by a certain Master Deed for "Portside, A Condominium" (the "Condominium"), and its amendments, if any, recorded or to be recorded in the Office of the Register of Hudson County (the "Master Deed"), and for the purpose of regulating and governing the use and occupancy of said Condominium, its units, common elements and limited common elements in order to promote the health, safety and welfare of the residents therein.

The Association shall not operate for the pecuniary gain or profit of the members thereof except to the extent that the members may gain a profit from the sharing of expenses in the administration of the common elements and limited common elements of the aforesaid Condominium.

In the pursuit of its basic purposes and subject to the terms and conditions of the Master Deed and By-Laws of the Association, the Association shall have the power to:

-2-

A.    Exercise all of the powers and privileges and perform all of the duties and obligations of the Association as set forth in the Master Deed and By-Laws of the Association, said documents being incorporated herein as if set forth at length;

B.    Fix, levy, collect and enforce payment by any lawful means, of any charges or assessments pursuant to the terms of said Master Deed and the By-Laws of the Association; pay all expenses in connection therewith and all office and other expenses incident to the conduct of the business of the Association, including all licenses, taxes or governmental charges levied or imposed against the property of the Association;

C.    Acquire (by gift, purchase or otherwise), own, hold, improve, build upon, operate, maintain, convey, sell, lease, transfer, dedicate for public use or otherwise dispose of real or personal property in connection with the affairs of the Association;

D.    Borrow money and pledge accounts, as security for money borrowed or debts incurred;

E.    Adjust, settle, litigate or otherwise dispose of any and all property damage claims as agent for, and on behalf of, the Association and/or any Association member sustaining any property loss involving any Condominium unit, any common element or limited common element.

F.    Have and exercise any and all powers, rights, and privileges which a corporation organized under Title 15A, "Corporations, Non-profit" of the New Jersey Statutes Annotated as said statute may be amended, supplemented or replaced in the future.

## ARTICLE V

### Incorporator

The Incorporator of the Association is Barbara Oif Stack as attorney for Portside

- 3 -

Apartments Urban Renewal Company, L.L.C., which is initiating the formation of this Association for the purposes set forth above. Portside Apartments Urban Renewal Company, L.L.C., (the "Sponsor") is the sponsor and developer of the Condominium.

## ARTICLE VI

### Membership

Every person or entity which is a record owner of a fee interest in any Condominium unit which is subject to the Master Deed aforesaid and who qualifies in accordance with the By-Laws shall be a member of the Association. The foregoing is not intended to include persons or entities who hold an interest merely as security for the performance of an obligation. Ownership of any such unit shall be the sole qualification for membership. Upon termination of the interest of the unit owner, his membership shall automatically terminate and shall be transferred to inure to the new unit owner succeeding him in interest.

## ARTICLE VII

### Board of Trustees

The affairs of this Association shall be managed and conducted by a Board of Trustees. The initial Board of Trustees shall consist of three (3) persons designated by the Sponsor. These persons need not be members of the Association. The names and addresses of the initial Sponsor-designated Trustees are:

a)      Allen F. Goldman, 5 Marine View Plaza, Suite 500, Hoboken, New Jersey 07030;

b)      Kevin Smith, c/o Prudential Real Estate Investors, 51 JFK Parkway, Short Hills, New Jersey 07078;

c)      Gary Picone, c/o Prudential Real Estate Investors, 51 JFK Parkway, Short Hills, New Jersey 07078

- 4 -

Trustees shall be selected as set forth in the By-Laws of the Association.

The Association shall indemnify any "corporate agent" as defined in N.J.S.A. 15A:3-4a, including trustees, officers and employees of the Association and the incorporator, to the maximum extent permitted by law.

## ARTICLE VIII

### Limitations on Use and Disposition of

### Association Monies and Other Assets

The Trustees of the Association shall attempt to operate the corporation solely in such manner as to exempt its income from federal income taxation as an organization described in Section 501(c)(4) of the Internal Revenue Code of 1954, and also as described in Section 528 of the Internal Revenue Code pertaining to "certain homeowners associations." No part of the earnings, assets or other property of the Association shall inure in any way, directly or indirectly, to the benefit of any private Association member, Trustee or Officer. Further, no Trustee or Officer shall receive or be entitled to receive any pecuniary profit from the Association.

In the event of dissolution of the Association, all of its assets shall be distributed on the same basis as the respective proportionate responsibility for common expenses of the members is determined as set forth in the Master Deed.

