# EXHIBIT I

 Gmail

**Michele Hirsch <hirsch.michele@gmail.com>**

## Fwd: Renewal Time at Portside Towers

1 message

**Jihad Maksad** <ajmaksad@gmail.com>                                                      Thu, Feb 16, 2023 at 11:53 AM
To: "hirsch.michele@gmail.com" <hirsch.michele@gmail.com>

---------- Forwarded message ---------
From: **Travis** <renewals@eqr.com>
Date: Thu, Sep 15, 2022 at 12:43 PM
Subject: Re: Renewal Time at Portside Towers
To: Jihad Maksad <ajmaksad@gmail.com>
Cc: renewals <renewals@eqr.com>

Greetings,

Hi Jihad.  Per your Regional Manager and our Legal Team our building is not subject to rent control and we would be able to offer $3,394 as a best and final offer on a 12 month lease term.  Please let me know if this is acceptable to you and if you would like to move forward with your renewal.  If you do not wish to accept this offer, you may file a petition with the Jersey City Rent Control office and we can go through that process to obtain a determination by the City.

Kind Regards,

**Travis T.**
Senior Centralized Services Consultant
833.576.8420
renewals@eqr.com
EquityResidential.com  -  *live remarkably*

On Mon, Sep 12, 2022 at 6:48 PM Jihad Maksad <ajmaksad@gmail.com> wrote:

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hi Travis,

Thank you for your response and continuous support. I realize that I was not specific about the dollar amount I expect to pay for my next lease, however, my expectation was, and still is, that my landlord will operate within the confines of the law. Jersey City's law for legal rent increases of rent controlled buildings are different from Hoboken's. Jersey City's law pursuant to Chapter 260-3 states, "At the expiration of a lease or at the termination of a lease of a periodic tenant, no landlord of any dwelling as defined in § 260-1 may request or receive a percentage increase in rent which is greater than four percent or the percentage difference between the consumer price index three months prior to the expiration or termination of the lease and three months prior to the commencement of the lease term, whichever is less."
Therefore, I am requesting an increase no more than 4% because that is what is legal.

Thank you.
Jihad Maksad

On Mon, Sep 12, 2022 at 4:05 PM Travis <renewals@eqr.com> wrote:
>    Greetings,

Hi JIhad, I can only go by what our legal counsel has advised here.  I am definitely not keeping or refusing any information to you as what I have told you so far is what my legal counsel advised is our current stance on this matter, I really have not been given any other information than that.  If you do not wish to accept this offer, you may file a petition with the Jersey City Rent Control office and we can go through that process to obtain a determination by the City.

However, you keep asking for a renewal rate within the legal limit but you're not requesting a price so I don't know how to best work with you.  If I can obtain a lowered of $3,322, which is a 6.7% increase and matches September CPI guidelines for Hoboken, is this acceptable to you and would you consider renewing at this rate?  I am running that through for approval right now, I should know within 48 hours from now if it's approved.

I hope to get this resolved, as it is my goal to help you stay in our home if you want to do so.  Let me know how I can best assist you from here.


Kind Regards,


**Travis T.**
Senior Centralized Services Consultant
833.576.8420
renewals@eqr.com
EquityResidential.com  -  *live remarkably*


On Sun, Sep 11, 2022 at 4:49 PM Jihad Maksad <ajmaksad@gmail.com> wrote:

> **This Message Is From an External Sender**
> This message came from outside your organization.

Dear Travis,

Thank you for your email. I see your title is that of a Senior Centralized Services Consultant. As a senior member of Equity Residential's managerial team, you are responsible for making truthful representations and statements about the building in which I reside. Let me remind you that there is a Consumer Fraud Protection clause in my lease. The first sentence of this clause states, "Deception, fraud, misrepresentation, or knowing failure **or refusal to provide important information** in connection with the sale or advertisement of real estate is illegal in New Jersey (N.J.S.A. 56:8-2)." I've bolded the word **refusal** because in your last communication to me you did not address why Equity Residential states "Our position on the matter of Portside Tower's exemption remains the same." It's as if Equity Residential is choosing to ignore the facts I presented to you, based on New Jersey and Jersey City law, and is presenting a position that is legally and factually baseless. Again, my position based on my previous email communications with the Renewals team is that my building located at 100 Warren Street is subject to rent control and that Equity Residential is increasing my rent beyond the amount that is legal.
Given the above, I insist that Equity communicate to me upon what specific accurate, truthful, and nonfraudulent basis it chooses to represent that my building at Portside Towers is exempt from rent control. I have a right to know, and Equity Residential does not have the right to deny me the information that I insist it share with me.
I look forward to hearing from you and to receiving a lease with an increase at or below the legal limit.

