## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Towers at Portside Urban Renewal Company, LLC and Equity Residential Management, LLC, <br><br> Plaintiffs, <br> v. <br><br> The City of Jersey City, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling <br><br> Defendants, and <br><br> Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch, <br><br> Defendant-Intervenors. | Case No. 2:23-cv-22291-MCA-JRA |

## CERTIFICATE OF SERVICE

I, Patrick Howard, hereby certify that on May 22, 2026, I electronically filed Defendants and Defendant-Intervenors' Opposition to Plaintiffs' Motion for Partial Summary Judgment, together with Statement of Facts and all exhibits thereto, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

Dated: May 22, 2026                     /s/ Patrick Howard
                                        Patrick Howard (NJ ID #02280-2001)