**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, L.L.C. and EQUITY RESIDENTIAL MANAGEMENT, LLC, | ) ) ) Civil Action No. 2:23-cv-22291- ) MCA-JRA ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE CITY OF JERSEY CITY, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling, | ) ) ) ) ) |
| Defendants, and | ) ) |
| PORTSIDE TOWERS EAST TENANT ASSOCIATION, et al., | ) ) ) |
| Defendant-Intervenors. | ) |

---

## <u>MOTION FOR LEAVE TO FILE A SUR-REPLY</u>

Pursuant to L. Civ. R. 78.1, on July 6, 2026, Defendants the City of Jersey City, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling and Defendant-Intervenors, Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michelle Hirsch (collectively, the "Defendants") move before the Honorable Madeline Cox Arleo, U.S.D.J., for an Order granting the

Defendants leave to file the accompanying Sur-Reply in further opposition to Plaintiffs' Motion for Summary Judgment (ECF No. 171) and rely on the attached Memorandum of Law.

Dated: June 3, 2026

Respectfully submitted,

By: */s/ Patrick Howard*

Simon Bahne Paris (NJ ID #04982-1996)
Patrick Howard (NJ ID #02280-2001)
Joshua D. Snyder (NJ ID #02390-2001)
Benjamin J. Eichel (NJ ID #31779-2019)
**SALTZ, MONGELUZZI,**
**& BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053

1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 575-3985
Facsimile: (215) 496-0999
Email: sparis@smbb.com
phoward@smbb.com
jsnyder@smbb.com
beichel@smbb.com

Eric J. Nemeth, Esq.
**ERIC J. NEMETH, P.C.**
NJ Attorney ID No. 00743-1990
55 Madison Avenue, Suite 400
Morristown, NJ 07960
enemeth@ejcounsel.com

Neil D. Marotta, Esq.
**MAROTTA & GARVEY**
NJ Attorney ID No. 02478-1992
3916 Bergenline Avenue, Suite 2200

2

Union City, NJ 07087
mglawyers@aol.com

***Counsel for Defendant-Intervenors***

**SARAH M. LEVINE**
**CORPORATION COUNSEL**

By: */s/ Philip S. Adelman*
     Philip S. Adelman
     NJ ID 015132003
**Jersey City Law Department**
280 Grove Street
Jersey City, NJ 07302
Counsel for Defendants the City of Jersey City, the Jersey City Rent Leveling Board and the Jersey City Bureau of Rent

***Counsel for Defendants***

3