# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, L.L.C. and EQUITY RESIDENTIAL MANAGEMENT, LLC, | ) ) ) Civil Action No. 2:23-cv-22291- ) MCA-JRA ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| THE CITY OF JERSEY CITY, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling, | ) ) ) ) ) |
| Defendants, and | ) ) |
| PORTSIDE TOWERS EAST TENANT ASSOCIATION, et al., | ) ) ) ) |
| Defendant-Intervenors. | ) |

## CERTIFICATE OF SERVICE

I, Patrick Howard, hereby certify that on June 3, 2026, I electronically filed Defendants and Defendant-Intervenor's Motion for Leave to File a Sur-Reply with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

Dated: June 3, 2026

*/s/ Patrick Howard*
Patrick Howard (NJ ID #02280-2001)