**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, L.L.C. and EQUITY RESIDENTIAL MANAGEMENT, LLC, | ) ) ) Civil Action No. 2:23-cv-22291- ) MCA-JRA ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE CITY OF JERSEY CITY, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling, | ) ) ) ) ) |
| Defendants, and | ) ) |
| PORTSIDE TOWERS EAST TENANT ASSOCIATION, et al., | ) ) ) |
| Defendant-Intervenors. | ) |

---

**[PROPOSED] ORDER**

THIS MATTER having been opened to the Court by Defendants on a Motion for Leave to File a Sur-Reply in further opposition to Plaintiffs' Motion for Summary Judgment (ECF No. 171); and the Court having considered the parties' submissions; and for good cause shown;

IT IS on this _____ day of _____, 2026, **ORDERED** that Defendants' Motion for Leave to File a Sur-Reply is **GRANTED**; and it is further

2

**ORDERED** that the Sur-Reply submitted with the Motion is deemed filed as of the date of this Order.

_____

Hon. Madeline Cox Arleo, U.S.D.J.