**SARAH MICHAEL LEVINE**
**CORPORATION COUNSEL**
(Attorney ID-353062020)
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(201) 547-5229
slevine@jcnj.org
Attorney for Defendants the City of Jersey City
and the Jersey City Rent Leveling Board

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC AND EQUITY RESIDENTIAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JERSEY AND THE CITY OF JERSEY CITY RENT LEVELING BOARD, <br><br> Defendants. | CIVIL ACTION NO. 2:23-cv-22291(MCA)(JRA) <br><br><br> **NOTICE OF APPEARANCE OF SARAH MICHAEL LEVINE, ESQ** |

TO THE CLERK OF THE COURT:


I am admitted to practice in this Court. Please enter my appearance in the above-entitled action on behalf of Defendants: the City of Jersey City and the Jersey City Rent Leveling Board. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address identified above.


Respectfully submitted,

By: /s/ *Sarah Michael Levine*
SARAH MICHAEL LEVINE
CORPORATION COUNSEL

Dated: June 8, 2026