

*Derek Reed | Partner*
direct: (973) 854-6710
dreed@EPGPRlaw.com

June 26, 2026

**Via ECF**

Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re:    *The Towers at Portside Urban Renewal Company L.L.C., et al v. The City of Jersey City, et al.*, Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

Pursuant to the Court's direction at the June 25, 2025 status hearing regarding the process for resolving the above-captioned matter on a unit-by-unit basis where possible, including "if you settle with any or some of them, or all of them, then we will have them in and we'll have a settlement" (June 25, 2025 Hr'g Tr. at 6:20-22), The Towers at Portside Urban Renewal Company, LLC et al ("Portside") writes to notify the Court that it has entered into fully executed final settlement agreements with the following units/tenants at Portside Towers.

**155 Washington:**

Unit ▮, Alejandro Kapszuk, Denise Medvedeff, and Ariel Medvedeff
Unit ▮, Stamatios Biliris and Piyali Kundu
Unit ▮, Kailey Dalgauer and Michael Saalfrank
Unit ▮, Ashish Gupta and Sukriti Sehgal
Unit ▮, Machelle Boisvert and Jhon Carvajal Grajales
Unit ▮, Bryan Fearson
Unit ▮, Heather Han and Jacob Hansen
Unit ▮, James Bargmann and James Collins
Unit ▮, William Ladell
Unit ▮, Sean Browne and Veramarie Jimenez
Unit ▮, Gabriela Ardila Hidalgo and Santiago Tellez Alzate
Unit ▮, Donovan Moore, Andrea Nestico, and Jack Parsons
Unit ▮, Bianca Santos Ramirez and Max Wright
Unit ▮, Santos Cohen and Jannine Robinson

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

June 26, 2026
Page 2

**100 Warren:**

Unit ███, Marcus Reed and Kyla Blackburn
Unit ███, Kinjalkumar Patel, Diptiben Patel, and Rishvi Patel
Unit ███, Rebecca Henderson and Nicolette Stallone
Unit ███, George Shiebler
Unit ███, Bari Kaplan and Paul Kaplan
Unit ███, Jamie Goldstein and Dylan Granat

Portside will provide copies of the executed settlement agreements (shared AEO-confidentially with counsel of record) at the Court's direction and seeks the Court's acknowledgment and approval of these settlement agreements as resolving any dispute between these tenants/Portside units, on one hand, and Portside, on the other hand, as to the rent-control decision made by Defendants and challenged in the above-captioned matter, including the lawful rent for these units. Portside has transmitted settlement agreements to additional tenants who agreed to settle and anticipates that some or all those agreements will be executed in short order, at which point Portside will promptly bring the additional executed agreements to the Court's attention. Portside remains committed to finding reasonable resolutions where that can be accomplished.

A copy of this submission reporting on the above settlements was shared with Hon. Mark Falk, engaged to mediate these matters, and all counsel of record prior to its submission. To the extent it would be helpful to the Court, Portside will be available to it for a hearing or conference.

Respectfully submitted,

The Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC

By: /s/ Derek D. Reed

*Attorney for Plaintiffs The Towers at Portside Urban Renewal Company L.L.C. and Equity Residential Management, LLC*
Derek D. Reed, Esq. (Attorney ID # 038062003)
Jeffrey Plaza, Esq.
EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED
A Professional Corporation
60 Park Place, Suite 1016
Newark, New Jersey 07102
(973) 643-0040

EHRLICH, PETRIELLO, GUDIN,
PLAZA & REED, P.C.

June 26, 2026
Page 3

Terri L. Mascherin (*pro hac vice*)
Andrew W. Vail (*pro hac vice*)
Daniel J. Weiss (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654

*Attorneys for Plaintiffs*

cc:  All Counsel of Record