# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL ● 280 GROVE STREET ● JERSEY CITY, NJ 07302
PHONE (201) 547-5229

**JAMES SOLOMON**
*MAYOR OF JERSEY CITY*

**SARAH MICHAEL LEVINE**
*CORPORATION COUNSEL*


August 20, 2026

**Via ECF**
The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: The Towers at Portside, et al v. City of Jersey City, et al.**
**Civil Action No. 2:23-cv-22291 (MCA)(JRA)**

Dear Judge Arleo:

This office represents the City of Jersey City, the Jersey City Bureau of Rent Leveling, and the Jersey City Rent Leveling Board (collectively the "City") in the above matter. A status conference is scheduled for August 25, 2026 [Dkt, No. 179]. On August 18, 2026, the Court ordered that oral argument on the pending motion for partial summary judgment would proceed on the date of the status conference [Dkt, No. 180].

With the consent of all parties, the City respectfully requests that the Court adjourn oral argument for thirty days to a date that meets with the Court's schedule. The City's lead attorney in this matter tendered his notice of retirement from the City last week and will be withdrawing. As such, the City needs time to reassign this matter to outside counsel. Additionally, the undersigned will be out of town this weekend to attend a funeral. Plaintiffs only consent to adjourning oral argument and request that the status conference proceed as scheduled. The City and Defendant-Intervenors would be amenable to adjourning the status conference.

Accordingly, we respectfully request that the oral argument scheduled for August 25, 2026 be adjourned approximately thirty days. We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,
*/s/ Sarah Michael Levine*
**SARAH MICHAEL LEVINE**
**CORPORATION COUNSEL**

cc: Derek Reed, Esq. (via ECF)
Andrew Vail, Esq. (via ECF)
Patrick Howard, Esq. (via ECF)
Eric Nemeth, Esq. (via ECF)