EHRLICH PETRIELLO GUDIN PLAZA & REED P.C.
ATTORNEYS AT LAW

***Derek Reed | Partner***
direct: (973) 854-6710
dreed@EPGPRlaw.com

August 25, 2026

**<u>Via ECF</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: *The Towers at Portside Urban Renewal Company L.L.C., et al v. The City of Jersey City, et al.* Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Cox Arleo:

Plaintiffs respectfully request a brief adjournment of the September 2, 2026 status conference and oral argument, rescheduled by the Court's August 21, 2026 Text Order (Dkt. 182), due to an unavoidable conflict for Plaintiffs' lead counsel on that date.

All counsel consent to this request. To minimize further scheduling conflicts, counsel are unavailable on the following dates: September 11, 14–16, 18, 21, and 24–30.

Plaintiffs respectfully request that the Court reschedule the conference and oral argument to a date convenient to it, taking these conflicts into account.

We thank the Court for its consideration.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed

cc: All counsel (via ECF)