**SARAH MICHAEL LEVINE**
**CORPORATION COUNSEL**
Philip S. Adelman, Esq. (Attorney ID-015132003)
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(201) 547-5229
padelman@jcnj.org
Attorney for Defendants the City of Jersey City and the Jersey City Rent Leveling Board

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC AND EQUITY RESIDENTIAL MANAGEMENT, LLC,<br>Plaintiffs,<br>v.<br>THE CITY OF JERSEY AND THE CITY OF JERSEY CITY RENT LEVELING BOARD,<br>Defendants. | CIVIL ACTION NO. 2:23-cv-22291(MCA)(JRA)<br><br>**NOTICE OF PHILIP S. ADELMAN, ESQ. TO WITHDRAW AS COUNSEL AND TERMINATE ELECTRONIC NOTIFICATIONS** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, in accordance with Local Civil Rule 102.1, Philip S. Adelman hereby respectfully withdraws his appearance on behalf of defendants the City of Jersey City and the Jersey City Rent Leveling Board (collectively the “City Defendants”) in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that no trial is currently scheduled.

PLEASE TAKE FURTHER NOTICE that oral argument regarding the motion for partial summary judgment is scheduled for September 02, 2026, and is expected to be adjourned [ECF 183].

PLEASE TAKE FURTHER NOTICE that Philip S. Adelman respectfully requests to be removed from all electronic notifications (ECF) in the above matter. Philip Adelman has resigned from the Jersey City Law Department and his last day is August 28, 2026.

PLEASE TAKE FURTHER NOTICE that Sarah Michael Levine, Esq. entered an appearance [ECF no. 177] and will continue to represent the City Defendants. Sarah Michael Levine will contemporaneously file a substitution of counsel in this matter and appear for argument as to the pending motion.

WHEREFORE, it is respectfully requested that Philip S. Adelman be removed from all electronic notifications and withdraw from the above matter.

Respectfully submitted,

**SARAH MICHAEL LEVINE**
**CORPORATION COUNSEL**

Dated: August 27, 2026

By: *_/s/ Philip S. Adelman_*
Philip S. Adelman
Assistant Corporation Counsel