**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT LLC,**<br>***Plaintiffs*,**<br>**v.**<br>**THE CITY OF JERSEY CITY, THE CITY OF JERSEY CITY RENT LEVELING BOARD, and THE CITY OF JERSEY CITY BUREAU OF RENT LEVELING,**<br>***Defendants*,**<br>**- and –**<br>**PORTSIDE TOWERS EAST TENANT ASSOCIATION, PORTSIDE TOWERS WEST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, JOEL ROTHFUS, and MICHELE HIRSCH**<br>***Intervenor-Defendants.*** | **Civil Action No. 23-22291**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiffs The Towers At Portside Urban Renewal Company, LLC's and Equity Residential Management, LLC's (collectively, "Plaintiffs") Motion for Partial Summary Judgment, see ECF No. 171 (the "Motion");

And for reasons set forth in the accompanying Opinion;

**IT IS** on this 28th day of September, 2026;

**ORDERED** that the Defendants[1] Motion for Leave to File a Sur-Reply in opposition to the Motion, see ECF No. 175, is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion, see ECF No. 171, is **GRANTED**; and it is further

**ORDERED** that summary judgment be entered on Count VI of the Amended Complaint, Plaintiffs' Claim in Lieu of Prerogative Writ, see ECF No. 65; and it is further

**ORDERED** that the Parties file a joint status update with the Court within fourteen (14) days of the entry of this Order providing their respective positions as to the appropriate next steps for the continued litigation and resolution of this action.

Date: 09.28.2026

***s/ Madeline Cox Arleo***
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

[1] "Defendants" collectively refers to Defendants the City of Jersey City, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling, as well as the Intervenor-Defendants Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch.