EHRLICH PETRIELLO GUDIN PLAZA & REED P.C.
ATTORNEYS AT LAW

***Derek Reed* | *Partner***
direct: (973) 854-6710
dreed@EPGPRlaw.com

November 2, 2026

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.* Case No. 2:23-cv-22291-MCA-JRA

Dear Judge Arleo:

Plaintiffs The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC (collectively, "Portside"), Defendants the City of Jersey City, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling (collectively, the "City"), and Defendant-Intervenors (collectively, "Tenants") jointly submit this letter to advise the Court of an agreement among the parties regarding the City's and Tenants' pending Motion Pursuant to 28 U.S.C. § 1292(b) for Certification of the Court's September 28, 2026 Opinion and Order for Interlocutory Appeal and for a Stay (ECF No. 190) (the "Motion").

The Motion seeks two forms of relief: (1) certification of the Court's September 28, 2026 Opinion (ECF No. 187) and Order (ECF No. 188) for interlocutory appeal under 28 U.S.C. § 1292(b); and (2) a stay of both the effect and implementation of the Opinion and Order and the still pending proceedings while the United States Court of Appeals for the Third Circuit considers whether to permit an appeal and, if permission is granted, while the appeal is resolved. ECF No. 190 at 2; ECF No. 190-2 ¶¶ 4–5. Following the filing of the Motion, the parties met and conferred and have agreed as follows, subject to the Court's discretion.

<u>Withdrawal of the Request to Stay the Opinion and Order.</u> The City and Tenants hereby withdraw, with prejudice, their request that the Court stay the effect and implementation of the Opinion and Order, including their request that the Court preserve the regulatory and rental status quo that existed before the September 28, 2026 ruling and their alternative request for narrower status-quo relief. *See* ECF No. 190-1 at 15–19; ECF No. 190-2 ¶ 5.

<u>No Stay Request Pending Appeal.</u> The City and Tenants further agree that they will not seek a stay of the effect or implementation of the Opinion and Order—or any injunction or other order that would preserve the regulatory and rental status quo that existed before the September 28, 2026 ruling—from this Court, the Third Circuit, or any other court, while any petition for permission to appeal, or any appeal, is pending, including during any proceedings in the Supreme Court of New Jersey on a question certified by the Third Circuit.

Portside's Position on Certification. In light of the City's and Tenants' agreement, Portside will not oppose the Motion's request for certification. Portside does not concede that the Opinion and Order satisfies the requirements of 28 U.S.C. § 1292(b). Portside respectfully defers to the Court's judgment as to whether the requirements for certification are met. Portside reserves all rights, and Portside's non-opposition should not be construed as a waiver or as agreement with any argument in the Motion. Portside also reserves all rights with respect to all merits arguments before the Third Circuit, including any request that the Third Circuit certify a question to the Supreme Court of New Jersey.

Pending Proceedings. The Motion's separate request to stay further proceedings on the still pending claims and crossclaims, *see* ECF No. 190-1 at 14–15; ECF No. 190-2 ¶ 4, remains before the Court, and Portside does not oppose it. Discovery on Portside's non-prerogative writ claims has been stayed by agreement since August 2024, *see* ECF No. 56 at 1, and the parties agree that those proceedings may remain stayed until appellate proceedings, if any, conclude.

Next Steps. Because the agreement resolves the only portion of the Motion that Portside intended to oppose, Portside will not file an opposition and the City and Tenants will not file a reply. The parties respectfully submit that the Motion, as narrowed by this letter, may be decided on the papers. Should the Court find a status conference helpful, counsel for all parties will make themselves available at the Court's convenience.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Dated: November 2, 2026

By: /s/ Derek D. Reed
Derek D. Reed, Esq.
Jeffrey Plaza, Esq.
Ehrlich, Petriello, Gudin
Plaza & Reed
A Professional Corporation
60 Park Place, 18th Floor
Newark, New Jersey 07102
(973) 643-0040

Terri L. Mascherin
Andrew W. Vail
Daniel J. Weiss
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Attorneys for Plaintiffs The Towers at Portside Urban Renewal Company, L.L.C. and Equity Residential Management, LLC*

By: /s/ Lisa Scorsolini
Lisa Scorsolini
First Assistant Corporation Counsel
Jersey City Law Department
City Hall – 280 Grove Street
Jersey City, New Jersey 07302

*Attorneys for Defendants the City of Jersey City, the City of Jersey City Rent Leveling Board, and the City of Jersey City Bureau of Rent Leveling*

By: /s/ Patrick Howard
Simon Bahne Paris
Patrick Howard
Joshua D. Snyder
Benjamin J. Eichel
Saltz, Mongeluzzi & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103

By: /s/ Eric J. Nemeth
Eric J. Nemeth, Esq.
Eric J. Nemeth, P.C.

By: /s/ Neil D. Marotta
Neil D. Marotta, Esq.
Marotta & Garvey

*Attorneys for Defendant-Intervenors Portside Towers East Tenant Association, Portside Towers West Tenant Association, Kevin Weller, Jessica Brann, Joel Rothfus, and Michele Hirsch*

cc: All counsel (via ECF)