## ARTICLE IX

### Duration

The corporation created herein shall exist perpetually.

- 5 -

## ARTICLE X

### Amendments to the Certificate of Incorporation

This Certificate of Incorporation may be amended by the affirmative vote of two thirds (2/3rds) of the votes cast by the members entitled to vote.

The Sponsor may, at any time prior to the organizational meeting of the Board of Trustees, amend the Certificate of Incorporation by complying with N.J.S.A. 15A:9-4(a).

IN WITNESS WHEREOF, for the purpose of forming this non-profit Corporation under the Laws of the State of New Jersey, the undersigned, constituting the sole incorporator of this Corporation has executed this Certificate of Incorporation this ___ day of July, 1996.

Barbara Oif Stack, Incorporator
Attorney for Portside Apartments Urban
Renewal Company, L.L.C.

- 6 -

CAO

F I L E D

## CERTIFICATE OF CHANGE OF REGISTERED OFFICE
## AND REGISTERED AGENT OF
## PORTSIDE CONDOMINIUM OWNERS' ASSOCIATION, INC.

JUN 22 1998

LONNA R. HOOKS
Secretary of State

Pursuant to the provisions of Section 15A:4-3 of the New Jersey Non-profit Corporation Act, the undersigned hereby certifies as follows:

1. The name of the Corporation is Portside Condominium Owners' Association, Inc (the "Corporation").

2. The Certificate of Incorporation of the Corporation was filed with the Secretary of State of the State of New Jersey on July 12, 1996.

3. The registered agent of the Corporation is hereby changed from Joseph Barry to Richard Lucas.

4. The registered office of the Corporation is hereby changed from 5 Marine View Plaza, Suite 500, Hoboken, NJ 07030 to Towers at Portside Property Management Office, One Washington Street, Jersey City, New Jersey 07302.

5. The change in registered office and agent are both being made pursuant to the resolution of the Board of Trustees of the Corporation.

6. The change in the registered agent and office shall be effective at the time of filing of this Certificate with the Secretary of State of New Jersey.

oif\portside\docs

0100672384

In Witness Whereof, the Corporation has caused this Certificate to be executed on its behalf by its president this 11TH day of June, 1998.

PORTSIDE CONDOMINIUM OWNERS'
ASSOCIATION, INC.

By: _____
                                    President

oif\portside\docs



**NJ DIVISION OF REVENUE**

## AGENT CERTIFICATE OF CHANGE
### REGISTERED NAME OR ADDRESS, OR BOTH

This form may be used by domestic and foreign, profit and non-profit corporations and limited partnerships to change an agent name or address or both. If a P.O. box is used for registered address, the street address must be included. **Return this form with a $10 check made out to the Treasurer, State of New Jersey.** Write the corporate/limited partnership number on the top left of your check.

CORPORATION/LIMITED PARTNERSHIP NAME AND NUMBER

PORTSIDE CONDOMINIUM OWNERS' ASSOCIATION, INC.                    0100-6723-84

STATE OF ORIGINAL FILING
   NJ

### IMPORTANT-INCLUDE INFORMATION ON BOTH THE PRIOR & NEW AGENT

PRIOR AGENT NAME
Richard Lucas

PRIOR AGENT ADDRESS

| STREET | CITY | STATE | ZIP |
|---|---|---|---|

NEW AGENT NAME
Brian Collins

NEW AGENT ADDRESS

N.J.

| STREET | CITY | STATE | ZIP |
|---|---|---|---|

The corporation states that the address of its new registered office and the address of its new registered agent are identical. Further, the changes designated on this form were authorized by resolution duly adopted by its board of directors or members.

AUTHORIZED SIGNATURE & TITLE _____   DATE 6/20/01

CHAIRMAN OF BOARD, PRES., V.P., REG. AGT. OR GEN. PARTNER

**Change form must be signed with title and date provided.**

**MARK TYPE OF CHANGE**

- ☒ 1. Change of Agent Name
- ☐ 2. Change of Agent Address
- ☐ 3. Change of Both

REMIT $ 10.00  510

MAIL TO: State of New Jersey
Bureau of Commercial Recording
PO Box 34089
Newark, NJ 07189-0001

**FOR OFFICIAL USE ONLY**

### IMPORTANT NOTICE

Failure to notify the Treasurer of a change in the registered agent name or registered office address will result in the penalty set forth by law.