Thank you,
Jihad

On Fri, Sep 9, 2022 at 5:44 PM Travis <renewals@eqr.com> wrote:

Greetings,

I just generated your new lease at the lowered rate of $3,400.  You should be receiving it in your inbox shortly as a Docusign. It will ask for an Access Code, which is the last four digits of your SSN (or 9393 if no SSN).   Each person on the lease will use their own unique Access Code.

**The new lease will show the amount of your previous deposit which will carry over; a new deposit is not required.**

**Please keep in mind that because it is a discounted renewal rate, the lease would need to be signed within 72 hours to keep the price valid. If you are unable to sign the lease within 72 hours, I am happy to check if I am able to get the same discounted rate, however, I cannot guarantee the same rate will be available.**

Please let me know if you need any additional assistance accessing the Docusign, or have any other questions I can answer for you.

Have a great day!

**Travis T.**
Senior Centralized Services Consultant
833.576.8420
renewals@eqr.com
EquityResidential.com  -  *live remarkably*

On Thu, Sep 8, 2022 at 4:24 PM Travis <renewals@eqr.com> wrote:

Greetings,


Thank you for your email.  Our position on the matter of Portside's exemption status remains the same.

With that being said, I am checking on a lowered rate offer for you, and should have a response back with a price within 48 hours.  If you do not wish to accept this offer, you may file a petition with the Jersey City Rent Control office and we can go through that process to obtain a determination by the City.


Kind Regards,

**Travis T.**
Senior Centralized Services Consultant
833.576.8420
renewals@eqr.com
EquityResidential.com  -  *live remarkably*

On Thu, Sep 8, 2022 at 10:07 AM Jihad Maksad <ajmaksad@gmail.com> wrote:

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Daniel,

Thank you for your email. You are misinformed about a few facts. They are clarified and correctly presented below.

At Portside Towers there are now two tenant associations (one for each building - I joined the one for the building in which I reside), and they are connected to New Jersey Tenants Organization (NJTO), the largest and longest standing tenants' organization in the United States. Now I have

extensive access to assistance, including how my situation aligns to the local laws. While you or I may only know so much, these guys have so many lawyers we can tap for free to help us figure out all the details.

I shared your message with some of the folks on the advisory team and they had a lot of information ready to go that may also be helpful to you as you advise other tenants.

1.  Claiming a Clerical Error on the Landlord Registration Statements:

Equity Residential's Admissions in the Annual Landlord Registration Statements for the years 2020, 2021 and 2022 Are Not Clerical Errors.

Equity Residential disingenuously argues that stating "yes" to the question "Is the property you are registering currently under rent control?" on the Annual Landlord Registration Statements for the years 2020, 2021 and 2022 was simply clerical error.  These "yes" statements do not – indeed, cannot -- fall within the category of "*clerical error*." As the New Jersey Appellate Division stated in Borromeo v. DiFlorio, 409 N.J. Super. 124, 140  (App. Div. 2009), "[c]lerical errors include misspellings, *Black v.* [advance.lexis.com] *Seabrook Assocs., Ltd., 298 N.J. Super. 630, 637, 690* [advance.lexis.com] *A.2d 142 (App.Div.1997)* [advance.lexis.com], *certif. denied, 149 N.J. 409, 694 A.2d 194 (1997)*; administrative mistakes, *Playmates Toys v. Dir., Div. of Tax., 162 N.J. 186, 187,* [advance.lexis.com] *742 A.2d 968 (1999)* [advance.lexis.com]; typographical errors and errors in transposing, *H.G.K.W. Corp. v. East Brunswick Tp., 8* [advance.lexis.com] *N.J. Tax 454, 462 (Tax 1986)* [advance.lexis.com]; or mathematical miscalculations, *Mc Nair v. Mc Nair, 332 N.J. Super.* [advance.lexis.com] *195, 199, 753 A.2d 147 (App.Div.2000)* [advance.lexis.com]; *Lockwood v.* [advance.lexis.com] *Walsh, 137 N.J. Eq. 445, 450, 45 A.2d 305* [advance.lexis.com] *(Prerog.Ct.1946)* [advance.lexis.com])."  Equity Residential's repeated admission to the City of Jersey City -- for three (3) consecutive years -- that it is subject to a rent control ordinance cannot be viewed as merely clerical.

2.  The 1994 letter of exemption to which you refer is faulty and can never be used to claim an exemption from rent control. Below, I have supplied the relevant Jersey City Ordinance and a timeline of the building at 100 Warren Street [google.com] so you can understand why this is a fact that cannot be disputed.

Equity did not satisfy N.J.S.A. 2A:42-84.4, the section of the Newly Constructed Multiple Dwellings law, which states in its entirety:

> The owner of any multiple dwelling claiming an exemption from a rent control or rent leveling ordinance pursuant to this act shall file with the municipal construction official, at least 30 days prior to the issuance of a certificate of occupancy for the newly constructed multiple dwelling, a written statement of the owner's claim of exemption from an ordinance under this act, including therein a statement of the date upon which the exemption period so claimed shall commence, such information as may be necessary to effectively locate and identify the multiple dwelling for which the exemption is claimed, and a statement of the number of rental dwelling units in the multiple dwelling for which the exemption is claimed. The owner shall, at least 30 days prior to the date of the termination of the exemption period afforded pursuant to this act, file with the municipal construction official a notice of the date of termination of the exemption period for the affected multiple dwelling.

**West Tower at 100 Warren Street [google.com] Timeline:**

> **7/26/1992** – 30 days prior to the issuance of the certificate of occupancy for the newly constructed multiple dwelling – the cutoff for the filing requirement pursuant to N.J.S.A. § 2A:42-84.4, and pursuant to Jersey City Ordinance 260-6.C –"Exemptions for new dwellings", which states "This exemption applies only where an owner complied with **all requirements contained in N.J.S.A. 2A:42-84.1 et seq., including the filing with the municipal construction official required by N.J.S.A. 2A:42-84.4** and the service of a written statement upon the tenant required by N.J.S.A. 2A:42-84.3.".

Also, this new and related Appellate Division of the Superior Court of New Jersey opinion is timely:

On July 7, 2022, the Appellate Division of the Superior Court of New Jersey, issued its opinion in Willow Ridge Apartments, LLC v. Union City Rent Stabilization Bd. The Court upheld a lower court and local rent leveling board's decision that a residential apartment building that qualified as a newly constructed multiple dwelling under the NJNCMDL was subject to rent control **because the property's current owner could not prove that the Property's predecessor owner satisfied this law's notice requirement**.

**7/27/1992** – Day one of the permanent rent control status of 100 Warren Street – This cannot be undone by any event in the future.

**8/25/1992 – Certificate of Occupancy for the newly constructed multiple dwelling at 100 Warren Street**

**7/27/1993** – One-year anniversary of the permanent rent control status of 100 Warren Street

**7/27/1994** – Two-year anniversary of the permanent rent control status of 100 Warren Street

**11/23/1994** – Letter that was NOT filed 30 days prior to the Certificate of Occupancy

**1/24/1995** – Certificate of Continued Occupancy, for a multiple dwelling, which is already under rent control, with "Certificate of Occupancy" expressly NOT checked, and "Certificate of Continued Occupancy" expressly checked. It is Interesting that an official City certificate can have either Certificate of Occupancy for a newly constructed dwelling checked, or Certificate of Continued Occupancy for an already constructed building checked. Even a cursory inspection of the Certificate reveals that there can be no mistaking which type of certificate that 1995 document is.

**3/29/1996** – The Amended and Consolidated Financial Agreement between Portside Apartments Urban Renewal Company (PAURC), LLC, and Portside Urban Renewal Association, which established the <u>TWO Phases</u>, made up of two towers totaling 527 units.  As Specifically Defined:

> **Phase I** – consisting of one tower with 230 residential units and 34,000 sq. ft. of commercial space and (completed on 8/25/1992)
>
> **Phase II** – consisting of a second tower with approximately 297 residential units and up to 46,000 sq. ft of commercial space (completed on 12/31/1997)

**6/11/1998** – Equity Residential purchased the 100 Warren Street building

**3/18/1999** – Equity's SEC filing for the year ending on 12/31/1998, which included the construction completion year for 100 Warren as 1992

3.   Your claim of "Proper disclosures":

The addendum you supplied references part of a NJ statute, that is true.  But your message is incorrect because you mistakenly indicate that the West Tower is exempt from Jersey City rent regulations.

Allow me to share the controlling Jersey City ordinance:

§ 260-6. Exemptions for new dwellings

§ 260-6.C

…**This exemption applies only where an owner complied with all requirements contained in N.J.S.A. 2A:42-84.1 et seq., including the filing with the municipal construction official required by**

**N.J.S.A. 2A:42-84.4 and the service of a written statement upon the tenant required by N.J.S.A. 2A:42-84.3**.

The rent control addendum and its reference to N.J.S.A. 2A:42-84.3 is only half of the Jersey City requirement. Equity cannot ignore any of the requirements within N.J.S.A. 2A:42-84.1 et seq, including Section 84.4, as noted above.

My Team also mentioned that any violation of rent control is automatically consumer fraud and is subject to 3x damages that is available to me via summary judgement. Fraud is discussed in my lease and is a serious offense under NJ law. It is so helpful that the tenant organization has so much information readily available to help us both understand the law so we can work together to finalize a legal renewal.

Now that I have clarified the timeline for you, kindly provide a renewal with an increase that is no more than the legal limit, or feedback I can bring to the Team that prepared this response.

Thank you.

Jihad Maksad

On Thu, Sep 1, 2022 at 2:10 PM Daniel S. <Renewals@eqr.com> wrote:

Hello Jihad,

Thank you for your email and allowing us the opportunity to to clear up any misunderstanding. 100 Warren is, indeed, exempt from Jersey City rent control. First, the 2022 Annual Landlord Registration Statement that you reference was completed incorrectly. There was a clerical error on the form, which mistakenly indicated that the community was subject to rent control. We have already explained this error to the City. The error does not invalidate our exemption, as we have followed the necessary requirements to maintain that exemption under local law.

Specifically, a Letter of Exemption dated November 23, 1994 was, in fact, submitted to the City. That Letter of Exemption was also filed with a Certificate of Occupancy dated January 24, 1995. Note that our community was built in phases and each Certificate was filed for different reasons and at different times. The Certificate from 1995 is the relevant document for the purpose of our exemption.

Lastly, we have provided you with the proper disclosures in connection with our exemption. For these reasons, we are confident that we are operating consistently with local law, and that our rent increases are not regulated by Jersey City.

We believe your offer is fair, and it is in line with the market in our neighborhood, but with that being said we would like to continue working with you and can offer to bring the rent down from $3610.00 to $3511.00 for the base monthly rent.

Please let me know if you have any further questions.

Thank you,

**Daniel S.**
Renewal Support Team
833.576.8420
renewals@eqr.com

EquityResidential.com  -  *live remarkably*



[linkedin.com]    [facebook.com]

[glassdoor.com]    [instagram.com]

[twitter.com]

On Tue, Aug 30, 2022 at 10:07 AM Daniel S. <Renewals@eqr.com> wrote:

Hello Jihad,

Thank you for bringing this to my attention. I will go ahead and take a look into this to make sure that we are in compliance with the rent control laws, looking at the document, to me it reads that the property is exempt from rent control for 30 years, but of course I could be reading it incorrectly.

As soon as I have an update I will make sure to reach out to you.

Thank you,

**Daniel S.**

Renewal Support Team
833.576.8420
renewals@eqr.com

EquityResidential.com  -  *live remarkably*



[linkedin.com]    [facebook.com]

[glassdoor.com]    [instagram.com]

[twitter.com]

On Mon, Aug 29, 2022 at 11:28 AM Jihad Maksad <ajmaksad@gmail.com> wrote:

**This Message Is From an External Sender**

This message came from outside your organization.

Hello Daniel,

Thank you for your email. I look forward to working through this process with you and the renewals team. I'm a bit surprised that the rent increase to begin on (11/09/2022) for my unit # 804 in the West Tower is 16%.

In Jersey City, each year every landlord must submit an Annual Landlord Registration Statement. The 2022 statement which was submitted and signed by our building manager Jaq Marciano (now Newton) and Equity First VP Jim Von Albade, on 2/1/2022, under penalty, indicated the West Tower is subject to rent control (attached).

My lease includes a Rent Control Addendum (attached) referencing the controlling NJ law that requires notice of when a rent control exemption expires. That statute via N.J.S.A. 2A:42-84.4 (attached), also indicates a filing requirement which has not been satisfied, therefore the West Tower is subject to rent control. This fact is in complete agreement with the registration statement that has been signed by both my building manager and a VP of Equity.

Even if Equity did qualify for an exemption, via a timely filing by the previous owner of the West Tower, that exemption would have expired on 8/25/2022, given the CO for my Tower is dated 8/25/1992 (attached) and the Rent Control Addendum (attached) states an exemption period of 30 years.

In my case, there is no situation under any Jersey City ordinance or via NJ law where the West Tower is not subject to rent control.

Therefore, kindly provide a renewal with an increase that is no more than the legal limit, or an explanation that I can review with folks with the legal expertise to guide my next move.

Thank you,
Jihad Maksad

On Wed, Aug 24, 2022 at 5:31 PM Daniel S. <Renewals@eqr.com> wrote:
Hello Jay, and Zeynep,

My name is Daniel Sanchez, and I am part of the Renewal Support Team for Portside Towers in the corporate office.

We recently sent out your renewal offer; my team will be assisting you with the next steps. I would love to discuss your renewal plans and walk you through the process.

Please respond to this email thread or give us a call at (833)-576-8420.

I look forward to speaking with you soon!

**Daniel S.**

Renewal Support Team
833.576.8420
renewals@eqr.com

EquityResidential.com  -  *live remarkably*


[linkedin.com]  [facebook.com]
[glassdoor.com]  [instagram.com]
[twitter.com]